SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
ADAM A. HUTCHINSON (State Bar No. 190992)
aah@severson.com
GREGORY E. EISNER (State Bar No. 190135)
gee@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
FORD MOTOR CREDIT COMPANY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY CHAVEZ and CARTER CHAVEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY LLC; EQUIFAX INFORMATION SERVICES LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTION 1441 (FEDERAL QUESTION JURISDICTION)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Ford Motor Credit Company, LLC ("Ford Credit") hereby removes the above-captioned action from the Superior Court of the State of California, County of Fresno, to the United States District Court for the Eastern District of California. Ford Credit alleges that it is entitled to removal pursuant to

28 U.S.C. section 1331, based upon federal question jurisdiction, as follows:

1. Ford Credit is named as a defendant in the civil action filed on or about July 5, 2023 by Plaintiffs Courtney Chavez and Carter Chavez (collectively, "Plaintiffs") in the Superior Court of the State of California, County of Fresno, case number: 23CECG02678, entitled *Chavez v. Ford Motor Credit Company, LLC*, et al. (the "State Court Action").  The Complaint in the State Court Action purports to allege two causes of action:  (1) Violation of Consumer Legal Remedies Act (Cal. Business & Professions Code §§ 1750 *et seq.*); (2) Violation of the California Consumer Credit Reporting Agencies Act (Cal.Code of Civ. Pro. § 1785 *et seq.*); and (3) Violation of the Fair Credit Reporting Agencies Act (15 U.S.C. § 1681 *et seq.*).  Copies of all pleadings and documents received to date by Ford Credit in the State Court Action are attached hereto as Exhibit A.

2. Based on the complaint, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331 and is one which may be removed to this Court by Ford Credit pursuant to the provisions of 28 U.S.C. section 1441(b) because it arises under the federal Fair Credit Reporting Agencies Act, 15 U.S.C. 1681, *et seq*.  (See Complaint, Third Cause of Action.)

3. This Court has supplemental jurisdiction over all other claims asserted by Plaintiff in accordance with 28 U.S.C. section 1367(a).

4. In the State Court Action, Plaintiffs have not filed a proof of service pertaining to any defendant.  Nonetheless, all defendants have consented to join in Ford Credit's removal of this action.  (*Proctor v. Vishay Intertechnology, Inc.*, 584 F.3d 1208, 1225 (9th Cir. 2009).)  No other defendants are named in the State Court Action.

5. Removal of this action is timely, as it is filed within 30 days of service of the complaint upon Ford Credit on January 12, 2023.

6. None of the defendants have filed answers or otherwise responded to Plaintiff's complaint in the State Court Action.

7. Removal to this district court is proper because this is the district which embraces the county in which Plaintiff filed the State Court Action. See 28 U.S.C. § 1441(a).

8. As required by 28 U.S.C. section 1446(d), Ford Credit will provide written notice of the removal of this action to all parties, and to the Fresno County Superior Court.

9. WHEREFORE, Ford Credit prays that the State Court Action be removed from state court to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

DATED:  August 11, 2023         SEVERSON & WERSON
                                A Professional Corporation


                                By:   */s/ Gregory E. Eisner*
                                         GREGORY E. EISNER

                                Attorneys for Defendant
                                FORD MOTOR CREDIT COMPANY, LLC