UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY CHAVEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR CREDIT COMPANY, et al.,<br><br>Defendants. | No. 1:23-cv-01205-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT TRANS UNION LLC<br><br>(Doc. 9) |

On September 5, 2023, Plaintiffs filed a notice of voluntary dismissal with prejudice of Defendant Trans Union LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 9.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

1    Plaintiffs filed their notice before Defendant Trans Union LLC served either an answer or
2 a motion for summary judgment.  (*See* Docket.)  As such, Plaintiffs have voluntarily dismissed
3 Defendant Trans Union LLC with prejudice, and this case has automatically terminated as to those
4 defendants.  Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of Court is directed to
5 TERMINATE Defendant Trans Union LLC.

6    This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining
7 defendants.

IT IS SO ORDERED.

Dated:   **September 6, 2023**            /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE

2