Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY CHAVEZ and CARTER CHAVEZ,<br><br>Plaintiff,<br><br>-vs-<br><br>FORD MOTOR CREDIT COMPANY LLC; EQUIFAX INFORMATION SERVICES LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.  1:23−CV−01205−SKO<br><br>**ORDER GRANTING JOINT STIPULATION CONTINUING SCHEDULING CONFERENCE**<br><br>**(Doc. 12)** |

**ORDER**

Having reviewed the stipulation of the parties (Doc. 12), this Court hereby ORDERS the Scheduling Conference scheduled for November 9, 2023, is continued to January 9, 2024, at 9:45 a.m. and all related deadlines are continued accordingly. The parties shall file their joint scheduling report by no later than January 2, 2024.

IT IS SO ORDERED.

Dated:   **October 24, 2023**              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING JOINT STIPULATION CONTINUING SCHEDULING CONFERENCE**
**-3-**