# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY CHAVEZ and CARTER CHAVEZ., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR CREDIT COMPANY LLC; EQUIFAX INFORMATION SERVICES LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 inclusive, <br><br> Defendants. | No. 1:23-cv—01205-SKO <br><br> **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** <br><br> (Doc. 14) |

On November 10, 2023, Plaintiffs filed a "Notice of Voluntary Dismissal With Prejudice," in which Plaintiffs notify the Court that this case is voluntarily dismissed with prejudice as to defendant Experian Information Solutions, Inc. (Doc. 14). Plaintiffs filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter with respect to Experian Information Solutions, Inc. only with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **November 13, 2023**         /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE