UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY CHAVEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR CREDIT COMPANY LLC, et al.,<br><br>    Defendants. | No.  1:23-cv-01205-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT EQUIFAX INFORMATION SERVICES LLC<br><br>(Doc. 17) |

On February 5, 2024, the parties filed a Joint Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services LLC, pursuant to Federal Rule of Civil Procedure 41(a). (Doc. 17.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendant Equifax Information Services LLC. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE Defendant Equifax Information Services LLC.

This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining defendant.

IT IS SO ORDERED.

Dated:   **February 6, 2024**                          /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE