1 Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
2 Matthew R. Snyder (SBN 350907)
3 LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
4 Woodland Hills, CA 91364
Phone: 323-306-4234
5 Fax: 866-633-0228
tfriedman@toddflaw.com
6 abacon@toddflaw.com
msnyder@toddflaw.com
7 ***Attorneys for Plaintiff***

8 **UNITED STATES DISTRICT COURT**
9 **EASTERN DISTRICT OF CALIFORNIA**

10 COURTNEY CHAVEZ and CARTER ) Case No. 1:23-CV-01205-SKO
11 CHAVEZ, )
)
12 Plaintiffs, ) **DECLARATION OF MATTHEW R.**
) **SNYDER IN SUPPORT OF PLAINTIFFS'**
) **OPPOSITION TO DEFENDANT'S**
13 vs. ) **MOTION FOR SUMMARY JUDGMENT**
)
14 )
FORD MOTOR CREDIT COMPANY, LLC, )
15 )
16 Defendant(s). )
)
17 )
)
18 _____ )

19
20
21
22
23
24
25
26
27
28

### DECLARATION OF MATTHEW R. SNYDER

**I, MATTHEW R. SNYDER, declare:**

1.     I am one of the attorneys for the Plaintiffs in this action, Courtney Chavez and Carter Chavez ("Plaintiffs").  I am an attorney licensed to practice law in the State of California and before this honorable Court.

2.     This declaration is based upon my personal knowledge, except where expressly noted otherwise.

3.     I submit this declaration in support of the Plaintiffs' Motion for Summary Judgment.

4.     Attached hereto as Exhibit A is a true and correct copy of the lease agreement relating to Plaintiffs' lease of a 2018 Ford Escape with Defendant, that was produced by Defendant in discovery.

5.     Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition transcript of Plaintiff Courtney Chavez.

6.     Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition transcript of Plaintiff Carter Chavez.

7.     Attached hereto as Exhibit D is a true and correct copy of Plaintiff Courtney Chavez's errata sheet to her deposition transcript.

8.     Attached hereto as Exhibit E is a true and correct copy of Plaintiff Carter Chavez's errata sheet to his deposition transcript.

9.     Attached hereto as Exhibit F is a true and correct copy of excerpts of the deposition transcript of Defendant's Rule 30(b)(6) representative, Jessica Scholl.

10.     Attached hereto as Exhibit G is a true and correct copy of the account history for

**DECLARATION OF MATTHEW R. SNYDER**

Plaintiffs' lease with Defendant that was produced by Defendant in discovery.

11.     Attached hereto as Exhibit H is a true and correct copy of the ACDV response sent by Defendant in response to Plaintiff Courtney Chavez's Experian dispute that was produced by Defendant in discovery.

12.     Attached hereto as Exhibit I is a true and correct copy of the ACDV response sent by Defendant in response to Plaintiff Carter Chavez's Experian dispute that was produced by Defendant in discovery.

13.     Attached hereto as Exhibit J is a true and correct copy of Plaintiff Carter Chavez's credit report from 2020 that was produced by Xactus, LLC in response to a subpoena in this matter.

14.     Attached hereto as Exhibit K is a true and correct copy of Plaintiff Carter Chavez's credit report from 2023 that was produced by Xactus, LLC in response to a subpoena in this matter.

15.     Attached hereto as Exhibit L is a true and correct copy of Plaintiff Courtney Chavez's credit report from 2023 that was produced by Xactus, LLC in response to a subpoena in this matter.

16.     Attached hereto as Exhibit M is a true and correct copy of a joint credit report for Plaintiffs Courtney Chavez and Carter Chavez from 2022 that was produced by Xactus, LLC in response to a subpoena in this matter.

17.     Attached hereto as Exhibit N is a true and correct copy of a joint credit report for Plaintiffs Courtney Chavez and Carter Chavez from 2020 that was produced by Xactus, LLC in response to a subpoena in this matter.

18.     Attached hereto as Exhibit O is a true and correct copy of a Uniform Residential

**DECLARATION OF MATTHEW R. SNYDER**

Loan Application submitted by Plaintiffs in 2022.

19.     Attached hereto as Exhibit P is a true and correct copy of Defendant's Responses to Plaintiffs' Requests for Admissions.

20.     Attached hereto as Exhibit Q is a true and correct copy of Defendant's Rule 26 Initial disclosures.

21.     Attached hereto as Exhibit R is a true and correct copy of Plaintiff Carter Chavez's Responses to Defendant's Requests for Admissions.

22.     Attached hereto as Exhibit S is a true and correct copy of Plaintiff Courtney Chavez's Responses to Defendant's Requests for Admissions.

23.     Attached hereto as Exhibit T is a true and correct copy of Plaintiff Carter Chavez's Responses to Defendant's Interrogatories.

24.     Attached hereto as Exhibit U is a true and correct copy of Plaintiff Courtney Chavez's Responses to Defendant's Interrogatories.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Dated: February 7, 2025              LAW OFFICES OF TODD M. FRIEDMAN, P.C.


By:     /s/ Matthew R. Snyder
        Todd M. Friedman
        Adrian R. Bacon
        Matthew R. Snyder
        Law Offices of Todd M. Friedman
        Attorney for Plaintiffs

**DECLARATION OF MATTHEW R. SNYDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

**DECLARATION OF MATTHEW R. SNYDER**

056636067

# California Motor Vehicle Lease Agreement

DEAL# 72263

**1-800-727-7000**

Ford

"Finance Company" means **FORD MOTOR CREDIT CO.**

Lessee (and Co-Lessee) - Name and Address (including County):
COURTNEY A CHAVEZ
1650 GRASS VALLEY HIGHWAY
FRESNO CA 93704
COUNTY: FRESNO

Lessor - Name and Address:
AUBURN FORD
1650 GRASS VALLEY HIGHWAY
AUBURN CA 95603
CAR WEST LLC

Lease Date: 07/08/2018

and assigns. By signing "You" (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this lease and the terms of the Wear/Care Addendum if it is attached to this lease.

| New/Used/Demo | Mileage at Delivery | Year/Make/Model | Vehicle ID # | Vehicle Use |
|---|---|---|---|---|
| NEW | 159 | 2018 FORD ESCAPE | 1FMCU9GD3JUA92954 | PERSONAL |

**1. Amount Due At Lease Signing or Delivery**

$ 6750.00

**2. Monthly Payments**
Your first monthly payment of $ 293.74 is due on 07/08/18 followed by 35 payments of $ 293.74 due on the 7TH day of each month. The total of your monthly payments is $ 10574.64

**3. Other Charges** (not part of your monthly payment)
Disposition Fee (If You do not purchase the Vehicle) $ 395.00
Total $ 395.00

**4. Total of Payments** (The amount You will have paid by the end of the lease)
$ 17448.--

### * Itemization of Amount Due at Lease Signing or Delivery

**5. Amounts Due At Lease Signing or Delivery:**

| | |
|---|---|
| a. Capitalized cost reduction | $ 5408.43 |
| b. First monthly payment | 293.74 |
| c. Refundable security deposit | N/A |
| d. Title fees | 167.00 |
| e. Registration fees | 58.00 |
| f. California lieu fee | 8.75 |
| g. Acquisition Fee | |
| h. Upfront taxes | 437.70 |
| i. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) | 29.00 |
| j. Document Processing Charge (not a governmental fee) | 80.00 |
| k. LICENSE FEE | 181.00 |
| l. N/A | |
| m. DocTax | 6.38 |
| | $ 6750.00 |

**6. How the Amount Due at Lease Signing or Delivery to be paid:**

| | |
|---|---|
| a. Net trade-in allowance | $ 6750.00 |
| b. Rebates and noncash credits | 0.00 |
| c. Amount to be paid in cash | |
| d. N/A | |
| Total | $ 6750.00 |

### 7. Your monthly payment is determined as shown below:

| | | |
|---|---|---|
| a. **Gross capitalized cost.** The agreed upon value of the Vehicle ($ 27824.00 ) and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) (itemized below)** | = | 28469.00 |
| b. **Capitalized cost reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost | = | 5488.43 |
| c. **Adjusted capitalized cost.** The amount used in calculating Your base monthly payment | = | 22980.57 |
| d. **Residual value.** The value of the Vehicle at the end of the lease used in calculating Your base monthly payment | = | 13045.60 |
| e. **Depreciation and amortized amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term | = | 9134.97 |
| f. **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts | + | 658.47 |
| g. **Total of base monthly payments.** The depreciation and any amortized amounts plus the rent charge | = | 9793.44 |
| h. **Lease payments.** The number of payments in Your lease | ÷ | 36 |
| i. **Base monthly payment** | = | 272.04 |
| j. **Monthly sales / use tax** | + | 21.70 |
| k. **Total monthly payment** | = | 293.74 |
| l. **Lease term in months.** | | 36 |

**Early Termination. You may have to pay a substantial charge if You end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.**

**8. Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, You purchase the Vehicle, You will be charged $0 .15 per mile for each mile in excess of 30615 miles shown on the odometer. See items 22 and 26 on back and the WearCare Addendum if it is attached to this lease for additional excess wear and use terms.

**9. Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of $0 per unused mile for the number of unused miles between N/A and N/A miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than $1.00.

**10. Purchase Option at End of Lease Term** $ 13045.60 plus official fees and taxes is Your lease end purchase option price. You have the option to purchase the Vehicle from a party designated by Holder for the purchase option price plus a purchase option fee of $ 500.00 at the end of this lease term if You are not in default.

**Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

**\*\*11. Itemization of Gross Capitalized Cost**

| Agreed Upon Value of the Vehicle As Equipped at the Time of Signing the Lease | Agreed Upon Value N/A Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value N/A Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value of N/A Lessor Agrees to Add to the Vehicle After Signing the Lease |
|---|---|---|---|
| $ 27824.00 | + $ N/A | + $ N/A | + $ N/A |
| Agreed Upon Value of N/A Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value N/A Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value N/A Lessor Agrees to Add to the Vehicle After Signing the Lease | Agreed Upon Value of N/A Lessor Agrees to Add to the Vehicle After Signing the Lease |
| + $ N/A | + $ N/A | + $ N/A | + $ N/A |
| Sales/Use Tax & Other Applicable Taxes | Title Fees | License & Registration Fees | Lessor Services | Acquisition Fee |
| + $ N/A | + $ N/A | + $ N/A | + $ N/A | + $ 645.00 |
| Document Processing Charge (not a governmental fee) | Outstanding Prior Credit or Lease Balance | WearCare | Agreed Upon Value N/A | Agreed Upon Value N/A |
| + $ N/A | + $ N/A | + $ N/A | + $ N/A | + $ N/A |
| Electronic Vehicle Registration or Transfer Charge (not governmental fee) | N/A | N/A | N/A | Total Gross Capitalized Cost |
| + $ N/A | + $ N/A | + $ N/A | | = $ 28469.00 |

**12. WARRANTY** The Vehicle is covered by any warranty indicated below:

[X] Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle.
[ ] N/A

If the Vehicle is of a type normally used for personal use and the Lessor, or the Vehicle's manufacturer, extends a written warranty or service contract covering the Vehicle within 90 days from the date of this lease, You get implied warranties for a particular purpose and fitness for a particular purpose covering the Vehicle. Otherwise, You understand and agree that there are no such implied warranties, except as otherwise required by state law.

**13. OFFICIAL FEES AND TAXES** $ 2452.03
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your payment or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a tax is assessed.

**14. This lease contract was negotiated primarily in the language initialed by the Lessee:** CK-CB English
_____ Spanish _____ Chinese _____ Tagalog
_____ Korean _____ Vietnamese _____ Other

**15. Agreement to Arbitrate:** By signing below You agree that, pursuant to the Arbitration provision on the reverse side of this lease, You or we may resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration provision for any additional information concerning this agreement to arbitrate.
Buyer Signs X _____
Co-Buyer Signs X _____

**16. LESSOR SERVICES** $ N/A
(See item 21 on back)

**17. LATE PAYMENTS** You will pay a late charge on each payment that is not received within 10 days after it is due. The charge is 7.5% of the full amount of the scheduled payment or $50.00 whichever is less.

**18. VEHICLE INSURANCE MINIMUMS.** You must insure the Vehicle during this lease. This insurance must be acceptable to Finance Company and protect You and Holder with (a) comprehensive fire and theft insurance with a maximum deductible amount of $1,000; and (b) collision and upset insurance with a maximum deductible amount of $1,000; and (b) automobile liability insurance with a minimum limits for bodily injury or death of $ 15,000 for any one person and $ 30,000 for any one accident, and $ 5,000 for property damage.

**19. Description of Vehicle** N/A N/A N/A
or Other Property Trade-In: Year/Make/Model or Other Property Description
Agreed Upon Gross Value: N/A
See item 6, above, for net trade-in allowance

N/A

Trade-In, Trade-In and other Individualized Agreements
By: X _____ By: X _____
Lessee                          Co-Lessee

### SIGNATURES AND IMPORTANT NOTICES

You specifically waive the right to keep any residence address confidential as granted by Section 1808.21 of the California Vehicle Code.

**THERE IS NO COOLING OFF PERIOD**
California law does not provide for a "cooling off" or other cancellation period for Vehicle leases. Therefore, You cannot later cancel this lease simply because You change Your mind, decided the Vehicle costs too much, or wish You had acquired a different Vehicle. You may cancel this lease only with the agreement of the Lessor or for legal cause, such as fraud.

You have the right to return the Vehicle, and receive a refund of any payments made if the credit application is not approved, unless nonapproval results from an incomplete application or from incorrect information provided by You.

Modification: This lease sets forth all of the agreements of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change in this lease must be in writing and signed by You and Finance Company.

Lessee: _____ By: X _____ Title: _____
COURTNEY A CHAVEZ
Co-Lessee: _____ By: X _____ Title: _____
CARTER D CHAVEZ

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

(1) Do not sign this lease before You read it or if it contains any blank spaces to be filled in; (2) You are entitled to a completely filled in copy of this lease; (3) Warning - Unless a charge is included in this lease for public liability or property damage insurance, payment for that coverage is not provided by this lease.
**NOTICE: You state that You have been given notice of an assignment of this lease by the Lessor to Holder and a filled-in copy of this lease at the time You sign it.**

Lessee: _____
COURTNEY A CHAVEZ
Co-Lessee: _____
CARTER D CHAVEZ

Lessor and Lessee are hereby notified that Holder has assigned to CT Exchange, in its capacity Holder's qualified intermediary, its rights (but not its obligations) with respect to the purchase of this Vehicle and the sale of this Vehicle at lease termination.
Lessor accepts this lease and assigns it to Holder under the terms of the finance or lease contract between Lessor and Finance Company unless otherwise indicated.
AUBURN FORD
Lessor: _____ By: X _____ Title: MGR

FC 19002-P (MAY 18)
Previous editions may NOT be used.
CA
PLY 1 - ORIGINAL    PLY 2 - LESSEE    PLY 3 - CO-LESSEE/GUARANTOR COPY    PLY 4 - LESSOR

FMCC/Chavez 003

## VEHICLE MAINTENANCE, INSURANCE AND USE

**20. VEHICLE USE AND SUBLEASING** You will not use, or permit others to use the Vehicle (a) in violation of any law, (b) contrary to the provisions of any insurance coverage, (c) for hire, or (d) outside the United States, except for less than 30 days in Canada or Mexico (or (e) as a private or public carrier. You will keep this lease and Vehicle free of all liens and encumbrances. You will not assign or sublease any interest in the Vehicle or lease without Finance Company's written consent.

**21. VEHICLE MAINTENANCE AND OPERATING COSTS** Proper Vehicle maintenance is Your responsibility. You must maintain and service the Vehicle at Your own expense, using materials that meet the manufacturer's specifications. This includes following the owner's manual and maintenance schedule, documenting maintenance performed, and making all needed repairs. You are also responsible for all operating costs such as gas and oil. Lessor will provide the service(s), if any, identified in the Lessor Services section under the terms of a separate agreement. The manufacturer will invalidate warranty coverage on parts affected by a failure to maintain the Vehicle as required by the manufacturer. (See Lessor Services, Item 16, on the front of this lease)

**22. DAMAGE REPAIR** You are responsible for repairs of **All Damage** which are not a result of normal wear and use. These repairs include, but are not limited to, those necessary to return the Vehicle to its pre-accident condition, including repairs to **Exterior Sheet Metal, Plastic Components,** and to **Vehicle Safety Systems,** including air bag, seat belt and bumper system components. Replacement of Sheet Metal must be made with Original Equipment Manufacturer Sheet Metal. All other repairs must be made with Original Equipment Manufacturer parts. Discuss this requirement with Your insurance company prior to signing a collision repair estimate or before authorizing any collision repair work. If You have not had the repairs made before the Vehicle is returned at the scheduled end of this lease, You will pay the estimated costs of such repairs, even if the repairs were not made prior to Holder's sale of the Vehicle.

**23. VEHICLE INSURANCE** If the state in which You title/register the Vehicle establishes or changes the minimum automobile liability insurance limits the following: (a) the difference, if any, between the higher minimum limits established by the Lessor and the Holder at the higher minimum limits established for Your liabilities. **You may wish to consult Your Insurance advisor about obtaining additional coverage.** You will list the loss payee and additional insured as requested by Lessor. You must give Finance Company evidence of this insurance.

You authorize Finance Company, on Your behalf, to receive and endorse checks or drafts, and settle or release any claim under the insurance related to Holder's ownership of the Vehicle. You also assign to Holder any other insurance proceeds related to this lease of Holder's interest in the Vehicle.

If You or Finance Company obtain a refund for amounts paid to third parties for insurance, service contracts, or any other amount paid to a third party included in the Gross Capitalized Cost of this lease, You must pay to the Holder the entire amount of the refund and You authorize the Holder to subtract the refund from the amount You owe under this lease.

### LESSOR IS NOT PROVIDING VEHICLE INSURANCE OR LIABILITY INSURANCE

If You title/register the Vehicle in, or change the garage location of the Vehicle to a state where Finance Company has established minimum automobile liability insurance limits greater than those listed on the front of this lease for bodily injury or death and property damage insurance, You must insure the Vehicle and the Holder at the higher minimum limits established by Finance Company.

## ENDING YOUR LEASE

**24. TERMINATION** This lease will terminate (end) upon (a) the end of the term of this lease, (b) the return of the Vehicle to Lessor or another place designated by Finance Company, and (c) the payment by You of all amounts owed under this lease. Finance Company may cancel this lease if You default.

**25. RETURN OF VEHICLE** If You do not buy the Vehicle at lease end, You must return it to Lessor unless Finance Company designates another place. Upon return of the Vehicle, You must pay the Disposition Fee shown on the front of the lease in Section 3, "Other Charges." If, upon termination of the lease, You enter into a lease agreement or retail installment contract for a new vehicle which is assigned to or administered by Finance Company, You will not be required to pay the Disposition Fee. If You fail to return the Vehicle, You must continue to pay the monthly payments plus other damages to Finance Company, including amounts payable under default. Payment of these amounts will not allow You to keep the Vehicle.

**26. STANDARDS FOR EXCESS WEAR AND USE** You are responsible for all repairs to the Vehicle that are not the result of normal wear and use. These repairs include, but are not limited to those necessary to repair or replace: (a) Tires that have sidewall damage/plugs, exposed cords/belts, or are unmatched for Vehicle or unsafe; (b) Electrical or Mechanical defects or malfunctions; (c) Glass, Paint, Body Panels, Trim and Grill Work that are broken, mismatched, chipped, scratched, pitted, cracked, or if applicable, dented; (d) Interior rips, stains, burns or damaged areas; (e) Replacement of any missing equipment or parts that were in or on the vehicle when delivered; and (f) All Damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force. Replacement of Sheet Metal and all other repairs must be made with Original Equipment Manufacturer parts. Your use or repair of the Vehicle must not invalidate any warranty. If You have not had the repairs made before the Vehicle is returned at the scheduled end of this lease, You will pay the estimated costs of such repairs, even if the repairs are not made prior to Holder's sale of the Vehicle. You will maintain the Odometer of the Vehicle so that it always reflects the Vehicle's actual mileage. If the odometer is at any time inoperative, You will provide us with reasonable evidence of the Vehicle's actual mileage at which time You must promptly notify us of the Vehicle's wholesale value caused by the inability to determine the Vehicle's actual mileage.

**27. YOUR ODOMETER OBLIGATIONS** Federal law requires You to complete a statement of the Vehicle's mileage at the end of this lease. You may be fined and/or imprisoned if you do not complete the disclosure or if you make a false statement.

**28. VOLUNTARY EARLY TERMINATION AND RETURN OF THE VEHICLE** You may terminate this lease early by returning the Vehicle to Lessor unless Finance Company designates another place, and paying the following: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the Vehicle's Fair Market Wholesale Value, plus (b) all other amounts than due under this lease, plus (c) the Disposition Fee listed on the front of this lease in Section 3, "Other Charges." You will never pay more than the sum of the remaining payments, plus any excess wear and use and mileage charges, and all other amounts than due under this lease.

**VOLUNTARY EARLY TERMINATION AND PURCHASE OF THE VEHICLE** You may purchase the Vehicle from Lessor or a party designated by Holder at any time for a purchase price that cannot exceed the following: (a) past due payments at the time of the purchase, plus (b) all other amounts than due under the lease (except excess wear and use and mileage charges), plus (c) any other charges, including the purchase option fee in Section 10, "Purchase Option at End of Lease Term", connected to the early termination and purchase, plus (d) the Unpaid Adjusted Capitalized Cost. You may also be charged for any taxes and other charges incidental to the sale. Payment of the purchase price will satisfy Your liabilities under this lease.

Unpaid Adjusted Capitalized Cost is reduced on each payment due date. It is calculated by reducing the Adjusted Capitalized Cost each month by the difference between the Base Monthly Payment and the part of the Rent Charges earned in that month on an actuarial basis. Rent Charges are earned when due. Lessor or Finance Company will provide You with a written explanation of the actuarial method upon Your request.

Fair Market Wholesale Value, at Your option, will be: (a) an amount agreed to by You and Finance Company, or (b) the value which could be realized at the wholesale sale of the Vehicle, as determined by a professional appraisal obtained by You at Your expense from an independent third party agreeable to Finance Company at least 3 days prior to any scheduled sale date of the Vehicle, or (c) if not established by agreement or appraisal, the net amount received by Finance Company, Holder or its designated intermediary upon the sale of the Vehicle at wholesale.

Please contact Finance Company at the telephone number or website listed on the front of this lease if You have any questions regarding terminating Your lease.

## DEFAULT AND LOSS OF VEHICLE

**29. DEFAULT** You will be in default if (a) You fail to make any payment when due, or (b) a bankruptcy petition is filed by or against You, or (c) any governmental authority seizes the Vehicle and does not promptly and unconditionally release the Vehicle to You, or (d) You have provided false or misleading material information when applying for this lease, or (e) You fail to keep any other agreement in this lease.

If You are in default, and You have not exercised Your rights in Section 28, the "VOLUNTARY EARLY TERMINATION" paragraph, Finance Company may cancel this lease, take the Vehicle and sell it at a public or private sale. You also give Finance Company the right to go on Your property to peacefully retake the Vehicle. Even if Finance Company retakes the Vehicle, You must still pay at once: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the Fair Market Wholesale Value, plus (b) all other amounts than due under this lease. You must also pay all expenses, including reasonable attorney's fees, payable by Finance Company to obtain and hold the Vehicle, collect amounts due and enforce Holder's rights under this lease. You authorize Finance Company to cancel Your insurance and apply any proceeds to Your obligation.

**30. LOSS OR DESTRUCTION OF VEHICLE** If the Vehicle is stolen or destroyed, You will pay to Finance Company: (a) the Unpaid Adjusted Capitalized Cost, plus (b) all other amounts than due under this lease, minus (c) any insurance proceeds received by Finance Company. Gap Waiver: If You had or maintained the insurance required under this lease and Finance Company receives the full proceeds, You will pay to Finance Company: (a) any past due monthly lease payments, plus (b) the amount of the applicable insurance deductible, plus (c) all other amounts than due under this lease. Even if the Vehicle is insured, until Finance Company receives the appropriate amount above, You are responsible for the scheduled monthly payments.

## ADDITIONAL INFORMATION

**31. ASSIGNMENT AND ADMINISTRATION** When You and Lessor sign this lease, Lessor will assign it to Holder. Finance Company or a substitute will administer this lease. You must then pay all amounts due under this lease to Finance Company. All payments must be made in U.S. funds.

If Finance Company is not the Holder of this lease, Holder has appointed Finance Company as its agent. As agent for Holder, Finance Company has the power to act on Holder's behalf to administer, enforce, and defend this lease. If Lessor has agreed to repair or maintain the Vehicle, obtain any insurance or perform any other service, You will look only to the Lessor for these services.

**32. TAXES** You will promptly pay all fees, charges, and taxes relating to the lease or Vehicle (except for Lessor's or Holder's income taxes). You will pay those amounts even if they are assessed after lease end.

**33. TITLING** The Vehicle will be titled in the name of Holder. You will register the Vehicle as directed by Finance Company. You will pay all license, title and registration costs.

**34. INDEMNITY** You will indemnify and hold harmless Lessor, Finance Company and Holder and their assigns from any loss or damage to the Vehicle and its controls and from all claims, losses, injuries, expenses and costs related to the use, maintenance, or condition of the Vehicle. You will promptly pay all fines and tickets imposed on the Vehicle or its driver. If You do not pay, You will reimburse Finance Company and pay a $20 administration fee, unless prohibited by law, for every such fine, ticket, or penalty that must be paid on Your behalf.

**35. SECURITY DEPOSIT** Your security deposit may be used by Finance Company to pay all amounts than You fail to pay under this lease. You will not receive any interest, profits or other earnings on Your security deposit(s).

**36. CONSUMER REPORTS** You authorize Finance Company and Holder to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this lease.

**37. SERVICING AND COLLECTION** You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You also expressly consent and agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use written, electronic or verbal means to contact you. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. You agree that Lessor, Finance Company, Holder and their affiliates, agents and service providers may use any email address or any telephone number you provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether you incur charges as a result.

**38. GENERAL** Except as otherwise provided by the law of the state where You reside, the law that will apply to this lease is the law of the state where the Lessor's place of business is, as set forth on the front of the lease. If that law does not allow any of the agreements in this lease, the ones that are not allowed will be void. The rest of this lease will still be good.

## READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY
### ARBITRATION

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Lessor/Finance Company/Holder ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit is filed, to have your Claim related to this contract decided by arbitration. Neither party waives the right to arbitrate by first filing a lawsuit or in any court of law. Claims related to the following: 1) Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope, or validity of this provision, or arbitrability of any issue except for class certification; 3) Claims between you and us, our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do not sign this contract.

**RIGHTS YOU AND WE AGREE TO GIVE UP**
If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:
* RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY
* RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLAIM YOU MAY HAVE AGAINST US WHETHER IN COURT OR IN ARBITRATION
* BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT
* RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR
* OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT

**RIGHTS YOU AND WE DO NOT GIVE UP:** If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: 1) Right to file bankruptcy in court; 2) Right to enforce the security interest in the vehicle, by repossession or through the courts; 3) Right to take any action to protect the arbitrator's decision; 4) Right to request that a court of law review whether the arbitrator exceeded its authority; and 5) Right to seek remedies in small claims court for disputes or claims within that court's jurisdiction.

You or we may choose the American Arbitration Association (www.adr.org), or any other organization subject to our approval, to conduct the arbitration. The applicable rules (the "Rules") may be obtained from the selected organization. If there is a conflict between the Rules and this contract, this contract shall govern. This contract is subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.). The arbitration decision shall be in writing with a supporting opinion. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction. To the extent that the total of your filing, administration, service or case management fee and your arbitrator or hearing fee exceeds $200, we will pay the amount in excess of $200, unless you choose to pay one-half of the total or unless You lose and consider to pay more than such maximum under law or the organization's rules.

Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. Any portion of this arbitration provision that is unenforceable shall be severed, and the remaining provisions shall be enforced. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this arbitration provision shall be unenforceable. The validity and scope of any waiver of class action rights shall be decided by the court and not by the arbitrator.

FC 10002-P  (MAY 16)
Previous editions may NOT be used.
CA

**NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION**

FMCC/Chavez 004

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B

**DECLARATION OF MATTHEW R. SNYDER**

1              UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF CALIFORNIA

3    _____

4    COURTNEY CHAVEZ and

5    CARTER CHAVEZ,

6            Plaintiffs,

7        v.                        Case No.

8    FORD MOTOR CREDIT COMPANY, LLC,    1:23-cv-01205-SKO

9    EQUIFAX INFORMATION SERVICES,

10   LLC, EXPERIAN INFORMATION

11   SOLUTIONS, INC., TRANS UNION

12   LLC, and DOES 1-10 inclusive,

13            Defendants.

14   _____

15            DEPOSITION OF COURTNEY CHAVEZ

16   DATE:          Tuesday, September 10, 2024

17   TIME:          1:44 p.m.

18   LOCATION:      Remote Proceeding

19                  Fresno, CA 93711

20   OFFICIATED BY: Carissa Narciso

21   JOB NO.:       6801018

22

23

24

25

                                          Page 1

1              A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS COURTNEY CHAVEZ AND CARTER

3    CHAVEZ:

4         MATTHEW R. SNYDER, ESQUIRE (by videoconference)

5         Law Offices of Todd M. Friedman, P.C.

6         21031 Ventura Boulevard, Suite 340

7         Woodland Hills, CA 91364

8         msnyder@toddflaw.com

9         (323) 306-4324

10

11   ON BEHALF OF DEFENDANT FORD MOTOR CREDIT COMPANY, LLC:

12        MATTHEW J. ESPOSITO, ESQUIRE (by videoconference)

13        Severson & Werson

14        19100 Von Karman Avenue, Suite 700

15        Irvine, CA 92612

16        mje@severson.com

17        (949) 442-7110

18

19

20

21

22

23

24

25

                                              Page  2

1                      I N D E X

2    EXAMINATION:                                PAGE

3        By Mr. Esposito                          5

4

5                    E X H I B I T S

6    NO.            DESCRIPTION                  PAGE

7    Exhibit 1      Amended Notice of Deposition   11

8    Exhibit 2      Plaintiff Responses to Defendant

9                   FMCC Requests for Production,

10                  Set One                        21

11   Exhibit 3      Ford Motor Credit Statement

12                  7/8/2021                       42

13   Exhibit 4      Plaintiff Courtney Chavez

14                  Responses to Defendant FMCC

15                  Interrogatories, Set One       56

16

17        I N F O R M A T I O N   R E Q U E S T E D

18   NO.            DESCRIPTION                  PAGE

19   1              R. Covarrubias Physical Address   52

20

21

22

23

24

25

                                          Page  3

```
 1              P R O C E E D I N G S
 2              THE OFFICER:  Good afternoon.  My name is
 3    Carissa Narciso; I am -- sorry, one moment.  I am the
 4    deposition officer assigned by Veritext to take the
 5    record of this proceeding.  We are now on the record at
 6    1:44 p.m.
 7              This is the deposition of Courtney Chavez
 8    taken in the matter of Courtney Chavez and Carter Chavez
 9    vs. Ford Motor Credit Company, LLC, et al., on Tuesday,
10    September 10, 2024, located in Fresno, California.
11              I am a notary authorized to take
12    acknowledgments and administer oaths in California.
13    Parties agree that, as the deposition officer, I will
14    swear in the witness remotely.
15              Additionally, absent an objection on the
16    record before the witness is sworn, all parties and the
17    witness understand and agree that any certified
18    transcript produced from the recording of this
19    proceeding:
20                   - is intended for all uses permitted
21                     under applicable procedural and
22                     evidentiary rules and laws in the same
23                     manner as a deposition recorded by
24                     stenographic means; and
25                   - shall constitute written stipulation
```

Page 4

1          of such.

2                    At this time, will everyone in attendance

3     please identify yourself for the record.

4                    MR. ESPOSITO:  My name is Matthew

5     Esposito, from the law firm of Severson & Werson; and I

6     represent Defendant Ford Motor Credit Company, LLC.

7                    MR. SNYDER:  Matthew Snyder, representing

8     the Plaintiff.

9                    MS. CHAVEZ:  Courtney Chavez, the

10    Plaintiff.

11                   THE OFFICER:  Thank you.  Hearing no

12    objection, I will now swear in the witness.

13                   Ms. Chavez, would you raise your right

14    hand, please?

15    WHEREUPON,

16                         COURTNEY CHAVEZ,

17    called as a witness and having been first duly sworn to

18    tell the truth, the whole truth, and nothing but the

19    truth, was examined and testified as follows:

20                   THE OFFICER:  Please begin.

21                        EXAMINATION

22    BY MR. ESPOSITO:

23         Q    Good afternoon, Mrs. Chavez.  How are you?

24         A    I'm fine.  How are you?

25         Q    Good, thank you.  As I said, my name is

                                              Page 5

1    caption in the dark bold writing, what does it say?

2        A    "Eastern District of California."

3        Q    Yeah.  So the right, where it says -- does it

4    say, "Plaintiff Courtney Chavez's Responses"?

5        A    Yes, correct.

6        Q    Okay.  Just making sure we're looking at the

7    same thing.  Okay.  So, Mrs. Chavez, do you recall

8    leasing -- when I say, "You," in this sense, I mean your

9    family but I think you were the one driving it -- the

10   2018 Ford Escape?

11       A    Yes.

12       Q    Okay.  We're going to -- if you go down,

13   Mrs. Chavez, to Exhibit D in your pack there, you'll see

14   what I'm going to point out is the lease agreement for

15   the 2018 vehicle.

16                 MR. SNYDER:  Matt, do you want me to put

17   this up on the screen still or no?

18                 MR. ESPOSITO:  I mean, she's got it in

19   front of her.  It would really -- if you want to but you

20   don't have to.

21                 Let me know when you're there,

22   Mrs. Chavez.

23                 THE WITNESS:  Yeah.  Yes.

24   BY MR. ESPOSITO:

25       Q    Okay.  Now Mr. Chavez walked me through the

                                              Page 22

1    ins and outs of what led to deciding to get this car.

2    You can just tell me briefly.  He said, if I'm

3    remembering correctly, you had a Mitsubishi that was

4    kind of on its tail end; right?

5              And needed a new vehicle; and you worked with

6    -- get his name right -- John.  John's last name starts

7    with an A.  What's his name?

8        A    Andrews.

9        Q    Who worked at Auburn Ford.  Is that correct?

10       A    Yes.

11       Q    And John Andrews is your stepfather?  Is that

12   correct?

13       A    Yes.

14       Q    Was he a salesman at Auburn Ford, at the time?

15       A    Yes.

16       Q    Do you know, is he -- Mr. Chavez says he

17   thinks that that dealership closed.  Does Mr. Andrews

18   still work in the car industry?

19       A    Yes.

20       Q    What dealership does he work with?

21       A    He works in Colfax, California.  I'm not quite

22   sure the name of the dealership.  It's new.

23       Q    C-O -- "Colfax" is spelled how?

24       A    C-O-L-F-A-X.

25       Q    Okay.  Is it a Ford dealership?

Page 23

1      You should see our loan docs.

2          Q    I'm sure.  And then go up to the top, Mrs. --

3      I keep saying, "Mrs." -- but, Mrs. Chavez, there's

4      initials in Boxes 3 and 4.  Can you tell me that either

5      one of those are yours or your husband's?

6          A    No, I don't -- I don't remember initialing

7      those.

8          Q    Okay.  But you may have; you just don't

9      remember; correct?

10         A    I doubt it.

11         Q    You doubt it?

12         A    So I was very hesitant on doing a lease.  Me

13     initially, numbers, I would have remembered a

14     conversation about that, so.  I could have but that was

15     something that I was very adamant in our conversations

16     about talking through and it did not get brought up.

17         Q    Okay.  Your conversations with who?

18     Mr. Andrews?

19         A    Correct, yes.

20         Q    Does -- do you know if David works for the

21     same dealership in Colfax as John?

22         A    No, I don't believe he does anymore.

23         Q    Okay.  But you believe he's still in the --

24     you -- oh, I shouldn't say that.  Is David still in the

25     car industry?

1    know, what part of the year.  That's just, if you

2    remember, great; if not, no big deal.

3          A    I'm sorry, I don't.

4          Q    Okay.  So the Ford Escape, 2018 Ford Escape,

5    was a three-year lease; correct?

6          A    Yes.

7          Q    Okay.  And which would mean that, if you

8    leased it in July of 2018, the lease was set to end in

9    July of 2021; correct?

10         A    Correct.

11         Q    Okay.  Walk me through, to the best of your

12   recollection, sort of, when you knew the lease was, you

13   know, coming up in the near future, when do you recall

14   start -- when do you recall first considering the either

15   purchase or lease of another vehicle?

16              And you can tell me "We wanted something

17   bigger; we wanted something with more -- better gas

18   mileage."  Just walk me through, you know, towards the

19   tail end of that lease, when you knew you needed a new

20   vehicle.

21         A    Well, we had our third child in January 2021

22   and car seats are very large these days.  So putting

23   three together on a bench was -- it was very difficult

24   in a smaller SUV.  So once we got closer to having him,

25   we started to have conversations of what it would look

                                                   Page 29

1    like to have a bigger vehicle and if that's something

2    that we needed to do.

3        Q    Okay.  And so your third child you said was

4    born in January; right?  And pretty recently before

5    that, you had another youngster, another newborn, too;

6    right?  So you had, really, kind of two little ones at

7    the same time; right?

8        A    Yes, we -- our second was born in 2019.  And

9    the car worked okay for two kids but the third, it

10   didn't.

11       Q    Okay.  So we're -- lease is up in July of

12   2021, start considering that you need something bigger,

13   basically; right?  That's what Mr. Chavez testified to.

14   And I'm sure -- you just basically agreed with that.

15            So just, what do you remember, you know, about

16   the process of looking for that next car?  Like, did you

17   speak with John, Mr. Andrews, again?  Just tell me what

18   you remember about that process.

19       A    Yeah.  I remember calling him and talking to

20   him and my mom both and just being like, "Is there any

21   cars available?  Is there any SUVs?  Do you -- does Ford

22   even do minivans?"  I wasn't sure.  And at that point,

23   we were open to, even if Ford had, like, a used car on

24   the lot that was not maybe Ford but it was from them,

25   that was fine too.

Page 30

```
 1            So John looked into it and he called around at
 2    a couple of dealerships and he was like, "There is just
 3    nothing in stock."  The closer it got to July, me and
 4    Carter started to look here, locally, and started to
 5    shop at our Ford dealership as well.  And we went on the
 6    lot and asked if there was any large SUVs available or
 7    any minivans, even used, or new, and they said, "No."
 8            They said we could pay $500 to be on a
 9    waitlist for their next large vehicle to come in.  And I
10    said, "Well, when would your next large vehicle come
11    in?"  And they said, "We don't even have a date yet."
12    And I said, "How long is your waitlist?"  And he said,
13    "Right now, we have, like, three or four families on
14    it."
15       Q    Okay.  So what -- around -- if you can --
16    again, remember this is -- if you're guessing, don't
17    guess.  But the conversations to that effect when you
18    were on the Ford lot about the list, around what month,
19    do you think?
20       A    It was closer to when we were going to turn it
21    in because we were getting nervous.  I want to say,
22    like, maybe June-ish.  June -- May, June, right in
23    there.  It was right before we got the Odyssey, which I
24    think was around that time as well.
25       Q    Okay.  Do you remember the name of any of the
```

Page 31

1    individuals at the dealership that you spoke with?

2        A    I don't.  He was just a sales rep who was

3    walking around.  But I remember him showing us a

4    small -- he showed us, like, a very small SUV that

5    looked exactly like our Escape.

6        Q    Okay.  And obviously, you had that -- your

7    father-in-law worked for Ford so there was -- at least

8    you knew that if -- I mean, he had -- you had somebody

9    working with the company who was looking out and

10   basically you came to the conclusion that we're probably

11   going to have to get something else; right?

12       A    Correct.

13       Q    Tell me how -- again, this is just kind of

14   trying to get a basic description of -- I know it's a

15   long time ago.  But when you decided ultimately on

16   the -- on the -- strike -- strike that.  You ultimately

17   decided to lease the Honda Odyssey; correct?

18       A    Yes.

19       Q    Do you remember the process?  Like, did you,

20   you know, see one you liked and then have discussions

21   and then they, you know, negotiated?  Or was it, did it

22   all happen at once?  Tell me about what you remember

23   about leasing the 2021 Odyssey.

24       A    I wish we had that many options.  All the

25   other dealerships were in a similar spot to Ford, to be

                                          Page 32

1    honest.  It was that time where we were getting very

2    nervous that we weren't going to find what we wanted.

3    We had went to a lot of different dealerships, as well

4    as called around dealerships, in Southern California.

5         And one dealership, a Honda dealership in

6    Fresno, had one van left and we bolted over there as

7    soon as we heard.  And we honestly didn't care what

8    color it was; we didn't care what it was at all because

9    we knew our lease was coming up on the Escape.  So we

10   did everything, I think, in the same day.

11   Q    Okay.  So let's look, Mrs. Chavez, at the same

12   pile that you were in before.  Exhibit 2, if you go down

13   three-quarters of the way through, you'll come to the

14   Honda lease agreement and --

15   A    Oh, that's another page?  I'm sorry.

16   Q    Yeah, it's like -- the stack you've got, if

17   you're looking at the same thing I am, is about 50

18   pages.

19   A    Okay.

20   Q    This is Page 35 so it's about, you know, just

21   around three-quarters of the way through.  You'll see,

22   it's almost, at least my copy is, has blue ink along

23   with black.

24   A    Okay.  Sorry, give me a second.

25   Q    Take your time, please.

                                          Page 33

1              THE OFFICER:  I'm sorry.

2              Ms. Chavez, if you're going to speak out

3      loud, I've got to hear what you're saying.

4              THE WITNESS:  My apologies, I'm speaking

5      to myself.  I'm so sorry.

6              I -- I believe it.

7              MR. ESPOSITO:  You got it?

8              THE WITNESS:  Yeah.

9              THE OFFICER:  Can you repeat?

10     BY MR. ESPOSITO:

11         Q    Okay.  Now this could go -- we may be able to

12     go over this pretty quickly, Mrs. Chavez.  Because, am I

13     correct when I say that your husband was the only lessee

14     on this vehicle?  Correct?

15         A    Correct.

16         Q    Okay.  And he testified that part of the

17     reason was because, since the 2018 was leased, his

18     credit had improved.  Is that your understanding as to

19     why this was just him?

20         A    Yes.  And we had three kids so I didn't want

21     to sit in there if I didn't have to.

22         Q    Okay.  Mr. Chavez, Carter, for this lease, the

23     process of negotiation and all those different things,

24     running the credit app, Mr. Chavez handled this on his

25     own.  Is that right?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    who exactly it was; right?

2         A    No, I -- I don't think I asked them for any

3    verification.  A business card, maybe.

4         Q    Okay.  So you were home when they did the

5    inspection and you said they gave you what?  Do you

6    remember what kind of slip they gave you?

7         A    Yeah, it was in the -- it was in discovery.  I

8    remember seeing it.

9         Q    Is it -- you think it's in your stack?

10        A    Yeah.

11        Q    Go ahead.  Don't rush.  Take a moment and tell

12   me if you can find it.

13        A    I believe it was the Vehicle Condition Report,

14   this AIM.

15        Q    Okay.  Vehicle Condition Report.  Where is

16   that in the -- what exhibit is that in your stack?

17        A    It looks like it's after the Lease Agreement,

18   Exhibit E.

19        Q    Okay.  Thank you.

20        A    I think that was it.  It looks the same, from

21   what I recall.

22        Q    Okay.  So you're home when they come over,

23   they do the inspection.  And then tell me what's the

24   next thing that either you were involved in or that you

25   remember happening.

Page 37

1      A    We talked about turning the car in.  And so

2    the next thing I remember -- I don't know how long in

3    between.  I'm sure you could tell me with dates, but.  I

4    drove Carter to drop the car off and drove behind him.

5      Q    Right.  And Carter testified that he went in

6    to deal with it and that you waited with the kids in the

7    car.  Is that accurate?

8      A    Yes.

9      Q    Okay.  So any conversations that did or didn't

10   take place in the dealership upon return of the keys,

11   were between Carter and the Ford dealership.  You were

12   not privy to any of those conversations.  Is that

13   correct?

14     A    Correct.

15     Q    Okay.  We can move on from that then too.  How

16   many times, Mrs. Chavez, did you go over to the Lithia

17   Ford, the local Ford dealership, and speak with -- you

18   know, remember, you mentioned that salesperson who

19   mentioned the waiting list?  Was there that one time?

20   Or how many times do you think you went over there?

21     A    Once, I believe.  It was that time.

22     Q    How about -- sorry, were you -- did I

23   interrupt you?

24     A    No.

25     Q    Okay.  Did you personally have any

Page 38

1    I still do not have it.

2                    MR. ESPOSITO:  Nothing?

3                    MR. SNYDER:  Yeah.

4                    MR. ESPOSITO:  Weird.  Okay.  Should --

5    it's not that big.  It's just two pages.  Let me see.

6    Hold on a second.

7    BY MR. ESPOSITO:

8        Q    While you're waiting for that, take a look,

9    Mrs. Chavez, at Exhibit G in your stack.  And then go

10   past the letter from Mr. Friedman's office and go behind

11   that.

12       A    I believe I see it.

13       Q    Is that -- sorry, let me just ask.  That's the

14   exhibit I just sent your lawyer that I was going to --

15   that I'm putting up as Exhibit 3.  Is that -- does -- is

16   that the document that you're talking about or is that

17   something different?

18                    (Exhibit 3 was marked for

19                     identification.)

20       A    The one I'm looking at says, "Dear,

21   Mr. Friedman."

22       Q    Behind that.  Go behind that to the statement

23   that actually has your name, your address, and it says

24   the disposition -- it shows the disposition fee owed.

25   See that?  It's right -- it's behind the letter to

                                          Page 42

1    Mr. Friedman.

2         A    Statement?  I have one that says -- I'm sorry,

3    can I show -- is this allowed?

4         Q    Yeah.  Yeah, that's it.  Is that different

5    than what you think you received?

6         A    Correct.

7         Q    Okay.  So you think you received something

8    closer to the effect of a letter that said, "Dear

9    Mrs. Chavez, you owe 300" -- you know, whatever this

10   number is -- "427.98."  Is that correct?

11        A    Correct.

12        Q    Okay.  So I have that --

13        A    Nothing -- go ahead.  Sorry.

14        Q    No, no.  You go ahead.

15        A    Nothing that came in the mail looked like

16   this, that I have personally seen.

17        Q    So the letter that you were mentioning

18   receiving, best estimate, when do you think that

19   arrived?  I'll ask, how many weeks or months after the

20   car was turned in did you receive it?  The letter?

21        A    Several, because I was caught off guard.  I --

22   and I -- I was pretty pregnant so my guess would be in

23   the winter time, closer to the end of the year.

24        Q    Okay.  And so let's just assume it was

25   somewhere in the tail end of 2021.  What -- did you do

| | |
|---|---|
| 1 | anything in response to the letter, you, personally?  Or |
| 2 | did your -- do you have knowledge of your husband doing |
| 3 | anything in response? |
| 4 | A    I called. |
| 5 | Q    Called? |
| 6 | A    I called Ford Credit. |
| 7 | Q    Okay.  Tell me what number did you call, you |
| 8 | know?  What -- how did you go about that? |
| 9 | A    Whatever number was at the bottom of the |
| 10 | letter.  I don't remember it now.  And we did try and |
| 11 | find our phone records from it but they didn't go back |
| 12 | that far.  I called them and I asked what it was.  They |
| 13 | said, "It's standard when you don't lease a car or |
| 14 | purchase with us." |
| 15 | I said, "You guys had no inventory.  We tried |
| 16 | multiple times."  They basically told me, in so many |
| 17 | words, that's not their concern.  And I said, "We're not |
| 18 | paying this.  Was not aware of this payment" and I asked |
| 19 | for it to be escalated. |
| 20 | Q    Okay.  Then what happened? |
| 21 | A    We got another letter. |
| 22 | Q    How then -- within however many weeks from the |
| 23 | first one? |
| 24 | A    Correct.  I'm not sure.  I felt like it was |
| 25 | long because I -- I remember -- I remember feeling like |

Page 44

```
1                    So the Cortland property was sold in April of
2       2022.  Okay.  So let's go back to 2022.  At any point
3       between the beginning of 2022 and when you sold
4       Cortland, was there any instance during that period
5       where you checked or were provided with your credit
6       score?
7            A    Yes, when we were pre-approved for a new home.
8            Q    Okay.  When were you pre-approved for a new
9       home?
10           A    Early 2022, I believe.  Right around the sale
11      of our house.
12           Q    So if you sold it in April, like February-ish?
13      In that range?
14           A    Yes, we had a 60-day escrow so it could have
15      been a little earlier.
16           Q    You had a 60-day escrow on a new home?
17           A    No, on the sale of Cortland.
18                    MR. ESPOSITO:  Sorry.
19                    And I'm sorry, Madam Court Reporter, I
20      just interrupted.
21      BY MR. ESPOSITO:
22           Q    You had a 60-day escrow on the sale of
23      Cortland; right?
24           A    Correct.
25           Q    Okay.  Now when you say you were pre-approved
```

Page 50

1    for a home loan, through who?

2        A    The company my dad worked for at the time.

3        Q    Which was what?

4        A    I believe it was, like, Standard Guarantee

5    Mortgage.

6        Q    Did you fill out a credit application with

7    Standard Guarantee?

8        A    Yes.

9        Q    Okay.  And both you and your husband were on

10   the application?

11       A    Yes.

12       Q    Okay.  And when you filled out the

13   application, what -- did your loan officer/father tell

14   you what your score was?

15       A    Yes.

16       Q    What did he say it was?

17       A    He said mid to high-sevens.

18       Q    For you, personally?

19       A    Yes.  I believe he said, "Ours" so I didn't

20   specifically ask, I guess.

21       Q    He kind of grouped you guys together when he

22   mentioned it; yeah?

23       A    Correct, yes.

24       Q    Did he show you any documents that showed the

25   mid to high-sevens?  Or did he just tell you in a

                                              Page 51

1    conversation?

2        A    He showed me documents but we were in person

3    so I'm -- I don't have them.  I looked in my email.

4        Q    Okay.  He ran some sort of credit thing and

5    showed you guys where you were at; correct?

6        A    Correct.

7        Q    And your Dad, Rocky, is that his given name or

8    is that a nickname?

9        A    No, that's his given name.

10       Q    Okay.  And does he still work for Standard

11   Guarantee?

12       A    I believe so.

13       Q    Where's his office?

14       A    He works out of his home.

15       Q    Out of his home?

16       A    Mm-hmm.

17       Q    What's the address?

18       A    I don't know the numbers.  It's Green Acres

19   Road, in Auburn.

20       Q    You don't know the physical address?

21       A    I could look it up, if you want.

22       Q    I do.

23       A    Okay.

24       Q    In Auburn, what's the ZIP?

25       A    I don't know.  I will look it up.

Page 52

1        Q     Okay.  But he's -- is -- and by the way,

2    because it's difficult to pronounce, I'm going to call

3    him "Rocky," if that's okay with you.  Is he doing the

4    same type of work now that he did when you guys were

5    working with him or has it changed?

6        A     It's the same.

7        Q     Okay.  So the best way you can put the timing

8    is, the Cortland place is in that -- you know it's in

9    escrow so you know it's somewhere in that 60-day window

10   between -- before when it sold in April of 2022;

11   correct?

12       A     Correct.

13       Q     Okay.  So do you remember what you had to give

14   your father to run the credit?  Did you give him, like,

15   just your Social?  Or do you remember what he required

16   to run that application?

17       A     Yes.  I mean, of course, our Social; our

18   addresses; previous addresses; Carter's bank -- like,

19   our bank statements; or our -- his check stubs from the

20   last, however many years; and he also needed some sort

21   of school stuff from Carter's loans from school.  I have

22   his address, if you would like it.

23       Q     Sure.  I appreciate that.

24       A     Sure.  It's 1545 Grass Valley Highway, Number

25   44, in Auburn, California 95603.

Page 53

1              So it's early 2022; you're working with your

2      father; he tells you two things.  He says, "I show you

3      guys up in the 700s for your credit score and you've

4      been pre-approved for a loan of 600.  Approximately.

5      $600,000."  Correct?

6          A    Correct.

7          Q    Tell me what's next.  Tell me, once Rocky

8      gives you that information, what do you do next, with

9      regards to your home search?

10         A    Sure.  We wanted to look for a home.  So do I

11     keep going?  Sorry.

12         Q    Okay.  Yeah, keep going.  Yeah.  Tell me about

13     your search.  Where you were looking, what you wanted to

14     do, that kind of thing.

15         A    Sure.  So it was right around that time.  We

16     were either in contract or about to be in contract to

17     sell our -- to sell our current home.  So that would get

18     us a better idea of what we could do.  At that time, the

19     market was not conducive towards contingent offers so we

20     had to sell our home in order to be competitive.  So our

21     home was currently in escrow and we started actively

22     looking at properties.

23         Q    Do you remember when you put the Cortland

24     property on the market?

25         A    January 2022.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1      Q     And do you remember when you got the offer

2   that you eventually ended up taking?

3      A     It was around -- it was within a week or two

4   of putting it on the market.

5      Q     Quick?

6      A     Yeah, pretty quick.

7      Q     Okay.  So you're in -- your Cortland place was

8   in contract to sell; you had been pre-approved for

9   approximately $600,000; and what happened next?  Do you

10   guys -- are you looking at places online?  Or tell me

11   how you're going about it?

12      A     Yes.  We would look on Zillow, of course.  We

13   had a realtor who was looking as well.  We -- we were

14   pretty particular about the area that we wanted to be

15   in.  I mean, we have kids.  We wanted to be around

16   friends, family, things like that.  I guess, not family.

17   Anyways, we wanted to be around friends.

18          We don't have family in the area so being

19   close to friends who can help with our children, as far

20   as pick up or drop off or going to the same school, was

21   important.  And we had a really hard time finding

22   things.  We didn't get a lot of luck until we heard

23   about a home that was available next to our best

24   friends, at the time.  And it wasn't on the market yet

25   but they knew that he was looking to sell and so we

Page 58

1    entered into some conversations with him.

2        Q    Okay.  Do you remember what was -- what is the

3    name of the seller?

4        A    I am so sorry, I don't remember.

5        Q    Okay.  What if --

6        A    For some -- huh?

7        Q    Go ahead.  Sorry, I stepped over you.  Go

8    ahead.

9        A    I would just be guessing and throwing names

10   out that sound similar, so.

11       Q    Okay.  How -- what were the names of the two

12   best friends that live next door?

13       A    Jake Soberal and Jordan Hogue.  Both of their

14   families live next door.

15       Q    You mean not in the same house but in that

16   general area?

17       A    Yeah.  It's, like, all in a row.

18       Q    What was the address of the property that you

19   were interested in?

20       A    I don't remember the numbers but it was on

21   Pine Street.

22       Q    Okay.  In Fresno?

23       A    Correct.

24       Q    Did you, personally, have any discussions with

25   the owner?

Page 59

1        A     Yes.

2        Q     Okay.  Was it a man?  Was it a woman?

3        A     It's a man.  It was a man.

4        Q     Okay.  So your friends tell you about this

5    property.  It's not on market yet but the guy's looking

6    to sell.  You have some chats with this guy but you

7    don't remember his name; right?  But some informal

8    chats.  Tell me what happens next.

9              Did I -- I assume that your -- what is your --

10   I don't want -- I'm asking too many questions at once.

11   What happens next, in terms of working with your father

12   to, you know, go through the process?

13       A     We took a look at the house; we walked around

14   with the owner; me and Carter chatted.  It was going to

15   be -- we asked him what he was wanting to sell it for.

16   We told him what we could offer him.  We tried to

17   sweeten the deal by being, like, "What if we do closing

18   costs?"  Just normal negotiation because it wasn't on

19   the market yet.

20             At that point in time, we went back to my dad

21   and we're, like, "We really want to put an offer in on

22   this house.  We really love it.  Like, is the loan,

23   like, ready to go if we put in a formal offer?"  He

24   said, "Let me check.  I'm pretty sure everything's good

25   to go."  He ran our credit and that's when we found the

Page 60

1    Ford had knocked us down, at that point.

2         Q    Okay.  So I'm going to call -- I used it in

3    the -- in your husband's deposition.  Let's just call

4    the mark, the -- let's call the charge -- we'll call it

5    "the charge" from Ford.  I'll call it "ding."  Right?  A

6    credit ding?

7         A    Okay.

8         Q    We'll use that term so we know we're talking

9    about.  What was -- do you remember what the seller was

10   asking?  Do you remember what his asking price was?

11        A    It was, I want to say, like, 555 or somewhere

12   around there, 550.  And then we offered, like, to pay as

13   part of closing costs or something.

14        Q    Okay.  So let's go back to the -- go back to

15   that -- or your -- that bigger stack, Courtney.  The

16   "Request for your Responses to the Requests for

17   Production," let's look at that.  Let's look at Exhibit

18   A.

19        A    Is there a number?

20        Q    It's like the tenth page in the stack.

21        A    Okay.

22        Q    So you go back to your father; you say, "We're

23   really interested," you know; and he says, "Okay.  Let

24   me, you know, just go back and check."  And he says,

25   "Oh, there's an issue.  I found this ding," as we just

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    described, "from Ford."  Right?  Ford Credit; correct?

2        A    Yes.

3        Q    And is that -- what is this -- to you, what is

4    this Exhibit A?  What is this document?  Do you know?

5        A    I'm not sure I'm looking at the right thing.

6    My apologies.

7        Q    It's okay.

8        A    Because we're still in the -- we're still in

9    the -- it doesn't say anything, sorry.  It doesn't look

10    like a document.  It looks like our responses to --

11        Q    We're in Exhibit 2, which is "Courtney

12    Chavez's" -- your attorney just put it up on the page.

13                THE WITNESS:  Oh, thank you.

14    BY MR. ESPOSITO:

15        Q    "Courtney Chavez's Responses to Requests for

16    Production" but it's just this one little snippet here.

17    And I'm asking -- my question is, do you know what this

18    is?  Have you seen this document before?  Do you know

19    what it is?

20        A    Yes.  That is what we were shown to show that

21    Ford had dinged our credit.

22        Q    That's what you were showed by who?

23        A    I believe so.

24        Q    By who?

25        A    Rocky, my dad.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1      Q    Okay.  Rocky showed you this at the time,

2   meaning, in March of 2022?

3      A    Yeah, I believe so.  I believe so.

4      Q    Okay.  So Rocky says, "Hey, there's an issue.

5   There's this ding from Ford" and he pulls this up, but.

6   And does he tell you what your new credit score is, now

7   that this has been, you know, found?  Or it has hit your

8   credit?

9      A    He said, "Mid-sixes," I believe, if I'm

10  recalling correctly.

11     Q    If you recall correctly, you mean?

12     A    Yes.

13     Q    Okay.  So he says, "I found this ding.  Your

14  credit scores are now in the mid-600s."  And then what

15  happens?

16     A    He said that "Your payment for this house is

17  going to be much higher than what you were wanting to

18  spend."  And me and Carter looked at the numbers and we

19  couldn't do it.  So he's like, "You got to get this off.

20  If we can get this off of your credit report, then we

21  can -- we can move forward.  But it's -- it's really

22  messing it up."

23          So at that point, I wrote a letter to Ford

24  Credit asking -- well, I called.  I called Ford Credit

25  or I called the credit company that had it.  Because I

Page 63

1          So then, after you talk to them on the phone,
2   you sent a letter to the credit bureau or to Ford
3   Credit?
4        A    To Ford Credit.
5        Q    Okay.  And that was a letter that you sent via
6   email or mail?
7        A    Email, I believe.
8        Q    Okay.  And then that's an email that you
9   testified you couldn't find; right?
10       A    Correct.  I tried to look back through my
11   records.
12       Q    Okay.  And then now we're in, sort of, what?
13   We're in, basically, spring, late spring of 2022;
14   correct?
15       A    Correct.
16       Q    And we went through the disputes, you know,
17   the method of disputing, with Experian and TransUnion;
18   and your husband testified that he took care of that
19   process.  Is that correct?
20       A    Yes, that's correct.
21       Q    Okay.  And then you retained Mr. Snyder's
22   office around what date?
23       A    I would have to look at my records.  I don't
24   recall.  I'm sorry.
25       Q    The letter that he wrote my client is dated

Page 66

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT C

**DECLARATION OF MATTHEW R. SNYDER**

1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF CALIFORNIA

3     _____

4     COURTNEY CHAVEZ and

5     CARTER CHAVEZ,

6              Plaintiffs,

7         v.                          Case No.

8     FORD MOTOR CREDIT COMPANY, LLC,    1:23-cv-01205-SKO

9     EQUIFAX INFORMATION SERVICES,

10    LLC, EXPERIAN INFORMATION

11    SOLUTIONS, INC., TRANS UNION

12    LLC, and DOES 1-10 inclusive,

13              Defendants.

14    _____

15             DEPOSITION OF CARTER CHAVEZ

16    DATE:         Tuesday, September 10, 2024

17    TIME:         10:13 a.m.

18    LOCATION:     Remote Proceeding

19                  Fresno, CA 93711

20    OFFICIATED BY: Carissa Narciso

21    JOB NO.:      6801018

22

23

24

25

                                        Page 1

```
1              A P P E A R A N C E S
2    ON BEHALF OF PLAINTIFFS COURTNEY CHAVEZ AND CARTER
3    CHAVEZ:
4         MATTHEW R. SNYDER, ESQUIRE (by videoconference)
5         Law Offices of Todd M. Friedman, P.C.
6         21031 Ventura Boulevard, Suite 340
7         Woodland Hills, CA 91364
8         msnyder@toddflaw.com
9         (323) 306-4324
10
11   ON BEHALF OF DEFENDANT FORD MOTOR CREDIT COMPANY, LLC:
12        MATTHEW J. ESPOSITO, ESQUIRE (by videoconference)
13        Severson & Werson
14        19100 Von Karman Avenue, Suite 700
15        Irvine, CA 92612
16        mje@severson.com
17        (949) 442-7110
18
19
20
21
22
23
24
25
```

Page  2

```
 1                    I N D E X

 2   EXAMINATION:                                    PAGE

 3        By Mr. Esposito                            6

 4

 5                  E X H I B I T S

 6   NO.            DESCRIPTION                       PAGE

 7   Exhibit 1      Amended Notice of Deposition

 8                  Carter Chavez                     13

 9   Exhibit 2      Plaintiff Carter Chavez

10                  Responses to Defendant FMCC

11                  Request for Document Production,

12                  Set One                           31

13   Exhibit 3      FMCC Credit Application

14                  Courtney & Carter Chavez

15                  7/8/2018                          58

16   Exhibit 4      Ford Credit Statement

17                  Courtney Chavez - 7/8/2021        59

18   Exhibit 5      Plaintiff Carter Chavez

19                  Responses to Defendant FMCC

20                  Interrogatories, Set One          86

21   Exhibit 6      FMCC ACDV Response                96

22   Exhibit 7      Vehicle Return Notification

23                  Odometer Disclosure Statement     99

24

25
```

Page 3

1                    I N D E X (Cont'd)

2         I N F O R M A T I O N   R E Q U E S T E D

3    NO.           DESCRIPTION                    PAGE

4    1             Seller Name - Pine Street      74

5

6            D O C U M E N T S   R E Q U E S T E D

7    NO.           DESCRIPTION                    PAGE

8    1             Documents - Roberts Property   94

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page  4

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                    P R O C E E D I N G S
 2               THE OFFICER:  Good morning.  My name is
 3    Carissa Narciso; I am the deposition officer assigned by
 4    Veritext to take the record of this proceeding.  We are
 5    now on the record at 10:13 a.m.
 6               This is the deposition of Carter Chavez
 7    taken in the matter of Courtney Chavez and Carter Chavez
 8    vs. Ford Motor Credit Company, LLC, et al., on Tuesday,
 9    September 10, 2024, located in Fresno, California.
10               I am a notary authorized to take
11    acknowledgments and administer oaths in California.
12    Parties agree that, as the deposition officer, I will
13    swear in the witness remotely.
14               Additionally, absent an objection on the
15    record before the witness is sworn, all parties and the
16    witness understand and agree that any certified
17    transcript produced from the recording of this
18    proceeding:
19                    - is intended for all uses permitted
20                      under applicable procedural and
21                      evidentiary rules and laws in the same
22                      manner as a deposition recorded by
23                      stenographic means; and
24               - shall constitute written stipulation
25                      of such.
```

Page 5

1              At this time, will everyone in attendance

2      please identify yourself for the record.

3              MR. ESPOSITO:  Matthew Esposito, from the

4      law firm of Severson & Werson.  I'm representing

5      Defendant Ford Motor Credit Company, LLC.

6              MR. SNYDER:  Matthew Snyder, for the

7      Plaintiff Carter Chavez.

8              MR. CHAVEZ:  And I'm the Plaintiff,

9      Carter Chavez.

10             THE OFFICER:  Thank you.  Hearing no

11     objection, I will now swear in the witness.

12             Mr. Chavez, will you please raise your

13     right hand?

14     WHEREUPON,

15                    CARTER CHAVEZ,

16     called as a witness and having been first duly sworn to

17     tell the truth, the whole truth, and nothing but the

18     truth, was examined and testified as follows:

19             THE OFFICER:  Thank you.

20             Please begin.

21             MR. ESPOSITO:  Okay.

22                    EXAMINATION

23     BY MR. ESPOSITO:

24        Q    Good morning, Mr. Chavez.  How are you?

25        A    Good.  Good morning.  How are you?

                                              Page 6

1    us, basically.  And that was the reason to then get the

2    2018 Ford Escape.

3        Q    Got it.  Okay.  So bear with me here and let

4    me walk through this for purposes of the record because

5    I think I've got it now.  So the Ford Escape, the 2018

6    Ford Escape, was leased in or around July of 2018;

7    correct?

8        A    Yes.

9        Q    Okay.  At the time, prior to, you know,

10   driving off the lot with that vehicle, Mr. Chavez, you,

11   were driving the Corolla; correct?

12       A    Correct -- correct.

13       Q    And Mrs. Chavez was driving the Mitsubishi,

14   which basically went out on you; right?

15       A    Yes.

16       Q    Okay.  And so then when we -- then again,

17   I'm -- you'll see why I'm asking about Mrs. Chavez.  So

18   when you guys go into the dealership in 2018, you're

19   basically getting a car for Courtney; correct?

20       A    Yes, that's correct.

21       Q    Mrs. -- sorry, Mrs. Chavez.  Is -- what's the

22   thought process, Mr. Chavez, or tell me about, if you

23   remember, when you guys go in to get this car.  Even

24   though it's going to be her car -- and again, I'm not --

25   again, every family operates differently.

                                              Page 28

1        A    I believe it's John Andrews.  He was the one

2    who did it with us in our living room.  I don't -- I --

3    I cannot confidently say.  I don't confidently remember

4    who signed there but I believe it was John Andrews.

5        Q    So did you -- that actually helps, Mr. Chavez.

6    And you said, "In your living room."  Did you guys go to

7    the dealership and pick out the car and do the deal

8    there?  Or did you just do it online; and since you had

9    this relationship, do the whole thing from home?

10       A    They -- he drove with his brother down to

11   Fresno with the Ford Escape and we did it in our living

12   room, face to face.

13       Q    Did you -- had you seen it before he drove it

14   down?

15       A    I do not recall.

16             MR. ESPOSITO:  Okay.

17             Scrolling up.  Matt, take it back up to

18   the top of the page.  It's got, in -- Box 2 has the

19   monthly payments.

20   BY MR. ESPOSITO:

21       Q    Is that was that you recall the monthly

22   payment being, Mr. Chavez, is $293.74?

23       A    Yes, I believe that's correct.

24       Q    Okay.  And you see that Box 3, "Other

25   Charges"?  And you see the 395 there and the initials on

Page 36

1    the side?  Do you recognize those initials?

2        A    I mean, there are initials of "CC."  I -- I

3    don't remember doing that.  And it -- it -- yeah.

4        Q    Okay.  You don't recall putting your initials

5    in this box?  Is that right?

6        A    Correct.

7        Q    How about in Box 4, "The total amount you will

8    have paid at the end of the lease."  Do you recall

9    initialing there?

10       A    No, I don't recall initialing there.

11       Q    But you might have; you just don't recall?

12       A    Yeah.

13              MR. ESPOSITO:  Okay.

14              How about, Matt, scroll down a little bit

15   into this itemize of "Gross Capital Cost."  It's Box 11.

16   BY MR. ESPOSITO:

17       Q    See, Carter, where there's a zero crossed out?

18   It says, "NA" and then there's two other initials.  Do

19   you recall putting your initials there?

20       A    I don't recall that, no.  To me, it seems -- I

21   don't -- I don't remember putting initials on something

22   that was just crossed out initially on a pen.  That --

23   and that's -- that's why I don't remember doing it

24   because that doesn't seem to be something that I would

25   sign, a handwritten crossed-out item.

                                           Page 37

1    do with regards to her vehicle.  Tell me a little bit
2    about those discussions.
3         A    So we -- we were not wanting to -- to renew
4    the lease on the Ford Escape or purchase it, for the
5    reason that we had -- between 2000 -- from 2018 to 2021,
6    July 2018 to July '21, we had two more children.  We had
7    a son in February of 2019 and then another son in
8    January of 2021.  And so the Ford Escape just didn't fit
9    our needs with our growing family.  Three car seats in
10   the back just didn't work and so we were looking to get
11   a bigger vehicle.
12             And so we, obviously, made it work up to that
13   point.  We had to.  That was -- the vehicle, the lease,
14   didn't end 'til July.  And so in the months preceding,
15   yes, we had conversations and we were looking to upscale
16   into a larger vehicle.  Either an SUV or a minivan.
17        Q    Okay.  Congratulations, by the way, on the --
18   that's a big jump.  That's -- those are good reasons to
19   need a bigger car.  What -- did you guys have
20   discussions at the time about whether you wanted another
21   Ford?
22        A    Yeah, we were happy with Ford, I mean.  And we
23   reached out to John Andrews again.  We were happy with
24   the -- the -- how it was for us and there just was not
25   any inventory.  It was -- March to July of 2021, there

                                                  Page 40

1   was very little shortage; COVID was still a thing; there

2   was chip shortages.  I don't know the reason.  That's

3   just what the media was saying was low in inventory.

4        And so, yes, we reached back out to John.  We

5   looked here in Fresno for another Ford and there just

6   wasn't anything that would fit what our family was

7   looking for.

8        Q    Okay.  Fair enough.  So you basically told

9   John, you know, something -- again, estimating some time

10  when you knew the lease was approaching its end, you

11  reached out to John and said, "John, our lease is about

12  to come up.  You know, put your feelers out there.  Put

13  your eyes out for something bigger."

14       And John basically said, "Look, guys, you

15  know, this time of year, for all the reasons just

16  mentioned, there just isn't really a ton of inventory."

17  I'm paraphrasing but is that basically how it went down?

18       A    Yes.

19       Q    Okay.  So once John sort of, you know, gave

20  that information, obviously, you trusted him.  Did you

21  start then to consider other makes of vehicle?

22       A    Yes, because we were then concerned of it

23  would -- I mean, it's -- it's an emergent situation in a

24  way of, as a family, we need a vehicle.  We knew the

25  lease was ending up in July of 2018 -- 20 -- sorry, of

Page 41

1    2021, for the Ford.  We need another vehicle.

2         And when we realized the magnitude of the

3    shortage, like, this could be an issue of us not getting

4    a vehicle, we started to look much quicker and that's

5    when we started to look for other vehicles.

6         Q    Okay.  And I'm correct to assume that that's

7    what led you to, in May of 2021, eventually lease the

8    Honda Odyssey, 2021 Honda Odyssey.  Is that correct?

9         A    Yes, that's correct.

10              MR. ESPOSITO:  Okay.  Let's take a look.

11              So, Matt, if you would, I'd appreciate

12   it, put Exhibit 2 back up on the screen?  And,

13   Mr. Snyder, will you scroll down to Exhibit H?  It's

14   Page 35 of the PDF.

15   BY MR. ESPOSITO:

16        Q    All right.  Mr. Chavez, do you see the

17   document that's on the screen right now?

18        A    Yes.

19        Q    Okay.  Have you seen that document before?

20        A    Yeah, it's very small.  Do you mind giving me

21   a second to get the hard copy?  Just --

22        Q    Of course.  Take your time.

23        A    -- easier to look at?

24        Q    Yeah, of course.

25        A    It's Exhibit H?  Is that correct?

Page 42

1    out, picking out, deciding on the Honda?  And what I

2    mean by that, I'll give you an example.

3           When I got my last car, I went down to the

4    dealership, they showed me a couple of things.  One I

5    was kind of interested in; told them I was shopping

6    around; came home; got a few calls from the dealer.

7    "Hey, we'll do this for you, we'll do that for you."

8           Eventually, I made my way back down, after

9    looking at a few other vehicles, decided on the one that

10   they had, and signed the papers.  Process took no more

11   than two and a half weeks.  How long was the process,

12   from start to finish, with picking out signing on and

13   leasing the Honda 2021 Odyssey?

14      A    I mean, it was -- I -- I don't remember the

15   exact time frame on how long it took.  But it wasn't all

16   of a sudden we, like, talked to John and then nope, we

17   went right to Honda.  We -- you know, we sent multiple

18   messages over the time, "Hey, is there any inventory?

19   Our lease is going to be up.  You know, looking for

20   other things that might come up in March and in April."

21   And he kept responding "No."

22          Then we started even looking at the Ford

23   dealership here.  At this point, we were still, you

24   know, happy to stay with Ford.  Like, we went to the

25   Ford dealership here in Fresno, looked; they didn't have

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    any of the inventory that we were looking for.  We were

2    still looking.  You know, John was still looking.

3            We went to a Toyota dealership before; they

4    didn't have the inventory of what we needed.  I believe

5    we made phone calls to other dealerships in Fresno; I

6    don't remember which specific ones.  And then we went to

7    a Honda dealership in Fresno and they had one minivan

8    left of something that was perfect for us.

9            And that was when we were like "Hey, we've

10   struck out on a lot of different things" and that's when

11   we -- we signed it, that day.  Because we were, like --

12   two of them had literally been sold that day.  And

13   she's, like, "We don't have any more coming in -- in the

14   future that we can see."  And so with -- that's when we

15   ended up signing up, on that day.

16       Q    Okay.  So to summarize, it wasn't like you

17   were hunting out Odysseys for a while.  You -- from the

18   point where you actually leased it, you know, maybe a

19   day, two days, maybe.  And if not that.  But deciding

20   "Hey, this is the car we're going with.  Let's get this

21   done."  Right?

22       A    Yeah, we're not -- we're not, like,

23   streamlined on just a Honda.  We were looking for a

24   vehicle that fit our needs and there just wasn't --

25   wasn't the inventory on that that we -- we could find.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    And we looked in many different avenues, many different

2    dealerships.  And then we -- when we finally got one

3    that we wanted, we -- that would fit for us, that's when

4    we end up going.

5        Q    Okay.  So let's go back again.  Let's go back

6    to 2021, in the -- in that -- let's go back to --

7    returning the 2018 Escape.  Okay.  Did you and your wife

8    handle the return of the vehicle, you know, dealing with

9    the inspection and all that, together?  Was it just you?

10   Was it just her?  Or did you guys do it together?

11       A    So there -- we did an inspection.  We got a

12   phone call from someone at Ford leading up to it, couple

13   months before -- I don't remember the exact date or

14   month -- saying, "Hey, your lease is up.  If you're

15   going to return the vehicle, you need to get an

16   inspection report."  And we -- it's in -- it's in the

17   exhibit somewhere, an inspection report.

18            And so it was through a third party.  They

19   came out to our house, looked over the vehicle, made

20   sure there was no rips and tears.  And they did it and

21   we were given the go ahead that it was in return --

22   what's the word -- like, return shape to be returned.

23   And so that was prior to July, when we actually returned

24   the vehicle to Ford.

25       Q    Okay.  So and I'll -- well, you're right.  It

Page 51

1    is in the docs and we'll look at it, but.  So June, they

2    inspected; no big dents, no rips in the upholstery; it's

3    good.  It's where we'll accept it basically; right?  And

4    then you return it in the beginning of July?  Is that

5    your recollection?

6        A    Yes.

7        Q    Okay.  And let's talk about the actual return

8    in July.  Did you -- this is what I meant before when I

9    was asking.  Did you and your wife both take it to a

10   dealership in Fresno?  Or did one of you do that?

11       A    It was just me.  She drove me, with the kids

12   in the car, and I went in.  I didn't think it would take

13   very long.  It was very -- it was a very bizarre

14   experience.  There was very few people there, very few

15   people who understood what -- what I was trying to do.

16            And I was like, I -- I don't want to just give

17   the keys to any salesperson.  I was like, "Hey, like, I

18   feel like there needs to be something to -- to sign or

19   like a process of returning."  And that no one really

20   had any expertise on this so "Hey, let me talk to this

21   person.  Let me talk to this person."  I don't remember

22   anybody's names.

23            But I finally got ahold of someone who knew

24   the person who was supposed to do it and they were kind

25   of working alongside of them.  And so they wrote down my

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    information; the key; I gave them the VIN; I gave them

2    the license plate number and the keys and that was that.

3        Q    So the part where you just said you finally

4    found somebody who knew the person who was supposed to

5    do it who was basically supposed to take it in.  Who

6    was -- who did you believe the person that was supposed

7    to take it in?  Do you remember their name?

8        A    No, I was never given a name.  I was told to

9    return it, go to the front desk and they will point you

10   in the direction of where to go.

11       Q    Okay.  I just --

12       A    That's what I was told.

13       Q    -- go ahead.  I just wanted -- so that's why I

14   want to clarify.  What you said was, you went in there;

15   you didn't feel, like, comfortable just handing the keys

16   to some random person; and then you said you eventually

17   came into contact with the person who knew the person

18   who was supposed to take it.

19           You just meant -- do you just mean you ran

20   into a person who knew where the returns were handled?

21   Is that what you meant?  Or did you mean someone

22   specific?

23       A    Yeah, who was supposed to take it.  I -- I was

24   not an expert in who I should be -- I was not given a

25   name on "Hey, look for this person" or "Look for this

                                            Page 53

1    title."  Over the phone, I was told, "Take it into the

2    Ford dealership in Fresno."  It doesn't have to be in

3    Auburn, where we got the lease; it could be at any one,

4    at Fresno Ford, the Lithia dealership in Fresno.

5            And then I went in and went to the front desk.

6    They seemed very puzzled with what I was trying to do.

7    They bounced me around to multiple people, finally ended

8    up with someone who understood what was happening, and

9    that's who I gave the -- the stuff to, the keys and the

10   information.  I asked if there's anything else that we

11   owed; I asked him if there is anything else that we need

12   to do or sign.

13           And they said, "No, I don't believe so.  If

14   there is, then we'll contact you later."  But at that

15   moment, when I gave it to them, there was little

16   expertise on the dealership side on what was happening

17   and what I needed to do did.

18       Q    And this was -- if I'm picturing a dealership,

19   is this someone -- are you in the service area, like

20   where the cars get returned?  Or are you in that front

21   area with the show cars and, you know, where the display

22   cars are and stuff?  Do you remember?

23       A    It wasn't in the display cars but it was like

24   next to it and then it finally funneled back into more

25   offices with doors and a hallway.  And offices with, not

Page 54

1    cubicles, but a small 8 by 8 room or something.

2        Q    Did they -- well, did -- Mr. Chavez, while you

3    were there, obviously, I'm only asking what you saw, did

4    they go out with you and check the mileage?  You know,

5    look -- check the odometer?

6        A    No, they did not and that seemed very bizarre

7    to me.

8        Q    Okay.  So eventually, you have this

9    discussion -- and again, I know the answer, I'm asking

10   again.  You don't know the individual -- the last

11   individual that you talked to, that just said -- you

12   basically handed the keys to, you don't recall that

13   person's name; correct?

14       A    No, I do not.  Man.

15       Q    Man or a woman?

16       A    Male.

17       Q    Description?  If you can remember?

18       A    40s, 50s.  Shorter, brown hair.

19       Q    Ethnicity?

20       A    I believe, white.

21           THE OFFICER:  I'm sorry, I didn't hear

22   what you said, Mr. Esposito?

23           MR. ESPOSITO:  I asked -- I said

24   ethnicity, if he recalled his ethnicity.

25   //

                                          Page 55

1     BY MR. ESPOSITO:

2         Q     Okay.  So, Carter, gave him the keys; maybe he

3     shook your hand; and you were out the door.  Is that

4     right?

5         A     Yes, I wrote down the VIN and the -- the

6     license plate number.  I -- I went in, prepared to

7     return it, assuming that there'd be some process, and

8     there was no process.  It was, I gave it to him; he's

9     like, "Cool.  Thanks."  Took the keys, took the number.

10        Q     You mean -- sorry.  You wrote down the VIN and

11    the license, in case they asked you for it you had it on

12    a piece of paper or something, you're saying?

13        A     Yes, that's correct.

14        Q     Okay.  I guess what the only thing I'm kind of

15    just a little unsure of is, it sounds like what you're

16    saying, Mr. Chavez, is that when you went in there, it

17    was a little unorganized; right?  And you weren't just

18    going to say, "Here," you know, lay the keys on the

19    counter.  You wanted to give it to somebody who, at

20    least, was there to -- that you could have -- that you

21    could at least reliably believe was going to accept the

22    vehicle.

23              What did the person that you eventually gave

24    the keys over to and said goodbye to or whatever, what

25    led you to believe that they were an acceptable person

Page 56

1    to, you know, complete the transfer?  Did they say,

2    "Hey, I'll take care of it"?  Or what changed your

3    position from saying, "Man, I don't know where -- what

4    to do in here" versus "Okay.  This is somebody I'm

5    comfortable dealing with"?

6        A    He said he knew the person who dealt with that

7    matter -- I don't remember the name -- and that he would

8    give it to him tomorrow morning.  I still left a little

9    uneasy but I also -- there -- there -- that was the

10   lease date.  I also didn't want to get charged or in

11   trouble for keeping the car longer and, so.

12       Q    I got you.  He -- the bottom line is, you

13   don't remember anyone's name but the gentleman said he

14   can -- he will get -- whatever you're giving him, he

15   will get it to the right person.   He knew who that

16   person was; correct?

17       A    Correct.

18       Q    Okay.  Mr. Chavez, when you and your wife

19   leased the 2018 Escape, did you complete a credit

20   application?

21       A    Yes.

22            MR. ESPOSITO:  Okay.  You probably have

23   it.  I'm going to make it Exhibit 3; and I just sent it

24   to your attorney.  Tell me when you either -- if you

25   have in front of you, Mr. Chavez.  I just want to

                                            Page 57

1   I'm going to make -- when I say, "It," I mean, the Ford

2   Escape.  Exhibit 4 is going to be -- again, this is in

3   your -- you produced this, Mr. Chavez.  This is going to

4   be -- just sent it to your lawyer.

5           This is the July 2021 Statement from Ford,

6   from Ford Credit, which refers to the lease payment, the

7   disposition fee, the tax.  So the total amount due of

8   $427.98.  Tell me when you see that Statement.  And I

9   also sent it to your counsel for Exhibit 4.

10          (Exhibit 4 was marked for

11          identification.)

12  A    Oh yes, I see.

13  Q    See it?

14  A    Yeah.

15  Q    Mr. Chavez, for the Ford Escape, were your

16  statements sent to you and Courtney in the mail?  Or did

17  you just review them online?  Or did you not even review

18  them?

19  A    We -- they were online on a -- we had an

20  account set up.  We did not access it very much at all

21  because it was an auto debit out of our account.  So it

22  was not something that we felt necessary to look at.

23          We did look at it, leading up to July, looking

24  for things, like, to get the vehicle turned back in.  So

25  we did check that account multiple times, leading up to.

Page 59

1    But after it was returned, we did not look at them.

2        Q    Okay.  Appreciate that.  So tell me, the lease

3    disposition fee, you know, obviously that we're -- you

4    know, makes up the crux of the lawsuit, when did you

5    personally first find out that that was owed?  You know,

6    if you weren't getting the bills, I understand.  When

7    did you personally first find out that it was owed to

8    Ford?

9        A    Not for a couple months later.  I don't

10   remember exactly when.

11       Q    Okay.  Then I guess the next question would be

12   then how were you made aware that it was owed?

13       A    I don't know if was a letter or an email.  I'm

14   not positive how.  And I'm not sure if I was made aware

15   first or if my wife was made aware first.  I'm not sure

16   how we first became aware of it.

17       Q    Okay.  So safe to assume, at some point --

18   again, we're just estimating here so this is not -- if

19   this is -- if this ends up being off, it's not -- I'm

20   asking you just to estimate with me.  But sometime in

21   the tail end of 2021, a letter or an email from Ford

22   Credit let you or your wife know this amount was due and

23   owing.  Is that right?

24       A    Yes, that's correct.

25       Q    Okay.

Page 60

```
 1    and exact credit scores but we did have official credit
 2    scores pulled early in 2022.  And both mine and
 3    Courtney's were -- all three -- all of them are
 4    different but they were all in the ballpark of 725.
 5    BY MR. ESPOSITO:
 6        Q    Okay.  Fair enough.  And we'll get into that.
 7    We'll get into the home purchase efforts in a little
 8    bit.  But you personally don't have any evidence of that
 9    725 number.  Is that right?
10        A    No.  Our -- our lender, Rocky Covarrubias, is
11    the one who pulled our credit scores on that.
12        Q    He pulled them and showed them to you but he
13    didn't give you hard copies.  Is that right?
14        A    No.  That's correct.
15        Q    Okay.  And you think -- and I'll ask her in a
16    little bit, Mr. Chavez -- but ballpark, you and
17    Mrs. Chavez were about the same.  Is that right?
18        A    Yeah.  She was a little higher, I believe, but
19    it was not by -- not by much.  And what -- what I was
20    told by our loan officer was that, mostly above that --
21    that 700 was -- it was a good -- where you're going to
22    get -- you're not going to get much more above 750 to
23    700.  It's going to be about the same interest rate for
24    it.
25            And so this credit scores -- we didn't look,
```

Page 67

1    it's Exhibit A.

2            Tell me when you see -- when you have

3    that in front of you, Mr. Chavez.

4            THE WITNESS:  Yes.  Oh, sorry.  Yes, I

5    see it.  I apologize.  Yes.

6    BY MR. ESPOSITO:

7        Q    Is that what you -- is that the snippet that

8    you mentioned Rocky showing you?

9        A    Yes.

10       Q    Okay.  And Mr. -- sorry, Rocky said, "Hey, you

11   know, this showed up.  Do you know what this is?  Do you

12   know what this snippet is from?"

13       A    Yes, he asked us that and then we knew

14   immediately that it was Ford.  We could tell from the

15   "FMCC" but also about what was happening, you know,

16   previously with Ford claiming that they were still owed

17   that money for the disposition fee.

18       Q    What -- but let me -- and I appreciate that

19   but let me ask you -- I might have asked the wrong

20   question.  What is this document?  What is this cut

21   from?  Is this a credit report?  Or do you know what

22   this is?  I just -- I've never seen anything in this

23   format so I'm asking if you know what this is.

24       A    Yes, this is, from what I was told from Rocky,

25   this was an official credit report that his office ran

                                        Page 70

1    to pull our credit.  He was -- so in -- at this time, in

2    March 2022, we were already in contracts to sell our

3    Cortland house and we were looking very closely at a

4    house to purchase at this time.

5            So he was regularly looking to see what our

6    credit was to see if he can lock in a rate for us.  And

7    so he was continually pulling credit, just making sure

8    where we're at and running -- I don't know exactly what

9    the whole process is -- but running things to see what

10   rate we could get.

11       Q    Is this -- okay.  So I understand.  I totally

12   understand all that but this doesn't -- tell me if I'm

13   missing it -- this doesn't -- this Exhibit A doesn't

14   show your credit score, does it?

15       A    No, it does not.  Unfortunately, we do not

16   have that.  We reached out to him and he's unable --

17   he's changed companies.  He's unable to get that exact

18   document, from what I've been told.

19       Q    Okay.  And, Mr. Chavez, Rocky is your -- wait.

20   His -- how is he related to you and your wife?

21       A    He is Courtney's father.

22       Q    Her biological father?

23       A    Yes.  Yes, biological father.

24       Q    And in 2022, what loan company or mortgage

25   company did he work for?  Who was his employer?

Page 71

1      A    Yes, that's correct.

2      Q    -- to Exhibit A; right?

3      A    Will you repeat that?

4      Q    When I said, "This," I meant -- you know I was

5    referring to Exhibit A; correct?

6      A    Yes, that's correct.

7      Q    So, again, Mr. Chavez, I don't want to put

8    words in your mouth because I appreciate -- I can tell

9    you're giving your best recollection.  But Rocky, in

10   March of 2022, he's obviously got his eyes out for you

11   guys, whatever.  Because obviously, you're selling

12   Cortland.

13           He pulls this up and says, "Hey, guys, there's

14   this, you know, $427 charge-off here.  That's going to

15   impact your credit."  But he doesn't give you a number;

16   right?  He doesn't say, "Your credit's now this."

17   You're just -- he just said, "There's a mark here and

18   that's going to cause you guys an issue."  Is that

19   right?

20     A    Yes, and it caused us an issue.  We were in

21   conversation with -- with an owner of a house; we were

22   trying to purchase the house in a neighborhood where we

23   were -- very wanted to be.  And once this hit our

24   credit, it dropped our numbers substantially, in that we

25   would not have been able to afford that house that we

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    were currently in -- in talks trying to -- to purchase.
 2        Q    Okay.  And what's the address of the house
 3    that you were in talks to purchase?
 4        A    I believe it is 624 East Pine.  I'm not
 5    positive.  I know it is on Pine Street, in Fresno.
 6        Q    Okay.  What was the name of the seller?
 7        A    I do not remember.  I don't remember at the
 8    time, right -- right now.
 9        Q    Okay.  I'll just make a note of that.  I can
10    either get that later.  Maybe Mrs. Chavez will know.
11             But, Mr. Chavez, this is what I'm kind of
12    getting at here, so.  You said you were in conversations
13    with this owner.  Was the house not on the market yet?
14    Was this pre-market?
15        A    Yes, it was pre-market.
16        Q    And because your credit score had dropped --
17    again, I'm just clarifying because I want to make sure
18    I'm not quoting you incorrectly -- you weren't going to
19    be able to purchase this home.  My question is, what are
20    you basing that on, because your credit score had
21    dropped?  How do you know your credit score dropped?
22        A    Rocky, our loan officer, had told us.  And
23    ran, in a program -- I don't know the process -- ran --
24    that we would -- our rate would be much, much higher
25    than what we were originally quoted.  It was not locked
```

Page 74

1     them but do you possess any for the Roberts address?

2          A    I have our, like, loan agreement.  I don't

3     remember.  I'm sure we have the loan agreement.  We did

4     not give that and I apologize.

5          Q    But you have the loan app, the -- well, you

6     might not have loan application but there -- you may

7     have some documents relating to the Roberts property

8     that could be relevant.  Is that fair to say?  And I can

9     work that out with Mr. Snyder, if that's the case.

10         A    Yes.

11         Q    Okay.  Now, Mr. Chavez, in the complaint, it

12    says that "Plaintiffs disputed the credit reporting with

13    Equifax, Experian, and TransUnion."  Are you aware of

14    disputing the, I'm going to call it a "ding" again, on

15    the credit with those three companies?

16         A    Yes, we disputed it immediately after we saw

17    it on our credit because at the time, we were pressed

18    for time to hopefully get the Pine house.  And so we did

19    everything that we could to try to get that removed so

20    that we could get the Pine house basically.

21         Q    So tell me -- walk me through that, when

22    you -- because people do it different ways.  When you

23    disputed it, what does that mean?  Tell me what that

24    means, "dispute"?  Called someone?  Wrote a letter?

25    When you disputed it, what did you do?

                                            Page 94

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT D

**DECLARATION OF MATTHEW R. SNYDER**

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Matthew R. Snyder (SBN 350907)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
msnyder@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY CHAVEZ and CARTER CHAVEZ, <br><br> Plaintiffs, <br><br> -vs- <br><br> FORD MOTOR CREDIT COMPANY, et al., <br><br> Defendants. | Case No.: 1:23-cv-01205-SKO <br><br> **PLAINTIFF COURTNEY CHAVEZ'S ERRATA SHEET TO DEPOSITION TRANSCRIPT** |

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, COURTNEY CHAVEZ, hereby submits the following errata sheet regarding his deposition transcript.

| Page/Lines | Change | Reason |
|---|---|---|
| Page 27, Line 14 | "I could have but" to "I don't think I did, and" | Further reflection |

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 10, 2024

3

4

By:  _____

Courtney Chavez (Oct 10, 2024 15:40 PDT)

5

Courtney Chavez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On October 10, 2024, I served a true copy of **PLAINTIFF COURTNEY CHAVEZ'S ERRATA SHEET TO DEPOSITION TRANSCRIPT** via electronic mail to the following:

Matthew J. Esposito
SEVERSON & WERSON, A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
mje@severson.com

Executed on October 10, 2024, at Woodland Hills, CA

[ ] I hereby certify that I am a member of the Bar of the United States District Court, Eastern District of California.

[x] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:_____
            Patria Hammer

# Courtney Chavez Errata

Final Audit Report                                                                 2024-10-10

| | |
|---|---|
| Created: | 2024-10-10 |
| By: | Patria Hammer (phammer@toddflaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAPw5bEadmay0jk6UMSaOCoCbhDCSutBZd |

## "Courtney Chavez Errata" History

Document created by Patria Hammer (phammer@toddflaw.com)
2024-10-10 - 10:02:06 PM GMT

Document emailed to metamorphosis.eventplanning@gmail.com for signature
2024-10-10 - 10:02:20 PM GMT

Email viewed by metamorphosis.eventplanning@gmail.com
2024-10-10 - 10:40:04 PM GMT

Signer metamorphosis.eventplanning@gmail.com entered name at signing as Courtney Chavez
2024-10-10 - 10:40:35 PM GMT

Document e-signed by Courtney Chavez (metamorphosis.eventplanning@gmail.com)
Signature Date: 2024-10-10 - 10:40:37 PM GMT - Time Source: server

Agreement completed.
2024-10-10 - 10:40:37 PM GMT

Adobe Acrobat Sign

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT E

**DECLARATION OF MATTHEW R. SNYDER**

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Matthew R. Snyder (SBN 350907)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
msnyder@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY CHAVEZ and CARTER CHAVEZ, <br><br> Plaintiffs, <br><br> -vs- <br><br> FORD MOTOR CREDIT COMPANY, et al., <br><br> Defendants. | Case No.: 1:23-cv-01205-SKO <br><br> **PLAINTIFF CARTER CHAVEZ'S ERRATA SHEET TO DEPOSITION TRANSCRIPT** |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, CARTER CHAVEZ, hereby submits the following errata sheet regarding his deposition transcript.

| Page/Lines | Change | Reason |
|---|---|---|
| Page 37, Line 12 | "Yeah" to "No, I don't think I initialed there." | Further reflection |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 10, 2024

By: _____

Carter Chavez (Oct 10, 2024 15:45 PDT)

Carter Chavez

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On October 10, 2024, I served a true copy of **PLAINTIFF CARTER CHAVEZ'S ERRATA SHEET TO DEPOSITION TRANSCRIPT** via electronic mail to the following:

Matthew J. Esposito
SEVERSON & WERSON, A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
mje@severson.com

Executed on October 10, 2024, at Woodland Hills, CA

[ ] I hereby certify that I am a member of the Bar of the United States District Court, Eastern District of California.

[x] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:_____
                Patria Hammer

# Carter Chavez Errata

Final Audit Report                                        2024-10-10

| | |
|---|---|
| Created: | 2024-10-10 |
| By: | Patria Hammer (phammer@toddflaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAARRfP2P37QY8azPER_75VxiK2MvESCN2J |

## "Carter Chavez Errata" History

📄 Document created by Patria Hammer (phammer@toddflaw.com)
2024-10-10 - 10:02:45 PM GMT

📧 Document emailed to cchavez1811@yahoo.com for signature
2024-10-10 - 10:02:57 PM GMT

📄 Email viewed by cchavez1811@yahoo.com
2024-10-10 - 10:44:43 PM GMT

🖊 Signer cchavez1811@yahoo.com entered name at signing as Carter Chavez
2024-10-10 - 10:44:59 PM GMT

🖊 Document e-signed by Carter Chavez (cchavez1811@yahoo.com)
Signature Date: 2024-10-10 - 10:45:01 PM GMT - Time Source: server

✅ Agreement completed.
2024-10-10 - 10:45:01 PM GMT

**Adobe Acrobat Sign**

EXHIBIT F

**DECLARATION OF MATTHEW R. SNYDER**

1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF CALIFORNIA

3

4    COURTNEY CHAVEZ and        )    CASE NO.

5    CARTER CHAVEZ,             )    1:23-CV-01205-SKO

6              Plaintiffs,      )

7          Vs.                  )

8    FORD MOTOR CREDIT          )

9    COMPANY, et al.,           )

10             Defendants.      )

11    _____ )

12

13          Video Conference Deposition of JENNIFER

14    SCHOLL taken with Zoom Video Conferencing on

15    behalf of Defendants, commencing at approximately

16    10:00 a.m. PST on October 8, 2024, pursuant to

17    Notice.

18

19

20

21

22

23

24    REPORTED BY:

25    Kathryn Plizga, RPR, Hawaii CSR No. 497

                                        Page 1

```
 1    APPEARANCES:

 2            For Plaintiffs Courtney and Carter Chavez:

 3              MATTHEW R. SNYDER, ESQ.

 4                  Law Offices of Todd M. Friedman, P.C.

 5                  21031 Ventura Boulevard, Suite 340

 6                  Woodland Hills, CA  91364

 7

 8            For Defendant Ford Motor Credit Company:

 9              MATTHEW J. ESPOSITO, ESQ.

10                  Severson & Werson, PC

11                  19100 Von Karman Avenue, Suite 700

12                  Irvine, CA  92612

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  2

```
 1                    I N D E X

 2     DEPONENT

 3     Jennifer Scholl                              PAGE

 4            Examination by Mr. Snyder                4

 5

 6

 7                    E X H I B I T S

 8     NO.            DESCRIPTION                   PAGE

 9     Exhibit 1    Defendant's Response to FMCC's

10                  Person (etc.)                     7

11     Exhibit 2    Lease Agreement                  11

12     Exhibit 3    Transaction History             12

13     Exhibit 4    Carter Chavez ACDV              16

14     Exhibit 5    Courtney Chavez ACDV            16

15     Exhibit 6    Notice Letter                   19

16     Exhibit 7    Defendant's Response Letter     20

17     Exhibit 8    Contract Corrections            31

18     Exhibit 9    Document from FMCC Bates labeled

19                  Chavez 051 - 052                53

20

21

22

23

24

25

                                        Page  3
```

1                    JESSICA SCHOLL,

2     called as a witness at the instance of the

3     Defendants, being duly sworn to tell the truth, the

4     whole truth and nothing but the truth, was examined

5     and deposed as follows:

6                    EXAMINATION

7     BY MR. SNIDER:

8          Q.   Good morning, Ms. Scholl.  I want to start

9     by saying thank you for being here.  I'm sure there

10    are a million other things you would rather be doing

11    than sitting here with me for several hours.  So

12    thank you for taking the time out of your schedule

13    for this.

14         A.   Sure.

15         Q.   My name is Matt Snider.  I'm one of the

16    attorneys representing the plaintiffs in this case.

17    Before I get too far ahead of myself, can I just have

18    you state and spell your name for the record,

19    please?

20         A.   Sure.  My name is Jennifer Scholl.  The

21    first name is spelled J-E-N-N-I-F-E-R.  The last name

22    is spelled S-C-H-O-L-L.

23         Q.   Thank you.

24              Ms. Scholl, have you ever been deposed

25    before?

                                          Page  4

1    document, which is the last page, let me know when

2    you're there.

3        A.    Yeah.

4        Q.    Do you see there's a line there that says

5    0/7/0721.  And then it says termination F/M; do you

6    see that?

7        A.    Yes.

8        Q.    What does that mean?

9        A.    That's the date that the lease was

10   terminated.

11       Q.    Was the leased vehicle returned that same

12   day?

13       A.    I'm not sure of the return date.  It should

14   be.

15       Q.    So the next line there, it's the same date,

16   07/07/2021.  There's a dollar amount of $395, it

17   says fee assessment.

18            Do you see that?

19       A.    Yes.

20       Q.    What is that fee?

21       A.    The disposition fee.

22       Q.    And that was charged on the same day that

23   the lease was terminated; correct?

24       A.    Yes.

25       Q.    Do you know if either of the plaintiffs were

                                          Page 13

1    our active system to our system that deals with
2    accounts after either charge-off or in this case at
3    the end of term.
4         Q.   So was this amount, this $427.98, was this
5    charged off on July 8 of 2021?
6         A.   No.
7         Q.   Do you know when it was charged off?
8         A.   February of 2022.
9         Q.   Was that charge-off then reported to the
10   credit bureaus?
11        A.   After February of 2022, yes.
12        Q.   I'm going to introduce another exhibit
13   number.
14             (Whereupon, the document was produced
15   and marked for identification as Deposition Exhibit
16   No. 6.)
17        Q.   I'm introducing Exhibit No. 6.
18        A.   Okay.
19        Q.   Have you ever seen this document before?
20        A.   Yes.
21        Q.   So this is a letter that was sent by my
22   office to Ford Motor Credit; correct?
23        A.   Correct.
24        Q.   Do you see at the top the date of that
25   letter is June 15 of 2022; right?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          A.    Yes.

2          Q.    Do you know when this letter was received by

3     Ford Motor Credit?

4          A.    Not the exact date.  It would have been

5     about a week later.

6          Q.    We are almost through all of these

7     documents, thank you for hanging in there with me

8     on this.

9          A.    Sure.

10          Q.    I think this is my last one for a little

11     while.  I'm introducing Exhibit No. 7.

12               (Whereupon, the document was produced

13     and marked for identification as Deposition Exhibit

14     No. 7.)

15          Q.    Let me know when you can see that.

16          A.    Okay.

17          Q.    Have you ever seen this document before?

18          A.    Yes.

19          Q.    Can you tell me what this is?

20          A.    This is the response letter to your letter.

21          Q.    Okay.  Do you see at the top it's dated

22     August 5 of 2022?

23          A.    Yes.

24          Q.    And then if you look in the first paragraph

25     of that letter it says, "The letter was received by

Page 20

1    us on July 21, 2022".

2              Do you see that?

3        A.   Yes.

4        Q.   To the best of your knowledge, is that

5    accurate that my office's letter was received on

6    July 21 of 2022?

7              MR. ESPOSITO:   Objection, calls for

8    speculation.

9        A.   Yes.

10       Q.   Let's have you go down to the second page

11   of this at the bottom, let me know when you're

12   there.

13       A.   Okay.

14       Q.   This letter is signed Ron, whose title

15   appears to be executive analyst for Ford Credit; do

16   you see that?

17       A.   Yes.

18       Q.   Do you know who Ron is?

19       A.   Yes.

20       Q.   What is Ron's full name?

21       A.   Goodman, Ron Goodman.

22       Q.   Do you know if Mr. Goodman is still

23   employed by Ford Credit?

24       A.   No, he's retired.

25       Q.   So at the top of this page, the second page,

Page 21

1    there's a line that says, "However, out of concern

2    for Ms. Chavez as a customer, the charges of $427.98

3    have been waived," do you see that?

4        A.    Yes.

5        Q.    Were those fees waived around the same

6    time that this letter was written?

7        A.    Yes.

8        Q.    Do you know the exact date on which they

9    were waived?

10       A.    No, not off the top of my head.

11       Q.    But it was somewhere around August 5 of

12   2022?

13       A.    Yes.

14       Q.    So the next paragraph there says that the

15   major reporting credit agencies removed the charge-

16   off from Ms. Chavez' credit file; do you see that?

17       A.    Yes.

18       Q.    Was that also done around August 5 of

19   2022?

20       A.    Yes.

21       Q.    I think we're on the same page as far as

22   roughly the timing of when things happened.  So

23   again, thank you for hanging in there with me.  I

24   know that was a lot of documents.

25       A.    Sure.

1        A.    Correct.

2        Q.    Did either of the plaintiffs pay anything to

3    Ford Motor Credit in exchange for the credit

4    reporting being removed?

5        A.    No.

6        Q.    Are you aware that the plaintiffs had

7    offered to pay the disposition fee if Ford Motor

8    Credit would remove the charge-off credit reporting?

9        A.    I saw this statement in the ACDV's.  I do

10    not believe the customer ever said that to us

11    directly.

12        Q.    Why did Ford Motor Credit decide to waive

13    the disposition fee after receiving this notice

14    letter from my office threatening a lawsuit?

15        A.    As a courtesy, exactly as our response

16    letter said.

17        Q.    And the same is true for removing the

18    charge-off credit reporting?

19        A.    Correct.

20        Q.    Let me take you back to this lease

21    agreement.  I'm on the first page again.

22        A.    One second, sorry.  I've got it.

23        Q.    That's okay.  Do you see in box three next

24    to the handwritten 395 there is what appeared to be

25    two sets of initials; do you see that?

1    Ford Motor Credit when they return their leased

2    vehicle?

3           MR. ESPOSITO:   Objection, calls for

4    speculation.

5       A.   I wouldn't be able to answer that.  That

6    would be between a dealer and a customer.

7       Q.   Does Ford Motor Credit do anything

8    affirmatively to prevent consumers from thinking

9    that a dealer is acting on their behalf when they

10   return the leased vehicle to the dealer?

11      A.   I am not sure I understand what you mean

12   by affirmatively.

13          MR. ESPOSITO:   I don't either.  Objection,

14   vague.

15      Q.   Let's shift gears a little bit.  Are you

16   personally aware that in the auto industry generally

17   there was a shortage of vehicles in 2021?

18      A.   In general, yes.

19      Q.   Do you know if Ford and Ford dealerships

20   were affected by that shortage?

21      A.   I would assume some are, yes.

22      Q.   Do you know if Lithia Ford of Fresno was

23   affected by that shortage?

24      A.   I would not know specific dealers'

25   inventory, no.

Page 51

1      Q.    So you similarly wouldn't know if Lithia

2   Ford would have had any vehicles available for lease

3   in July of 2021, would you?

4      A.    No, that's dealer information.  It has

5   nothing to do with us.

6      Q.    Right.

7            Are you aware that the plaintiffs testified

8   that they were happy with their 2018 Ford Escape?

9      A.    No.

10     Q.    Are you aware that the plaintiffs testified

11  that they wanted to lease another Ford at the end of

12  that lease?

13     A.    No.

14     Q.    Are you aware that they testified that there

15  was no inventory available for them to lease in July

16  of 2021?

17     A.    No.

18     Q.    Assuming that that testimony is true, do you

19  think that it's fair to charge a consumer a

20  disposition fee when it's impossible for them to

21  lease or purchase another vehicle from Ford?

22           MR. ESPOSITO:  Objection.  Calls for

23  speculation, vague and ambiguous as to "fair."

24     A.    It has nothing to do with fairness.  It has

25  everything to do with the contract that they signed

Page 52

1    Motor Credit do with respect to the disposition fee?

2         MR. ESPOSITO:   Objection.   Calls for

3    speculation, incomplete hypothetical.

4         A.   Ford Credit would follow the dealer's return

5    notification documents that says the disposition fee

6    is due.   It would follow the contract.

7         Q.   Okay.   Generally speaking, how does Ford

8    Motor Credit determine that a disposition fee is due?

9         A.   A disposition fee is due if the vehicle is

10   not -- if the customer does not go into a new vehicle

11   or purchase the vehicle that they leased.

12        Q.   And how does Ford Motor Credit determine

13   that they haven't leased a new vehicle or purchased

14   the vehicle?

15        A.   The dealer indicates whether their new

16   vehicle was leased or purchased.

17        Q.   Are those communications by e-mail, phone

18   call, something else?

19        A.   I don't know.

20        Q.   So looking back at that account history, on

21   that July 7, 2021 line item that says fee assessment

22   we talked about earlier, did Ford Motor Credit

23   conclude that a disposition fee was due with respect

24   to the Chavez' account for the 2018 Ford Explorer?

25        A.   Yes.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    Experian, that's Experian's interpretation of either

2    a conversation or something in a letter or something

3    in an e-mail online.

4         Q.   Do you see in the first sentence there it

5    says, "Long story about fees and lack of car

6    inventory."

7              Do you see that?

8         A.   Yes.

9         Q.   And let's just, for the sake of

10   thoroughness, let's look at Exhibit 5 really quick.

11   In that same box, do you see it says the same thing

12   there, "Long story about lack of inventory and fees."

13   Do you see that?

14        A.   Yes.

15        Q.   So, can you tell me kind of generally

16   speaking how does Ford Motor Credit investigate in

17   response to receiving a dispute like this?

18        A.   We look at any contacts from the customer

19   that there may be, which I don't believe there were,

20   regarding any disputes or questions regarding the

21   fees.  We also look to see if there were any notes by

22   any of our teams, especially the lease termination

23   team, that the fees should have been handled

24   differently.

25              They go and they look at the account notes

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    to see what's due, what the account status is.
2    There's many different things that they could look
3    at.
4        Q.    Would Ford Motor Credit ever reach out to
5    the dealer that accepted a returned leased vehicle in
6    response to a dispute?
7        A.    Not an indirect dispute, no.
8        Q.    What was Ford Motor Credit's response to
9    the disputes filed by the plaintiffs in this case?
10       A.    That they owed the amount.
11       Q.    And to the best of your knowledge, what
12   facts did Ford Motor Credit base that response on?
13       A.    They based that response on the
14   information in our account history, the return
15   notification that the customer signed.
16       Q.    So other than reviewing the account history
17   and the return document that you referenced, did
18   Ford Motor Credit do anything else to investigate
19   this dispute?
20       A.    Again, there was no dispute from the
21   customer.  This is coming indirectly from a credit
22   bureau.  So no, they did not contact the dealer.
23   They looked at what our account information is.
24       Q.    So, Ford Motor Credit never inquired with
25   Lithia Ford about whether Lithia Ford had any

1    inventory available for lease or purchase?

2        A.    No.

3        Q.    So, if this dispute specifically references

4    a lack of inventory, how did Ford Motor Credit

5    determine that this reporting was correct and that

6    they owed the fee if they didn't inquire about

7    whether there was in fact any inventory available to

8    lease?

9        A.    Whether there's inventory available or not

10   is irregardless of the fact that the customer signed

11   the contract agreeing to pay a disposition fee if

12   they didn't purchase the vehicle or get a new one.

13       Q.    So is it your position then that even if

14   Ford Motor Credit had reached out to Lithia Ford

15   and Lithia Ford said that they did not in fact have

16   any inventory available for lease when the Chavezes

17   returned their vehicle, the disposition fee still

18   would have been owing and the credit reporting still

19   is accurate?

20       A.    Yes.  The customer signed a contract.

21            MR. SNYDER:  I do not have anything else.

22            MR. ESPOSITO:  Great.  I don't have any

23   questions, so I think we can go off the record.

24   Right, Matt?

25            MR. SNYDER:  Yes, we can.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT G

**DECLARATION OF MATTHEW R. SNYDER**

```
FCUS
Ford Credit
P.O. Box 64400
Colorado Springs, CO  80962-4400
```

ACCOUNT NUMBER:  00000056636067

```
SEPTEMBER 14, 2021
COURTNEY A CHAVEZ
841 E CORTLAND AVE
FRESNO, CA  93704-4812
```

```
ACCOUNT NUMBER:    00000056636067    CURRENT TERM:    036
YEAR: 2018  MAKE:  FORD       MODEL:  ESCAPE
VIN: 1FMCU9GD3JUA92354        ADDL VEH INFO:
DEAR CUSTOMER:
BELOW IS THE ITEMIZED HISTORY OF YOUR ACCOUNT BEGINNING WITH THE CONTRACT DATE
OF 07/08/18 AND REFLECTING ACTIVITY THROUGH 09/14/21.
****************************************************************************
                         CURRENT ACCOUNT STATUS
```

|  | NUM PMTS | CURRENT | LATE CHARGES | LATE CHARGES | OTHER FEES | OTHER FEES |
|---|---|---|---|---|---|---|
| DUE DATE | REM | AMT DUE | ASSESSED | DUE | ASSESSED | DUE |
| 12319999 | 0 | 0.00 | 0.00 | 0.00 | 395.00 | 0.00 |

```
****************************************************************************
```

| INVOICE DUE DATE | TRANS DATE | DAYS LATE | TRANSACTION AMOUNT | ---------- TRAN DESCRIPTION ---------- |
|---|---|---|---|---|
|  | 07/08/18 |  | 22041.83 | LEASE FUNDING |
| 07/08/18 | 07/08/18 | 0 | 293.74 | REGULAR PAYMENT |
| 08/07/18 | 08/07/18 | 0 | 293.74 | REGULAR PAYMENT |
| 09/07/18 | 09/06/18 | 0 | 293.74 | REGULAR PAYMENT |
| 10/07/18 | 10/01/18 | 0 | 293.74 | REGULAR PAYMENT |
| 11/07/18 | 11/06/18 | 0 | 293.74 | REGULAR PAYMENT |
|  | 11/30/18 |  |  | AUTO DR ENROLL |
| 12/07/18 | 12/07/18 | 0 | 293.74 | REGULAR PAYMENT |
| 01/07/19 | 01/07/19 | 0 | 293.74 | REGULAR PAYMENT |

FMCC/Chavez 023

FCUS
SEPTEMBER 14, 2021
COURTNEY A CHAVEZ
841 E CORTLAND AVE
FRESNO, CA  93704-4812

ACCOUNT NUMBER : 00000056636067

```
INVOICE   TRANS  DAYS    TRANSACTION
DUE DATE  DATE   LATE    AMOUNT    ---------- TRAN DESCRIPTION ----------
--------------------------------------------------------------------------------
02/07/19 02/07/19    0     293.74   REGULAR PAYMENT
03/07/19 03/07/19    0     293.74   REGULAR PAYMENT
04/07/19 04/07/19    0     293.74   REGULAR PAYMENT
05/07/19 05/07/19    0     293.74   REGULAR PAYMENT
06/07/19 06/07/19    0     293.74   REGULAR PAYMENT
07/07/19 07/07/19    0     293.74   REGULAR PAYMENT
08/07/19 08/07/19    0     293.74   REGULAR PAYMENT
09/07/19 09/07/19    0     293.74   REGULAR PAYMENT
10/07/19 10/07/19    0     293.74   REGULAR PAYMENT
11/07/19 11/07/19    0     293.74   REGULAR PAYMENT
12/07/19 12/07/19    0     293.74   REGULAR PAYMENT
01/07/20 01/07/20    0     293.74   REGULAR PAYMENT
02/07/20 02/07/20    0     293.74   REGULAR PAYMENT
03/07/20 03/07/20    0     293.74   REGULAR PAYMENT
04/07/20 04/07/20    0     293.74   REGULAR PAYMENT
05/07/20 05/07/20    0     293.74   REGULAR PAYMENT
06/07/20 06/07/20    0     293.74   REGULAR PAYMENT
07/07/20 07/07/20    0     293.74   REGULAR PAYMENT
08/07/20 08/07/20    0     293.74   REGULAR PAYMENT
09/07/20 09/07/20    0     293.74   REGULAR PAYMENT
10/07/20 10/07/20    0     293.74   REGULAR PAYMENT
```

FMCC/Chavez 024

```
FCUS                                                    ACCOUNT NUMBER: 00000056636067
SEPTEMBER 14, 2021
COURTNEY A CHAVEZ
841 E CORTLAND AVE
FRESNO, CA  93704-4812
```

```
INVOICE   TRANS   DAYS      TRANSACTION
DUE DATE  DATE    LATE      AMOUNT      ---------- TRAN DESCRIPTION ----------
---------------------------------------------------------------------------------
11/07/20  11/07/20    0       293.74    REGULAR PAYMENT
12/07/20  12/07/20    0       293.74    REGULAR PAYMENT
01/07/21  01/07/21    0       293.74    REGULAR PAYMENT
02/07/21  02/07/21    0       293.74    REGULAR PAYMENT
03/07/21  03/07/21    0       293.74    REGULAR PAYMENT
04/07/21  04/07/21    0       293.74    REGULAR PAYMENT
          05/05/21                      PAYMENT REVERSAL
          05/05/21                      DUE DT REV
          05/05/21                      DUE DT CHG
05/31/21  05/31/21    0       293.74    REGULAR PAYMENT
06/30/21  06/30/21    0       293.74    REGULAR PAYMENT
          07/07/21                      TERMINATION F/M
          07/07/21               395.00 FEE ASSESSMENT
          07/08/21               427.98 CHARGEOFF
          07/14/21             23400.00 POST AUCTION
```

IF YOU HAVE ANY QUESTIONS CONCERNING THIS HISTORY, PLEASE FEEL FREE TO CONTACT
US AT: ( 800 ) 727-7000.
SINCERELY,
CUSTOMER SERVICES REPRESENTATIVE

FMCC/Chavez 025

EXHIBIT H

**DECLARATION OF MATTHEW R. SNYDER**

| ACDV Response: | | | 3686676626001 |
|---|---|---|---|
| Account Number: | 56636067 | SSN: | ▬ |
| Consumer Name: | COURTNEY  CHAVEZ | Control Number: | 3686676626001 |
| Date Received: | 2022-03-18 20:43:36 | Originator: | Experian |
| Response Code: | 22:Updated disputed account information. Additional account information was also updated. | Subscriber Code: | ▬ |
| Response Date: | 03/20/2022 | DF Contact Number: | |
| Response Due Date: | 04/10/2022 | DF Authorized Name: | ▬ |
| Queue Name: | Charge Off | | |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| Dispute Code 2: | |
| FCRA Relevant Information: | LONG STORY ABOUT LACK OF INVENTORY AND FEES. ULTIMATELY  WE HAVE TRIED TO CONTACT THEM MANY TIMES TO PAY THE FEE IF THEY REMOVE FROM CREDIT REPORT.  THEY CAN NEVER PUT US IN CONTACT WHO HAS ABILITY TO REMOVE.|||||||||||||||||||||| |

| Image Information: | |
|---|---|
| Associated Images: | No |
| Image ID: | |
| Image Accessed Indicators: | |

| Consumer Information: | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| Last Name: | CHAVEZ | CHAVEZ | Same |
| First Name: | COURTNEY | COURTNEY | Same |
| Middle Name: | | A | Different |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | ▬ | ▬ | Same |
| Date Of Birth: | ▬ | ▬ | Same |
| Telephone Number: | | 5593557183 | Different |
| ECOA Code: | 2:Joint Contractual Liability | 2:Joint Contractual Liability | |
| Street Address: | ▬ | ▬ | Same |
| City: | FRESNO | FRESNO | |
| State: | CA:California | CA:California | |
| Zip: | 93704 | 93704 | |
| Prev. Street Address: | | | Unknown |
| Prev. City: | | | |
| Prev. State: | | | |
| Prev. Zip: | | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | | | |
| 2nd Prev. State: | | | |
| 2nd Prev. Zip: | | | |

FMCC/Chavez 036

| Account Information: | | 3.68668E+12 |
|---|---|---|
| | **Request Data** | **Response Data** |
| Account Status: | 97:Unpaid balance reported as a loss (charge off). | 97:Unpaid balance reported as a loss (charge off). |
| Payment Rating: | | |
| Cond. / Cum. Status: | CHARGE OFF/ CURRENT | |
| CII: | | |
| MOP: | | |
| CCC: | | |
| SCC: | | |
| Portfolio Type: | | I:Installment |
| Account Type: | 3A:Auto Lease | 3A:Auto Lease |
| Interest Type Indicator: | | |
| Terms Duration: | 036 | |
| Terms Frequency: | | |
| Date Opened: | 07/08/2018 | 07/08/2018 |
| Date of Account Information: | 03/11/2022 | 03/20/2022 |
| Date of Last Payment: | 06/30/2021 | 06/30/2021 |
| Date Closed: | | |
| FCRA DOFD: | | 07/08/2021 |
| Current Balance: | 427 | 427 |
| Amount Past Due: | 427 | 427 |
| High Credit / Original Amt.: | 9793 | 9793 |
| Credit Limit: | | |
| Original Charge Off Amount: | 427 | 427 |
| Actual Payment: | | |
| Scheduled Monthly Payment: | | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | Req. | | | | | | | | | | | 0 | 0 |
| | Resp. | | | | | | | | | | | D | D |
| 2021 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | D | D | D | D | D | D | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2019 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - | - |
| | Resp. | 0 | 0 | 0 | 0 | 0 | B | - | - | - | - | - | - |
| 2017 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | Req | - | - | - | - | - | - | - | - | - | - | - | |
| | Res | - | - | - | - | - | - | - | - | - | - | - | |

FMCC/Chavez 037

| | | 3.68668E+12 |
|---|---|---|
| **Associated Consumer Information** | | |
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Submitted by: | ███████ | Date: | 03/20/2022 |

**By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.**

FMCC/Chavez 038

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT I

**DECLARATION OF MATTHEW R. SNYDER**

| ACDV Response: | | | 1002123594001 |
|---|---|---|---|
| Account Number: | 56636067 | SSN: | ■■■■ |
| Consumer Name: | CARTER  CHAVEZ | Control Number: | 1002123594001 |
| Date Received: | 2022-03-18 11:45:14 | Originator: | Experian |
| Response Code: | 22:Updated disputed account information. Additional account information was also updated. | Subscriber Code: | ■■■■ |
| Response Date: | 03/20/2022 | DF Contact Number: | |
| Response Due Date: | 04/09/2022 | DF Authorized Name: | ■■■■ |
| Queue Name: | Charge Off | | |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 112:Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| Dispute Code 2: | |
| FCRA Relevant Information: | LONG STORY  ABOUT FEES AND LACK OF CAR INVENTORY.  ULTIMATELY WE HAVE OFFERED TO PAY THE FEE IF THEY REMOVE IT FROM OUR CREDIT REPORT. THEY HAVE REFUSED TO DO SO. WE WILL PAY OFF IF THEY TAKE OFF CREDIT REPORT.|||||||||||||||||||||||| |

| Image Information: | |
|---|---|
| Associated Images: | No |
| Image ID: | |
| Image Accessed Indicators: | |

| Consumer Information: | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| Last Name: | CHAVEZ | CHAVEZ | Same |
| First Name: | CARTER | CARTER | Same |
| Middle Name: | | D | Different |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | ■■■■ | ■■■■ | Same |
| Date Of Birth: | ■■■■ | ■■■■ | Same |
| Telephone Number: | | 5593557183 | Different |
| ECOA Code: | 2:Joint Contractual Liability | 2:Joint Contractual Liability | |
| Street Address: | ■■■■ | ■■■■ | Same |
| City: | FRESNO | FRESNO | |
| State: | CA:California | CA:California | |
| Zip: | 93704 | 93704 | |
| Prev. Street Address: | | | Unknown |
| Prev. City: | | | |
| Prev. State: | | | |
| Prev. Zip: | | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | | | |
| 2nd Prev. State: | | | |
| 2nd Prev. Zip: | | | |

FMCC/Chavez 033

| Account Information: | | 1.00212E+12 |
|---|---|---|
| | **Request Data** | **Response Data** |
| Account Status: | 97:Unpaid balance reported as a loss (charge off). | 97:Unpaid balance reported as a loss (charge off). |
| Payment Rating: | | |
| Cond. / Cum. Status: | CHARGE OFF/ CURRENT | |
| CII: | | |
| MOP: | | |
| CCC: | | |
| SCC: | | |
| Portfolio Type: | | I:Installment |
| Account Type: | 3A:Auto Lease | 3A:Auto Lease |
| Interest Type Indicator: | | |
| Terms Duration: | 036 | |
| Terms Frequency: | | |
| Date Opened: | 07/08/2018 | 07/08/2018 |
| Date of Account Information: | 03/11/2022 | 03/20/2022 |
| Date of Last Payment: | 06/30/2021 | 06/30/2021 |
| Date Closed: | | |
| FCRA DOFD: | | 07/08/2021 |
| Current Balance: | 427 | 427 |
| Amount Past Due: | 427 | 427 |
| High Credit / Original Amt.: | 9793 | 9793 |
| Credit Limit: | | |
| Original Charge Off Amount: | 427 | 427 |
| Actual Payment: | | |
| Scheduled Monthly Payment: | | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | Req. | | | | | | | | | | | 0 | 0 |
| | Resp. | | | | | | | | | | | D | D |
| 2021 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | D | D | D | D | D | D | 0 | 0 | 0 | 0 | 0 | 0 |
| 2020 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2019 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Resp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2018 | Req. | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - | - |
| | Resp. | 0 | 0 | 0 | 0 | 0 | B | - | - | - | - | - | - |
| 2017 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| | Res | - | - | - | - | - | - | - | - | - | - | - | - |

FMCC/Chavez 034

| Associated Consumer Information | | 1.00212E+12 |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Submitted by: | ███████████ | Date: | 03/20/2022 |

**By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.**

FMCC/Chavez 035

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT J

**DECLARATION OF MATTHEW R. SNYDER**



31550 WINTERPLACE PKWY, SALISBURY, MD 21804
Phone:  (800) 258-3488
Fax:    (800) 258-3287

# MERGED INFILE CREDIT REPORT

| SEND TO: | CALIFORNIA HOME LOANS | REQUESTED BY: | SUSAN CAMPISE | FILE #: | 55214417 |
| --- | --- | --- | --- | --- | --- |
| | CUST. # 10043682 | DATE: | 7/3/2020 | REF. #: | F20200703003 |
| | 6715 N PALM AVE STE 216, FRESNO, CA 93704 | | | REPOSITORIES: | XP/TU/EF |
| | | | | PRICE: | $5.00 |

## APPLICANT INFORMATION

| APPLICANT: | CHAVEZ, CARTER D | | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ |
| --- | --- | --- | --- | --- |
| CURRENT ADDRESS: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | LENGTH: | |

## SCORE MODELS

### APPLICANT

**648** EQUIFAX/FICO CLASSIC V5 FACTA

**RANGE:** 334-818
CARTER D CHAVEZ - ▮▮▮▮▮

| 00038 | SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| --- | --- |
| 00010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| 00013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 00014 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |

**643** TRANSUNION/FICO CLASSIC (04)

**RANGE:** 309-839
CARTER D CHAVEZ - ▮▮▮▮▮

| 038 | SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED |
| --- | --- |
| 013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| 020 | LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |

**634** EXPERIAN/FAIR, ISAAC (VER. 2)

**RANGE:** 300-850
CARTER D CHAVEZ - ▮▮▮▮▮

| 38 | SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED |
| --- | --- |
| 10 | PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS |
| 18 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 14 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |

**ECOA KEY:**  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 1054388

6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214417
ID: 20200703003
REPOSITORIES: XP/TU/EF
PRICE: $5.00

1:23-CV-01205-SKO   Document 36-2   Filed 02/07/25   Page 111 of 256

**Request New Tradeline**

## REAL ESTATE ACCOUNTS

**Display Trended Data**

### 001

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J / B | US BANK HOME MORTGAGE | MTG | 06/20 | $177721 | $0 | 0 | 0 | 0 | M1 | | |
| | 5159902837067 | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 360 | 09/14 | $160117 | $0 | | | | 66 | --/-- | 05/20 |

ACCOUNT IN FORBEARANCE; PAYMENT DEFERRED; FHA REAL ESTATE LOAN; COLLATERAL: DEFERRED TO 08012020

### 002

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J / B | WJ BRADLEY | MTG | 10/14 | $177721 | $0 | - | - | - | M1 | | |
| | 9124091415 | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| TU/EF | | 360 | 09/14 | $0 | $0 | | | | 00 | --/-- | 10/14 |

PURCHASED BY ANOTHER LENDER; FHA REAL ESTATE MORTGAGE

## NON-DEROGATORY ACCOUNTS

### 001

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | DEPT OF EDUCATION/NELN | EDU | 06/20 | $7000 | $0 | 0 | 0 | 0 | I1 | | |
| | 900000407249845 | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 120 | 08/13 | $8817 | $0 | | | | 83 | --/-- | 06/20 |

### 002

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | DEPT OF EDUCATION/NELN | EDU | 06/20 | $5500 | $0 | 0 | 0 | 0 | I1 | | |
| | 900000464155345 | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 120 | 09/14 | $6591 | $0 | | | | 70 | --/-- | 06/20 |

### 003

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | DEPT OF EDUCATION/NELN | EDU | 06/20 | $5500 | $0 | 0 | 0 | 0 | I1 | | |
| | 900000407249745 | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 120 | 08/13 | $6529 | $0 | | | | 83 | --/-- | 06/20 |

### 004

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | WF CRD SVC | REV | 06/20 | $7000 | $225 | 0 | 0 | 0 | R1 | | |
| | 446542****** | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | MIN | 02/12 | $6504 | $0 | | | | 99 | --/-- | 06/20 |

FLEXIBLE SPENDING CREDIT CARD

### 005

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | DEPT OF EDUCATION/NELN | EDU | 06/20 | $5500 | $0 | 0 | 0 | 0 | I1 | | |
| | 900000312518949 | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 120 | 08/12 | $6405 | $0 | | | | 95 | --/-- | 06/20 |

### 006

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J / B | FORD MOTOR CREDIT COMP | AUTO | 06/20 | $9793 | $293 | 0 | 0 | 0 | I1 | | |
| | 56636067 | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 036 | 07/18 | $3524 | $0 | | | | 24 | --/-- | 06/20 |

AUTO LEASE

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 2/7

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 1009368

6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214417
REF #: 20200703003
REPOSITORIES: XP/TU/EF
PRICE: $5.00

4:23-CV-01205-SKO   Document 36-2   Filed 02/07/25   Page 112 of 256

## NON-DEROGATORY ACCOUNTS

**007**

| ECOA / WHOSE B / B | DEPT OF EDUCATION/NELN | ACCT TYPE EDU | REPORTED 06/20 | HI CREDIT $2000 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | I1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | 900000464155445 | TERM 120 | OPENED 09/14 | BALANCE $2513 | PAST DUE $0 | | | | MO REV 70 | LAST LATE --/-- | DLA 06/20 |

**008**

| ECOA / WHOSE B / B | JPMCB CARD | ACCT TYPE REV | REPORTED 06/20 | HI CREDIT $500 | PAYMENT $49 | 30 0 | 60 0 | 90+ 0 | R1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | 414740****** | TERM MIN | OPENED 12/16 | BALANCE $467 | PAST DUE $0 | | | | MO REV 42 | LAST LATE --/-- | DLA 06/20 |

FLEXIBLE SPENDING CREDIT CARD

**009**

| ECOA / WHOSE J / B | BALBOA T&L | ACCT TYPE AUTO | REPORTED 01/17 | HI CREDIT $19700 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | I1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | 500511506 | TERM 72 | OPENED 12/13 | BALANCE $0 | PAST DUE $0 | | | | MO REV 37 | LAST LATE --/-- | DLA 11/16 |

**010**

| ECOA / WHOSE B / B | BBY/CBNA | ACCT TYPE REV | REPORTED 03/19 | HI CREDIT $800 | PAYMENT $0 | 30 0 | 60 0 | 90+ 0 | INACTIVE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | 700119******2893 | TERM - | OPENED 09/12 | BALANCE $0 | PAST DUE $0 | | | | MO REV 64 | LAST LATE --/-- | DLA 12/13 |

INACTIVE ACCOUNT

## DEROGATORY ACCOUNTS

**001**

| ECOA / WHOSE B / B | GRANT MERCANTILE AGE | ACCT TYPE COLL | REPORTED 06/20 | HI CREDIT $157 | PAYMENT - | 30 0 | 60 0 | 90+ 0 | O9 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | 111950* | TERM 001 | OPENED 01/18 | BALANCE $206 | PAST DUE $206 | | | | MO REV 13 | LAST LATE --/-- | DLA 05/17 |

ORIGINAL CREDITOR: MEDICAL PAYMENT DATA; MEDICAL

**002**

| ECOA / WHOSE B / B | WAYPOINT RESOURCE GROU | ACCT TYPE COLL | REPORTED 06/20 | HI CREDIT $66 | PAYMENT - | 30 0 | 60 0 | 90+ 0 | O9 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | 403682* | TERM 001 | OPENED 11/18 | BALANCE $66 | PAST DUE $66 | | | | MO REV 18 | LAST LATE --/-- | DLA 11/16 |

ORIGINAL CREDITOR: COMCAST COMMUNICATIONS LLC

**003**

| ECOA / WHOSE B / B | GOLDEN 1 | ACCT TYPE REV | REPORTED 11/17 | HI CREDIT $500 | PAYMENT $0 | 30 2 | 60 0 | 90+ 0 | R1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOURCE XP/TU/EF | 104532*** | TERM - | OPENED 12/09 | BALANCE $0 | PAST DUE $0 | 8/16 (See status) 3/16 | | | MO REV 95 | LAST LATE 08/16 | DLA 05/16 |

ACCOUNT TRANSFERRED OR SOLD; FIXED RATE

**ECOA KEY:**  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS:** 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 10043682
6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214417
REP #: 2020703003
REPOSITORIES: XP/TU/EF
PRICE: $5.00

4:05-cv-23-CV-01205-SKO    Document 36-2    Filed 02/07/25    Page 113 of 256

## DEROGATORY ACCOUNTS

| | | | | | | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **004** | | | | | | | | | | |
| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | R1 | |
| B / B | THE GOLDEN 1 CREDIT UN 420778******9866 | REV | 10/18 | $500 | $0 | 5 | 3 | 6 | | |
| SOURCE XP/TU/EF | | TERM - | OPENED 07/16 | BALANCE $0 | PAST DUE $0 | 9/18 (See status) 5/18 8/17 4/17 12/16 | 6/18 9/17 5/17 | 2/18 1/18 12/17 11/17 10/17 6/17 | MO REV 27 | LAST LATE 09/18 | DLA 10/18 |
| | ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | | | | | | | | | |

## OTHER CREDIT HISTORY

*** NONE ***

## INQUIRIES (LAST 120 DAYS)

*** NONE ***

## PUBLIC RECORDS

*** NONE ***

## TRADE SUMMARY

The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to XACTUS FORMERLY CREDIT PLUS customer service.

| TYPE | COUNT | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 2 | $160117 | $177721 | $0 | $0 |
| AUTO | 2 | $3524 | $9793 | $293 | $0 |
| EDUCATION | 5 | $30855 | $25500 | $0 | $0 |
| OTHER INSTALLMENT | 0 | $0 | $0 | $0 | $0 |
| OPEN | 0 | $0 | $0 | $0 | $0 |
| REVOLVING | 5 | $6971 | $8300 | $274 | $0 |
| OTHER | 2 | $272 | $223 | $0 | $272 |
| **TOTAL** | **16** | **$201739** | **$221537** | **$567** | **$272** |

| | | | |
|---|---|---|---|
| SECURED DEBT | $163641 | OLDEST TRADELINE | 12/09 |
| UNSECURED DEBT | $38098 | REVOLVING CREDIT UTILIZATION | 84% |
| | | TOTAL DEBT/HIGH CREDIT | 91% |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #-10573682
6715 N PALM AVE STE 216, FRESNO, CA 93704

Case 1:23-cv-01205-SKO    Document 36-2    Filed 02/07/25    Page 114 of 256

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214417
SEQ #: 20200703003
REPOSITORIES: XP/TU/EF
PRICE: $5.00

## DEROGATORY SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| CHARGE OFFS: | 0 | 30 DAYS: | 2 | INQUIRIES: | 0 |
| COLLECTIONS: | 2 | 60 DAYS: | 1 | MOST RECENT LATE: | undetermined |
| BANKRUPTCY: | 0 | 90 DAYS: | 1 | DISPUTES: | 0 |
| PUBLIC RECORDS: | 0 | OTHER: | 0 | | |

## EXPERIAN FRAUD SHIELD

APPLICANT
1 - *** FRAUD SHIELD ***

CHAVEZ, CARTER D
* FROM 04/01/20 INQ COUNT FOR SSN - 0
* FROM 04/01/20 INQ COUNT FOR ADDRESS - 0
* INPUT SSN ISSUED ██████

## ALERT

APPLICANT
1 - OFAC: CLEAR

CARTER D CHAVEZ YOB: ████
EXPERIAN OFAC NAME MATCHING SERVICE: NO MATCH FOUND UNLESS OTHERWISE INDICATED

## MISCELLANEOUS INFORMATION

- Instant View Password: ██████
- To verify the authenticity of this credit report, please visit https://credit.creditplus.com and click on the Instant View link. Enter Identifier # 55214417 and password ██████ to view the report. For any inquiries regarding this report or services provided by XACTUS please contact us at (800) 258-3488.

## SOURCE OF INFORMATION

### 1 EXPERIAN - PULLED ON: 07/03/20

| Name | SSN | DOB |
|---|---|---|
| CARTER D CHAVEZ | ████ | ████ |
| N/A | ████ | N/A |
| N/A | ████ | N/A |
| N/A | ████ | N/A |

| Address | Time Frame |
|---|---|
| ██████ | 10/14 - 07/18 |
| ██████ | 08/13 - 10/14 |
| ██████ | 03/12 - 09/12 |

| Employer | Address | Occupation | Reported |
|---|---|---|---|
| ██████ | - | - | 10/09 |

### 2 TRANSUNION - PULLED ON: 07/03/20 - INFILE DATE: 08/31/09

| Name | SSN | DOB |
|---|---|---|
| CARTER D CHAVEZ | - | N/A |
| N/A | - | ████ |
| N/A | ████ | N/A |

ECOA KEY:    B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 5/7



SEND TO:  CALIFORNIA HOME LOANS
CUST. #: 1005-3682
6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #:        55214417
ORDER #:       62620703003
REPOSITORIES:  XP/TU/EF
PRICE:         $5.00

## SOURCE OF INFORMATION

| Address | Time Frame |
|---------|------------|
| ███████████████████████ | 10/14* |
| ███████████████████████ | 08/13 |
| ███████████████████████ | 03/12 |

| Employer | Address | Occupation | Reported |
|----------|---------|------------|----------|
| ████████ | - | ████████ | --/-- |

### 3  EQUIFAX - PULLED ON: 07/03/20 - INFILE DATE: 08/31/09

| Name | SSN | DOB |
|------|-----|-----|
| CARTER D CHAVEZ | - | ████ |
| N/A | ████ | N/A |

| Address | Time Frame |
|---------|------------|
| ███████████████████████ | 12/14 - 06/20* |
| ███████████████████████ | 08/13 - 08/15 |
| ███████████████████████ | 03/12 - 04/15 |

## CREDITORS

| SUBSCRIBER NAME | ADDRESS | PHONE |
|-----------------|---------|-------|
| BALBOA T&L | ACCOUNTS PAYABLE P O BOX 1147, CHULA VISTA, CA 91912 | 619 397 7700 |
| BALBOA THRIFT & LOAN | 865 AMENA CT, CHULA VISTA, CA 91910 | 619-397-7700 |
| BBY/CBNA | 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE, IL 60007 | 888-574-1301 |
| CBD | 530 RIVERSIDE DR, SALISBURY MD 21801 | (410) 742-9551 |
| CHASE | 201 N WALNUT ST, WILMINGTON, DE 19801 | 800-955-9900 |
| DEPT OF EDUCATION/NELN | 121 S 13TH ST, LINCOLN, NE 68508 | 888-486-4722 |
| DEPTEDNELNET | - | 888-486-4722 |
| FMCC see notes | - | 800-727-7000 |
| FORD MOTOR CREDIT NATL RECOVERY | - | 800-732-2264 |
| GOLDEN 1 | 1108 O STREET, SACRAMENTO, CA 95814 | 916-732-2900 |
| GOLDEN 1 CREDIT UNION | 6507 4TH AVE, SACRAMENTO, CA 95817 | 916-732-2900 |
| GOLDEN 1 CU | 6507 4TH AVENUE, SACRAMENTO CA 95817 | 877-465-3361 |
| GRANT MERCAN | 49430 ROAD 426, OAKHURST, CA 93644 | 559-683-4651 |
| GRANT MERCANTILE AGE | 49099 ROAD 426, OAKHURST, CA 93644 | 559-683-4651 |
| US BANK HOME MORTGAGE | - | 800-365-7772 |
| US BK HM MTG | 777 E WISCONSIN, MILWAUKEE WI 53202 | 800-365-7772 |
| USBANKHM | 4801 FREDERICKA ATTN: CUSTOMER SERVICE, OWENSBORO, KY 42301 | 800-365-7772 |

**ECOA KEY:**  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 10043682
6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214417
DATE: 7/3/2020
REPOSITORIES: XP/TU/EF
PRICE: $5.00

1:05-cv-01205-SKO   Document 36-2   Filed 02/07/25   Page 116 of 256 20200703003

## CREDITORS

| SUBSCRIBER NAME | ADDRESS | PHONE |
|---|---|---|
| WAYPOINT RESOURCE GROU | 301 SUNDANCE PKWY, ROUND ROCK, TX 78681 | 512-219-5700 |
| WELLS FARGO BANK | PO BOX 5445, PORTLAND OR 97228 | 800-642-4720 |
| WFB CD SVC | P.O. BOX 3696, PORTLAND, OR 97208 | 800-642-4720 |
| WJ BRADLEY | 1235 NORTH DUTTON SUITE E, SANTA ROSA, CA 95401 | 800-696-8199 |
| WJ BRADLEY MTG CAPITAL LLC | 1235 N DUTTON AVE SUITE E, SANTA ROSA, CAL 95401 | 866-210-7340 |

## DISCLAIMER

An asterisk (*) following the payment amount indicates the repositories have no payment data and that the amount was automatically calculated as a percentage of the account balance.

This is a report containing information supplied by the repositories listed above. The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to the creditor reporting the item, or to the appropriate repository service center(s) listed below.

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

## TREND SUMMARY

**PAYMENT BEHAVIOR:** INACTIVE     **PAYMENT RATIO:** N/A

### REVOLVING ACCOUNTS

| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
|---|---|---|---|---|---|---|
| # OPEN ACCOUNTS | 2 | 2 | 2 | 2 | 2 | 2 |
| # ACTIVE ACCOUNTS | 0 | 2 | 2 | 2 | 2 | 3 |
| CREDIT LIMIT | 0 | 7500 | 7500 | 5500 | 5500 | 6000 |
| PREV BALANCE | 0 | 6050 | 5190 | 5092 | 5462 | 0 |
| BALANCE | 0 | 6819 | 6050 | 5356 | 5538 | 5525 |
| SCHEDULED PAYMENT | 0 | 220 | 225 | 189 | 180 | 189 |
| ACTUAL PAYMENT | 0 | 329 | 0 | 374 | 164 | 359 |

### NON-REVOLVING ACCOUNTS

| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
|---|---|---|---|---|---|---|
| BALANCE | 0 | 195043 | 195920 | 197262 | 200136 | 205731 |
| PAYMENT | 0 | 3091 | 293 | 3080 | 1686 | 1730 |

**\*\*\* END OF REPORT 10/1/2024 11:47:48 AM \*\*\***

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS:** 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.



**ID Plus**

**Borrower:** CARTER D CHAVEZ
**Address:** ███████████
**City, State, ZIP:** ███████████

**Social Security Number:** ███████████
**Telephone Number:** Not Provided

## Summary

| | |
|---|---|
| ✔ No Fraud Alert on File | ✔ No SSN Alert on File |
| ✔ No Active Duty Alert on File | ✔ No Address Alert on File |
| ✔ No Notice of Credit Freeze on File | ✔ No Other Alert on File |

## Social Security Number Alerts

**SSN Check: PASSED**

✔ Verified SSN with external information sources

✔ Verified SSN is consistent with Personal identifying information

## Address Alerts

**Address Check: PASSED**

✔ Verified Address with external information sources

✔ Verified Address against known fraudulent activity

✔ Verified Address against commonly associated fraudulent activity indicators

## Other Alerts

**Additional Alerts Check: No Additional Alerts Found**

Disclaimer: The above identified risk messages, alerts, and data are aggregated from creditors, data repositories, and other public sources including Experian Fraud Shield. Social Security Number verified against multiple databases including Experian File One and the Social Security Administration DeathMaster and Issuance database. Reporting bureau makes no representation or warranty as to the accuracy or completeness of this information. In accordance with the Fair and Accurate Credit Transactions Act of 2003, the information in this addendum must not be used to determine the credit worthiness nor solely relied upon to establish the identity of a consumer. This product is intended for the specific commercial use of the customer and may not be appropriate for direct consumer disclosure.

**CALIFORNIA HOME LOANS**
6715 N PALM AVE STE 216
FRESNO, CA 93704
5594382111

Case 1:23-cv-01205-SKO    Document 36-2    Filed 02/07/25    Page 118 of 256

**REPORT #: 55214417**
**REFERENCE #: F20200703003**

RETURN SERVICE REQUESTED

CARTER D CHAVEZ



**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | |
|---|---|
| **Your credit score** | **643** Source: TRANS UNION | Model: TRANSUNION/FICO CLASSIC (04) Date: 07/03/20 |

| Understanding Your Credit Score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report. Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 309 to a high of 839. Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** | Your credit score ranks higher than 26 percent of U.S. consumers. |
| **Key factors that adversely affected your credit score** | • SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED<br>• TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>• PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS<br>• LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |

| Checking Your Credit Report | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year. To order your free annual credit report: |
| | *By telephone:* Call toll-free: 1-877-322-8228 |
| | *On the web:* Visit www.annualcreditreport.com |
| | *By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to: |
| | Annual Credit Report Request Service P.O. Box 105281 Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

# NOTICE TO THE HOME LOAN APPLICANT
## CREDIT SCORE INFORMATION DISCLOSURE

CHAVEZ, CARTER D



In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.
Your credit scores were provided by the following credit reporting agencies:

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

The following information about your credit scores was created on 7/3/2020.

## SCORE MODELS

**648** EQUIFAX/FICO CLASSIC V5 FACTA

**RANGE:** 334-818
CARTER D CHAVEZ -

| | |
|---|---|
| 00038 | SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 00010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| 00013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 00014 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |

**643** TRANSUNION/FICO CLASSIC (04)

**RANGE:** 309-839
CARTER D CHAVEZ -

| | |
|---|---|
| 038 | SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED |
| 013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| 020 | LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |

SCORE MODELS

**634** EXPERIAN/FAIR, ISAAC (VER. 2)

**RANGE:** 300-850

CARTER D CHAVEZ - ███████

38      SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED

10      PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS

18      NUMBER OF ACCOUNTS WITH DELINQUENCY

14      LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED

Borrower Signature _____ Date _____

EXHIBIT K

**DECLARATION OF MATTHEW R. SNYDER**

# xactus X

370 Reed Rd., Suite 100 Broomall, PA 19008
800-243-0120

**CR**ˣ   Credit ReportX

| | | | | | |
|---|---|---|---|---|---|
| BEYOND FINANCE, INC | Client Code: | UCIS2889 | Ordered: | 05/23/2023 | Report ID: | 47491051 |
| 7322 Southwest Fwy | Requested By: | BEYOND FINANCE API | Released: | 05/23/2023 | Repositories: | EQX |
| Ste 1400 | Loan Number: | | Reissued: | | Price: | |
| Houston, TX 77074 | | | | | | |

`Order Verifications`

| Borrower | Co-Borrower |
|---|---|
| | |

| | | | | |
|---|---|---|---|---|
| Name | Carter Chavez | | Name | |
| SSN | | DOB | SSN | |
| Current Address | | | Current Address | |

## File Summary

| Account Type | Number of Accounts | Open Accounts | Accounts Currently Past Due | Past Due | Payment | Balance | Accounts | Historical Late Payments 30 Days | 60 Days | 90+ Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage | 4 | 1 | 0 | $0 | $2,661 | $389,918 | 0 | 0 | 0 | 0 |
| Revolving/Credit Line | 8 | 7 | 0 | $0 | $579 | $15,371 | 1 | 5 | 3 | 6 |
| Auto | 2 | 1 | 0 | $0 | $583 | $6,413 | 0 | 0 | 0 | 0 |
| Education | 5 | 5 | 0 | $0 | $0 | $30,855 | 0 | 0 | 0 | 0 |
| Other Installment | 1 | 0 | 0 | $0 | $0 | $0 | 0 | 0 | 0 | 0 |
| Totals | 20 | 14 | 0 | $0 | $3,823 | $442,557 | 1 | 5 | 3 | 6 |

| | | | |
|---|---|---|---|
| Number of Public Records: | 0 | Available Credit: | $29,429 |
| Number of Collections/Charge-offs: | 0 | Revolving/Credit Line Used: | 34% |
| Bankruptcy: | No | Number of Inquiries: | 0 |
| | | Number of Authorized User Accounts: | 0 |

## File Variation Warning

**This report contains one or more "file variations". There are records returned by a repository where the consumer's identifying information differs significantly from the information in the request. Data from file variation is not shown in the main body of the report, and is displayed separately below.**

**We recommend reviewing the identifying information of the consumer in the file variation section to confirm if it is related to the consumers in your request.**

## Public Records

THE REPORTING BUREAU CERTIFIES THAT: public records have been checked for bankruptcies involving the subject(s) were obtained directly through the repositories used, or by direct searches, or a public records search firm other than the repository, or by all methods with the following results:
PUBLIC RECORDS LEARNED: NONE on this file, see additional variations

## Inquiries (Last 120 Days)

No inquiries in the last 120 days.

## Repository Files Returned

EQX-A1    Equifax - Pulled: 05/23/2023 - Infile Date: 08/31/2009
NM: Carter D. Chavez SSN:

## Creditors

| | | |
|---|---|---|
| + AHM | 163FA02089 | |
| 2420 Camino Ramon, San Ramon, CA 94583 | | 800-916-9939 |
| + AMEX | 402BB48257 | |
| P.O. Box 7871, Fort Lauderdale, FL 33329 | | 800-635-5955 |
| + BALBOA T&L | 181FF01373 | |
| Accounts Payable, Chula Vista, CA 91912 | | 619-397-7700 |
| + BK OF AMER | 801ON00119 | |
| P O Box 982236, El Paso, TX 79998 | | 800-421-2110 |
| + CAP ONE | 850BB01498 | |
| PO Box 85015, Richmond, VA 23285 | | 800-955-7070 |
| + CBNA | 362HT00104 | |
| 701 East 60th Street, Sioux Falls, SD 57104 | | 888-574-1301 |
| + CMGMTGINC | 444FM19162 | |
| 425 Phillips Blvd, Ewing, NJ 08618 | | 888-262-0450 |
| + DPEDNELNET | 644FZ07702 | |
| 121 South 13th St, Lincoln, NE 68508 | | 888-486-4722 |
| + FMCC | 644FA04640 | |
| 12110 Emmet, Omaha, NE 68164 | | 800-727-7000 |
| + GOLDEN 1 | 236FC00614 | |
| 1108 O Street, Sacramento, CA 95814 | | 916-732-2900 |
| + JPMCB CARD | 458ON13374 | |
| 301 N Walnut St, Floor 09, Wilmington, DE 19801 | | 800-955-9900 |
| + UNTD WHLSL | 168FM15247 | |
| 1414 East Maple Road, Troy, MI 48083 | | 855-753-6201 |
| + USBANKHM | 668FM04577 | |
| 4801 Fredericka, Owensboro, KY 42301 | | 800-365-7772 |
| + WFB CD SVC | 162BB10365 | |
| P.O. Box 3696, Portland, OR 97208 | | 800-642-4720 |
| + WJ BRADLEY | 163FM21351 | |
| 1235 N Dutton Ave Suite E, Santa Rosa, CA 95401 | | 866-210-7340 |

## Miscellaneous Information

This report can be viewed on the web by visiting http://view.xactus360.com.
Report ID: 47491051
Password:

# xactus X

370 Reed Rd., Suite 100 Broomall, PA 19008
(800)366-2108

**CRx** **Credit ReportX**

| | | | | | |
|---|---|---|---|---|---|
| BEYOND FINANCE, INC | **Client Code:** | UCIS2889 | **Ordered:** | 05/23/2023 | **Report ID:** 47491051 |
| 7322 Southwest Fwy | **Requested By:** | BEYOND FINANCE API | **Released:** | 05/23/2023 | **Repositories:** EQX |
| Ste 1400 | **Loan Number:** | | **Reissued:** | | **Price:** |
| Houston, TX 77074 | | | | | |

**Order Verifications**

## File Variation

The following file variation was reported by Equifax.

| Name | Social Security Number |
|---|---|
| Carter D. Chavez | |
| Address | |
| | Age / DOB |

## File Summary

| Account Type | Number of Accounts | Open Accounts | Accounts Currently Past Due | Past Due | Payment | Balance | Accounts | Historical Late Payments 30 Days | 60 Days | 90+ Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage | 4 | 1 | 0 | $0 | $2,661 | $389,918 | 0 | 0 | 0 | 0 |
| Revolving/Credit Line | 8 | 7 | 0 | $0 | $579 | $15,371 | 1 | 5 | 3 | 6 |
| Auto | 2 | 1 | 0 | $0 | $583 | $6,413 | 0 | 0 | 0 | 0 |
| Education | 5 | 5 | 0 | $0 | $0 | $30,855 | 0 | 0 | 0 | 0 |
| Other Installment | 1 | 0 | 0 | $0 | $0 | $0 | 0 | 0 | 0 | 0 |
| Totals | 20 | 14 | 0 | $0 | $3,823 | $442,557 | 1 | 5 | 3 | 6 |

| | | | |
|---|---|---|---|
| Number of Public Records: | 0 | Available Credit: | $29,429 |
| Number of Collections/Charge-offs: | 0 | Revolving/Credit Line Used: | 34% |
| Bankruptcy: | No | Number of Inquiries: | 0 |
| | | Number of Authorized User Accounts: | 0 |

## Credit Score Information

| Score | Name | Repository | Model | Developed By | Range | Calculated | Reported On |
|---|---|---|---|---|---|---|---|
| **730** | Carter D. Chavez | Equifax | FICO Classic v5 | Fair Isaac | 334-818 | 05/23/2023 | EQX-A1 |

Factors
• 39 - Serious delinquency
• 10 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts
• 5 - Too many accounts with balances
• 12 - Length of time revolving accounts have been established

## Credit History

| Whose | ECOA | Creditor Name Acct Number | Date Rprtd | Date Opened DLA | High Credit Credit Limit | Balance Terms | Past Due | Mo Rev | 30 | 60 | 90+ | Account Status Maximum Delinquency Account Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | J | UNTD WHLSL 3000182051607 FANNIE MAE ACCOUNT / REAL ESTATE MORTGAGE 1414 East Maple Road - Troy, MI 48083 - 855-753-6201 | 05/05/2023 | 08/25/2022 05/01/2023 | $394,125 | $389,918 360M/$2661 | $0 | 8 | 0 | 0 | 0 | As Agreed Mtg EQX |
| B | I | DPEDNELNET 900000407249845 STUDENT LOAN 121 South 13th St - Lincoln, NE 68508 - 888-486-4722 | 04/30/2023 | 08/12/2013 04/01/2023 | $7,000 | $8,817 120M | $0 | 99 | 0 | 0 | 0 | As Agreed Inst EQX |
| B | I | JPMCB CARD 414740036942 AMOUNT IN H/C COLUMN IS CREDIT LIMIT / FLEXIBLE SPENDING CREDIT CARD 301 N Walnut St, Floor 09 - Wilmington, DE 19801 - 800-955-9900 | 05/04/2023 | 12/05/2016 | $10,000 | $8,679 MIN $319 | $0 | 76 | 0 | 0 | 0 | As Agreed Rev EQX |
| B | I | AMEX -3499928899238763 CREDIT CARD P.O. Box 7871 - Fort Lauderdale, FL 33329 - 800-635-5955 | 05/11/2023 | 07/12/2021 --/---- | $8,000 | $6,646 MIN $235 | $0 | 21 | 0 | 0 | 0 | As Agreed Rev EQX |
| B | I | DPEDNELNET 900000464155345 STUDENT LOAN 121 South 13th St - Lincoln, NE 68508 - 888-486-4722 | 04/30/2023 | 09/18/2014 04/01/2023 | $5,500 | $6,591 120M | $0 | 99 | 0 | 0 | 0 | As Agreed Inst EQX |
| B | I | DPEDNELNET 900000407249745 STUDENT LOAN 121 South 13th St - Lincoln, NE 68508 - 888-486-4722 | 04/30/2023 | 08/12/2013 04/01/2023 | $5,500 | $6,529 120M | $0 | 99 | 0 | 0 | 0 | As Agreed Inst EQX |
| B | I | AHM 454198974 AUTO / LEASE 2420 Camino Ramon - San Ramon, CA 94583 - 800-916-9939 | 05/03/2023 | 05/02/2021 05/01/2023 | $19,370 | $6,413 36M/$583 | $0 | 23 | 0 | 0 | 0 | As Agreed Inst EQX |
| B | I | DPEDNELNET 900000312518949 STUDENT LOAN 121 South 13th St - Lincoln, NE 68508 - 888-486-4722 | 04/30/2023 | 08/13/2012 04/01/2023 | $5,500 | $6,405 120M | $0 | 99 | 0 | 0 | 0 | As Agreed Inst EQX |

**xactus X**

370 Reed Rd., Suite 100 Broomall, PA 19008
(800) 3815126

**CRx**  **Credit ReportX**

| | |
|---|---|
| BEYOND FINANCE, INC | **Client Code:** UCIS2889 |
| 7322 Southwest Fwy | **Requested By:** BEYOND FINANCE API |
| Ste 1400 | **Loan Number:** |
| Houston, TX 77074 | |

| | | | |
|---|---|---|---|
| **Ordered:** 05/23/2023 | **Report ID:** 47491051 |
| **Released:** 05/23/2023 | **Repositories:** EQX |
| **Reissued:** | **Price:** |

**Order Verifications**

## Credit History (continued)

| Whose | ECOA | Creditor Name / Acct Number | Date Rprtd | Date Opened / DLA | High Credit / Credit Limit | Balance / Terms | Past Due / Maximum Delinquency | Mo Rev | 30 | 60 | 90+ | Account Status / Account Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | I | DPEDNELNET 900000464155445 STUDENT LOAN 121 South 13th St - Lincoln, NE 68508 - 888-486-4722 | 04/30/2023 | 09/18/2014 04/01/2023 | $2,000 | $2,513 120M | $0 | 99 | 0 | 0 | 0 | As Agreed Inst **EQX** |
| B | I | WFB CD SVC 446542055339 AMOUNT IN H/C COLUMN IS CREDIT LIMIT / FLEXIBLE SPENDING CREDIT CARD P.O. Box 3696 - Portland, OR 97208 - 800-642-4720 | 05/12/2023 | 02/15/2012 05/01/2023 | $9,500 | $46 MIN $25 | $0 | 99 | 0 | 0 | 0 | As Agreed Rev **EQX** |
| B | J | BALBOA T&L 500511506 Paid: 11/2016 CLOSED OR PAID ACCOUNT/ZERO BALANCE / AUTO Accounts Payable - Chula Vista, CA 91912 - 619-397-7700 | 01/31/2017 | 12/07/2013 11/01/2016 | $19,700 | $0 72M | $0 | 37 | 0 | 0 | 0 | As Agreed Inst **EQX** |
| B | I | BK OF AMER 4147342044572669 CREDIT CARD P O Box 982236 - El Paso, TX 79998 - 800-421-2110 | 04/26/2023 | 04/21/2023 --/---- | | $14,000 | $0 | $0 | | | | | As Agreed Rev **EQX** |
| B | I | CAP ONE 517805834904 CREDIT CARD PO Box 85015 - Richmond, VA 23285 - 800-955-7070 | 05/13/2023 | 08/16/2021 01/01/2022 | $2,000 | $0 | $0 | 20 | 0 | 0 | 0 | As Agreed Rev **EQX** |
| B | I | CBNA 7001191980762893 Paid: 12/2013 CLOSED OR PAID ACCOUNT/ZERO BALANCE 701 East 60th Street - Sioux Falls, SD 57104 - 888-574-1301 | 03/15/2019 | 09/03/2012 12/01/2013 | $800 | $0 | $0 | 64 | 0 | 0 | 0 | As Agreed Rev **EQX** |
| B | I | CMGMTGINC 3000152097382 Paid: 04/2022 FANNIE MAE ACCOUNT / CLOSED OR PAID ACCOUNT/ZERO BALANCE 425 Phillips Blvd - Ewing, NJ 08618 - 888-262-0450 | 04/05/2022 | 09/21/2020 04/01/2022 | $199,500 | $0 360M | $0 | 18 | 0 | 0 | 0 | As Agreed Mtg **EQX** |
| B | J | FMCC 56636067 Paid: 06/2021 CLOSED OR PAID ACCOUNT/ZERO BALANCE 12110 Emmet - Omaha, NE 68164 - 800-727-7000 | 07/29/2022 | 07/08/2018 06/01/2021 | $10,574 | $0 36M | $0 | 48 | 0 | 0 | 0 | As Agreed Inst **EQX** |
| B | I | GOLDEN 1 4207781072629866 Closed: 10/2018 CLOSED OR PAID ACCOUNT/ZERO BALANCE / ACCOUNT CLOSED BY CREDIT GRANTOR 30-59 Days Late: 09/2018, 05/2018, 08/2017, 04/2017, 12/2016, 60-89 Days Late: 06/2018, 09/2017, 05/2017, 90+ Days Late: 01/2018, 10/2017, 06/2017, 120-149 Days Late: 02/2018, 12/2017, 11/2017 1108 O Street - Sacramento, CA 95814 - 916-732-2900 | 10/19/2018 | 07/24/2016 10/01/2018 | $500 | $0 | $0 02/2018, 120-149 Days Late | 26 | 5 | 3 | 6 | As Agreed Rev **EQX** * |
| B | I | GOLDEN 1 104532567 ACCOUNT TRANSFERRED OR SOLD 1108 O Street - Sacramento, CA 95814 - 916-732-2900 | 11/29/2017 | 12/21/2009 05/01/2016 | $500 | | $0 | 95 | 0 | 0 | 0 | As Agreed Rev **EQX** |
| B | J | USBANKHM 5159902837067 Paid: 09/2020 CLOSED OR PAID ACCOUNT/ZERO BALANCE / REAL ESTATE MORTGAGE 4801 Fredericka - Owensboro, KY 42301 - 800-365-7772 | 10/05/2020 | 09/02/2014 09/01/2020 | $177,721 | $0 | $0 | 69 | 0 | 0 | 0 | As Agreed Mtg **EQX** |
| B | J | WJ BRADLEY 9124091415 ACCOUNT TRANSFERRED OR SOLD / REAL ESTATE MORTGAGE 1235 N Dutton Ave Suite E - Santa Rosa, CA 95401 - 866-210-7340 | 10/31/2014 | 09/02/2014 10/01/2014 | $177,721 | $0 360M | $0 | | | | | As Agreed Mtg **EQX** |

Whose: B-Borrower, C-Coborrower, J-Joint

ECOA: A-Authorized User, C-Joint, I-Individual, J-Joint, M-Primary Borrower, P-Participant, S-Cosigner, T-Terminated, U-Undesignated, X-Deceased

Account Type: CL-Line of Credit, Inst-Installment, Mtg-Mortgage, Open-Open, Rev-Revolving, Unkn-Unknown

## Inquiries (Last 120 Days)

No inquiries in the last 120 days.



370 Reed Rd., Suite 100 Broomall, PA 19008

**Credit ReportX**

BEYOND FINANCE, INC
7322 Southwest Fwy
Ste 1400
Houston, TX 77074

| | | | | | |
|---|---|---|---|---|---|
| **Client Code:** | UCIS2889 | **Ordered:** | 05/23/2023 | **Report ID:** | 47491051 |
| **Requested By:** | BEYOND FINANCE API | **Released:** | 05/23/2023 | **Repositories:** | EQX |
| **Loan Number:** | | **Reissued:** | | **Price:** | |

Order Verifications

## Repository Files Returned

EQX-A1   Equifax - Pulled: 05/23/2023 - Infile Date: 08/31/2009
NM: Carter D. Chavez SSN: ▮▮▮ ▮▮ ▮▮▮▮

## Creditors

| | | |
|---|---|---|
| + AHM | 163FA02089 | |
| 2420 Camino Ramon, San Ramon, CA 94583 | | 800-916-9939 |
| + AMEX | 402BB48257 | |
| P.O. Box 7871, Fort Lauderdale, FL 33329 | | 800-635-5955 |
| + BALBOA T&L | 181FF01373 | |
| Accounts Payable, Chula Vista, CA 91912 | | 619-397-7700 |
| + BK OF AMER | 801ON00119 | |
| P O Box 982236, El Paso, TX 79998 | | 800-421-2110 |
| + CAP ONE | 850BB01498 | |
| PO Box 85015, Richmond, VA 23285 | | 800-955-7070 |
| + CBNA | 362HT00104 | |
| 701 East 60th Street, Sioux Falls, SD 57104 | | 888-574-1301 |
| + CMGMTGINC | 444FM19162 | |
| 425 Phillips Blvd, Ewing, NJ 08618 | | 888-262-0450 |
| + DPEDNELNET | 644FZ07702 | |
| 121 South 13th St, Lincoln, NE 68508 | | 888-486-4722 |
| + FMCC | 644FA04640 | |
| 12110 Emmet, Omaha, NE 68164 | | 800-727-7000 |
| + GOLDEN 1 | 236FC00614 | |
| 1108 O Street, Sacramento, CA 95814 | | 916-732-2900 |
| + JPMCB CARD | 458ON13374 | |
| 301 N Walnut St, Floor 09, Wilmington, DE 19801 | | 800-955-9900 |
| + UNTD WHLSL | 168FM15247 | |
| 1414 East Maple Road, Troy, MI 48083 | | 855-753-6201 |
| + USBANKHM | 668FM04577 | |
| 4801 Fredericka, Owensboro, KY 42301 | | 800-365-7772 |
| + WFB CD SVC | 162BB10365 | |
| P.O. Box 3696, Portland, OR 97208 | | 800-642-4720 |
| + WJ BRADLEY | 163FM21351 | |
| 1235 N Dutton Ave Suite E, Santa Rosa, CA 95401 | | 866-210-7340 |

## Miscellaneous Information

This report can be viewed on the web by visiting http://view.xactus360.com.
Report ID: 47491051
Password: ▮▮▮▮▮▮

## End of File Variation

## Disclaimer

Credit Bureau certifies that this Merged Mortgage Credit Report (MMCR) meets the guidelines as set forth by the Consumer Data Industry Association (CDIA). This report contains information supplied by the repositories listed on the report and may also contain duplicate information.

## Credit Repositories

Equifax
P. O. Box 740241
Atlanta, GA 30374
800-685-1111
www.equifax.com/fcra

### *** End of Report 05/23/2023 13:44:23 PM ***

# Credit Score Disclosure

BEYOND FINANCE, INC
7322 Southwest Fwy
Ste 1400
Houston, TX 77074

Report ID
47491051
Loan Number

Date
05/23/2023
Repositories Requested
Equifax

## Applicant

Name
Carter Chavez

Current Address
███████████

For information on FICO scores, please contact the developer, Fair Isaac Corporation, at www.myfico.com or 1-800-319-4433.

Questions regarding your credit report should be directed to EQUIFAX. You will find their contact information below:

Equifax
P. O. Box 740241
Atlanta, GA 30374
800-685-1111
www.equifax.com/fcra

I have received a copy of this disclosure.

_____          _____
Carter Chavez                                                                          Date

| BEYOND FINANCE, INC<br>7322 Southwest Fwy<br>Ste 1400<br>Houston, TX 77074 | Applicant<br>**Carter Chavez** | Report ID<br>47491051 | Date<br>05/23/2023 |
|---|---|---|---|

**BEYOND FINANCE, INC**
**Your Credit Score and the Price You Pay for Credit**

## Your Credit Score

| Your credit score | **730** | |
|---|---|---|
| | Source: **Equifax** | Date: **05-23-2023** |

## Understanding Your Credit Score

| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
|---|---|
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 334 to a high of 818.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Your credit score ranks higher than 53 percent of U.S. consumers.<br><br>**Percentage** of Consumers with Scores in a Particular Range<br><br>3% (334-499), 5% (500-549), 8% (550-599), 11% (600-649), 14% (650-699), 16% (700-749), 24% (750-799), 19% (800-818)<br><br>FICO® Score 5 Range |

## Checking Your Credit Report

| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
|---|---|
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report -<br><br>*By telephone:*   Call toll-free: 1-877-322-8228<br><br>*On the web:*   Visit www.annualcreditreport.com<br><br>*By mail:*   Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's Web site at www.consumerfinance.gov/learnmore |

I have received a copy of this disclosure.

_____     _____

Carter Chavez                                                                  Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT L

**DECLARATION OF MATTHEW R. SNYDER**

# xactus

**Credit ReportX**

370 Reed Rd., Suite 100 Broomall, PA 19008
800-243-0120

| | | | | | |
|---|---|---|---|---|---|
| BEYOND FINANCE, INC | Client Code: | UCIS2889 | Ordered: | 05/23/2023 | Report ID: 47490892 |
| 7322 Southwest Fwy | Requested By: | BEYOND FINANCE API | Released: | 05/23/2023 | Repositories: EQX |
| Ste 1400 | Loan Number: | | Reissued: | | Price: |
| Houston, TX 77074 | | | | | |

**Order Verifications**

| Borrower | Co-Borrower |
|---|---|
| Name: Courtney Chavez | Name: |
| SSN | SSN |
| DOB | |
| Current Address | Current Address |

## File Summary

| Account Type | Number of Accounts | Open Accounts | Accounts Currently Past Due | Past Due | Payment | Balance | Accounts | 30 Days | 60 Days | 90+ Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage | 3 | 1 | 0 | $0 | $2,661 | $389,918 | 0 | 0 | 0 | 0 |
| Revolving/Credit Line | 11 | 6 | 0 | $0 | $206 | $8,491 | 3 | 4 | 1 | 0 |
| Auto | 1 | 0 | 0 | $0 | $0 | $0 | 0 | 0 | 0 | 0 |
| Education | 0 | 0 | 0 | $0 | $0 | $0 | 0 | 0 | 0 | 0 |
| Other Installment | 3 | 0 | 0 | $0 | $0 | $0 | 0 | 0 | 0 | 0 |
| Totals | 18 | 7 | 0 | $0 | $2,867 | $398,409 | 3 | 4 | 1 | 0 |

| | |
|---|---|
| Number of Public Records: 0 | Available Credit: $35,509 |
| Number of Collections/Charge-offs: 0 | Revolving/Credit Line Used: 19% |
| Bankruptcy: No | Number of Inquiries: 0 |
| | Number of Authorized User Accounts: 0 |

## File Variation Warning

**This report contains one or more "file variations". There are records returned by a repository where the consumer's identifying information differs significantly from the information in the request. Data from file variation is not shown in the main body of the report, and is displayed separately below.**

**We recommend reviewing the identifying information of the consumer in the file variation section to confirm if it is related to the consumers in your request.**

## Public Records

THE REPORTING BUREAU CERTIFIES THAT: public records have been checked for bankruptcies involving the subject(s) were obtained directly through the repositories used, or by direct searches, or a public records search firm other than the repository, or by all methods with the following results:
PUBLIC RECORDS LEARNED: NONE on this file, see additional variations

## Inquiries (Last 120 Days)

No inquiries in the last 120 days.

## Repository Files Returned

EQX-A1  Equifax - Pulled: 05/23/2023 - Infile Date: 11/18/2009
NM: Courtney A. Chavez

## Creditors

| | | |
|---|---|---|
| + BALBOA T&L | 181FF01373 | |
| Accounts Payable, Chula Vista, CA 91912 | | 619-397-7700 |
| + BK OF AMER | 801ON00119 | |
| P O Box 982236, El Paso, TX 79998 | | 800-421-2110 |
| + CAP ONE | 850BB01498 | |
| PO Box 85015, Richmond, VA 23285 | | 800-955-7070 |
| + CB/NY&CO | 682CG04957 | |
| PO Box 182122, Columbus, OH 43218 | | 800-889-0494 |
| + CB/TORRID | 372CZ00354 | |
| PO Box 182685, Columbus, OH 43218 | | 800-853-2921 |
| + CRDT FIRST | 594AT00266 | |
| 6275 Eastland Road, Brook Park, OH 44142 | | 800-321-3950 |
| + FMCC | 644FA04640 | |
| 12110 Emmet, Omaha, NE 68164 | | 800-727-7000 |
| + KOHLS/CAP1 | 668DC04698 | |
| PO Box 3115, Milwaukee, WI 53201 | | 800-564-5740 |
| + NORDSTM/TD | 146BB15682 | |
| 13531 E Caley Av, Englewood, CO 80111 | | 866-445-0433 |
| + SYNCB/HDNA | 404FF22145 | |
| C/O P.O. Box 965036, Orlando, FL 32896 | | 866-396-8254 |
| + UNIFY FCU | 180FC02623 | |
| 9323 Bellanca Avenue, Los Angeles, CA 90009 | | 877-254-9328 |
| + UNTD WHLSL | 168FM15247 | |
| 1414 East Maple Road, Troy, MI 48083 | | 855-753-6201 |
| + USBANKHM | 668FM04577 | |
| 4801 Fredericka, Owensboro, KY 42301 | | 800-365-7772 |
| + W FARGO BK | 612BB21775 | |
| Wells Fargo /Cons C, Des Moines, IA 50306 | | 866-275-9138 |
| + WFB CD SVC | 162BB10365 | |
| P.O. Box 3696, Portland, OR 97208 | | 800-642-4720 |
| + WFFNATBANK | 164HF01164 | |
| PO Box 94498, Las Vegas, NV 89193 | | 800-459-8451 |

# xactus

370 Reed Rd., Suite 100 Broomall, PA 19008

**Credit ReportX**

BEYOND FINANCE, INC **Client Code:** UCIS2889 **Ordered:** 05/23/2023 **Report ID:** 47490892
7322 Southwest Fwy **Requested By:** BEYOND FINANCE API **Released:** 05/23/2023 **Repositories:** EQX
Ste 1400 **Loan Number:** **Reissued:** **Price:**
Houston, TX 77074

**Order Verifications**

## Creditors (continued)

| | | |
|---|---|---|
| + WFFNATBANK | 164HF07294 | |
| PO Box 94498, Las Vegas, NV 89193 | | 800-459-8451 |
| + WJ BRADLEY | 163FM21351 | |
| 1235 N Dutton Ave Suite E, Santa Rosa, CA 95401 | | 866-210-7340 |

## Miscellaneous Information

This report can be viewed on the web by visiting http://view.xactus360.com.
Report ID: 47490892
Password: ▮▮▮▮▮▮

## File Variation

The following file variation was reported by Equifax.

| Name | Social Security Number |
|---|---|
| Courtney A. Chavez | ▮▮▮▮▮▮ |
| Address | |
| ▮▮▮▮▮▮ | Age / DOB ▮▮▮▮▮ |

## File Summary

| Account Type | Number of Accounts | Open Accounts | Accounts Currently Past Due | Past Due | Payment | Balance | Accounts | Historical Late Payments 30 Days | 60 Days | 90+ Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage | 3 | 1 | 0 | $0 | $2,661 | $389,918 | 0 | 0 | 0 | 0 |
| Revolving/Credit Line | 11 | 6 | 0 | $0 | $206 | $8,491 | 3 | 4 | 1 | 0 |
| Auto | 1 | 0 | 0 | $0 | $0 | $0 | 0 | 0 | 0 | 0 |
| Education | 0 | 0 | 0 | $0 | $0 | $0 | 0 | 0 | 0 | 0 |
| Other Installment | 3 | 0 | 0 | $0 | $0 | $0 | 0 | 0 | 0 | 0 |
| Totals | 18 | 7 | 0 | $0 | $2,867 | $398,409 | 3 | 4 | 1 | 0 |

| | | | |
|---|---|---|---|
| Number of Public Records: | 0 | Available Credit: | $35,509 |
| Number of Collections/Charge-offs: | 0 | Revolving/Credit Line Used: | 19% |
| Bankruptcy: | No | Number of Inquiries: | 0 |
| | | Number of Authorized User Accounts: | 0 |

## Credit Score Information

| Score | Name | Repository | Model | Developed By | Range | Calculated | Reported On |
|---|---|---|---|---|---|---|---|
| **763** | Courtney A. Chavez | Equifax | FICO Classic v5 | Fair Isaac | 334-818 | 05/23/2023 | EQX-A1 |

Factors
• 30 - Time since most recent account opening is too short
• 18 - Number of accounts with delinquency
• 10 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts
• 5 - Too many accounts with balances

## Credit History

| Who EC OA se | Creditor Name / Acct Number | Date Rprtd / DLA | Date Opened | High Credit / Credit Limit | Balance / Terms | Past Due / Maximum Delinquency | Mo Rev | 30 | 60 | 90+ | Account Status / Account Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B J | UNTD WHLSL 3000182051607 FANNIE MAE ACCOUNT / REAL ESTATE MORTGAGE 1414 East Maple Road - Troy, MI 48083 - 855-753-6201 | 05/05/2023 05/01/2023 | 08/25/2022 | $394,125 | $389,918 360M/$2661 | $0 | 8 | 0 | 0 | 0 | As Agreed Mtg EQX |
| B I | WFB CD SVC 446540041712 AMOUNT IN H/C COLUMN IS CREDIT LIMIT / FLEXIBLE SPENDING CREDIT CARD P.O. Box 3696 - Portland, OR 97208 - 800-642-4720 | 05/14/2023 | 11/10/2009 | $15,500 | $8,491 MIN $206 | $0 | 99 | 0 | 0 | 0 | As Agreed Rev EQX |
| B I | BALBOA T&L 500511506 Paid: 11/2016 CLOSED OR PAID ACCOUNT/ZERO BALANCE / AUTO Accounts Payable - Chula Vista, CA 91912 - 619-397-7700 | 01/31/2017 11/01/2016 | 12/07/2013 | $19,700 | $0 72M | $0 | 37 | 0 | 0 | 0 | As Agreed Inst EQX |
| B I | BK OF AMER 4147342067010175 CREDIT CARD P O Box 982236 - El Paso, TX 79998 - 800-421-2110 | 05/10/2023 --/---- | 05/04/2023 | $20,000 | $0 | $0 | | | | | As Agreed Rev EQX |
| B I | CAP ONE 517805901420 CREDIT CARD PO Box 85015 - Richmond, VA 23285 - 800-955-7070 | 05/13/2023 01/01/2022 | 10/14/2021 | $400 | $0 | $0 | 18 | 0 | 0 | 0 | As Agreed Rev EQX |

# xactus X

370 Reed Rd., Suite 100 Broomall, PA 19008
(888)898-9028

**CRx** **Credit ReportX**

| | |
|---|---|
| BEYOND FINANCE, INC | **Client Code:** UCIS2889 |
| 7322 Southwest Fwy | **Requested By:** BEYOND FINANCE API |
| Ste 1400 | **Loan Number:** |
| Houston, TX 77074 | |

| | | | |
|---|---|---|---|
| **Ordered:** 05/23/2023 | **Report ID:** 47490892 |
| **Released:** 05/23/2023 | **Repositories:** EQX |
| **Reissued:** | **Price:** |

**Order Verifications**

## Credit History (continued)

| Who se | E C A | Creditor Name / Acct Number | Date Rprtd | Date Opened / DLA | High Credit | Credit Limit | Balance | Terms | Past Due | Maximum Delinquency | Mo Rev | 30 | 60 | 90+ | Account Status / Account Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | I | CB/NY&CO 61892 Closed: 08/2012 CLOSED OR PAID ACCOUNT/ZERO BALANCE / ACCOUNT CLOSED BY CREDIT GRANTOR PO Box 182122 - Columbus, OH 43218 - 800-889-0494 | 11/10/2018 | 01/14/2012 08/01/2012 | $350 | | $0 | | $0 | | 82 | 0 | 0 | 0 | As Agreed Rev EQX | |
| B | I | CB/TORRID 585637952827 Closed: 04/2018 CLOSED OR PAID ACCOUNT/ZERO BALANCE / ACCOUNT CLOSED BY CREDIT GRANTOR PO Box 28685 - Columbus, OH 43218 - 800-853-2921 | 05/30/2020 | 02/24/2017 04/01/2018 | $230 | | $0 | | $0 12/2017, 60-89 Days Late | | 39 | 1 | 1 | 0 | As Agreed Rev EQX | * |
| B | I | CRDT FIRST 2717420027797414 Closed: 11/2019 CLOSED OR PAID ACCOUNT/ZERO BALANCE / ACCOUNT CLOSED BY CREDIT GRANTOR 6275 Eastland Road - Brook Park, OH 44142 - 800-321-3950 | 04/20/2023 | 11/12/2010 11/01/2019 | $1,200 | | $0 | | $0 04/2019, 30-59 Days Late | | 99 | 2 | 0 | 0 | As Agreed Rev EQX | * |
| B | J | FMCC 56636067 Paid: 06/2021 CLOSED OR PAID ACCOUNT/ZERO BALANCE 12110 Emmet - Omaha, NE 68164 - 800-727-7000 | 07/29/2022 | 07/08/2018 06/01/2021 | $10,574 | | $0 36M | | $0 | | 48 | 0 | 0 | 0 | As Agreed Inst EQX | |
| B | I | KOHLS/CAP1 6393050625162466 Paid: 12/2016 CLOSED OR PAID ACCOUNT/ZERO BALANCE / CHARGE PO Box 3115 - Milwaukee, WI 53201 - 800-564-5740 | 02/22/2019 | 10/29/2011 12/01/2016 | $600 | | $0 | | $0 12/2016, 30-59 Days Late | | 88 | 1 | 0 | 0 | As Agreed Rev EQX | * |
| B | I | NORDSTM/TD 414721106140698 CREDIT CARD 13531 E Caley Av - Englewood, CO 80111 - 866-445-0433 | 05/09/2023 | 12/17/2022 02/01/2023 | $3,500 | | $0 | | $0 | | 4 | 0 | 0 | 0 | As Agreed Rev EQX | |
| B | I | SYNCB/HDNA 6034611700359145 Paid: 02/2012 CLOSED OR PAID ACCOUNT/ZERO BALANCE C/O P.O. Box 965036 - Orlando, FL 32896 - 866-396-8254 | 10/06/2016 | 04/22/2011 02/01/2012 | $4,000 | | $0 | | $0 | | 65 | 0 | 0 | 0 | As Agreed Rev EQX | |
| B | I | UNIFY FCU 45038660001 Paid: 12/2013 CLOSED OR PAID ACCOUNT/ZERO BALANCE 9323 Bellanca Avenue - Los Angeles, CA 90009 - 877-254-9328 | 01/09/2014 | 12/15/2009 12/01/2013 | $12,000 | | $0 60M | | $0 | | 13 | 0 | 0 | 0 | As Agreed Inst EQX | |
| B | J | USBANKHM 5159902837067 Paid: 09/2020 CLOSED OR PAID ACCOUNT/ZERO BALANCE / REAL ESTATE MORTGAGE 4801 Fredericka - Owensboro, KY 42301 - 800-365-7772 | 10/05/2020 | 09/02/2014 09/01/2020 | $177,721 | | $0 | | $0 | | 69 | 0 | 0 | 0 | As Agreed Mtg EQX | |
| B | I | W FARGO BK 66266287845820001 Paid: 11/2019 CLOSED OR PAID ACCOUNT/ZERO BALANCE / FIXED RATE Wells Fargo /Cons C - Des Moines, IA 50306 - 866-275-9138 | 12/31/2019 | 12/02/2016 11/01/2019 | $6,500 | | $0 | | $0 | | 36 | 0 | 0 | 0 | As Agreed Inst EQX | |
| B | I | WFFNATBANK 5774421132169898 Closed: 08/2013 CLOSED OR PAID ACCOUNT/ZERO BALANCE / ACCOUNT CLOSED BY CREDIT GRANTOR PO Box 94498 - Las Vegas, NV 89193 - 800-459-8451 | 06/28/2015 | 05/20/2013 08/01/2013 | $5,700 | | $0 | | $0 | | 25 | 0 | 0 | 0 | As Agreed Rev EQX | |
| B | I | WFFNATBANK 5774422053728555 Closed: 05/2013 CLOSED OR PAID ACCOUNT/ZERO BALANCE / ACCOUNT CLOSED BY CREDIT GRANTOR PO Box 94498 - Las Vegas, NV 89193 - 800-459-8451 | 04/17/2015 | 09/18/2011 05/01/2013 | $4,000 | | $0 | | $0 | | 43 | 0 | 0 | 0 | As Agreed Rev EQX | |
| B | J | WJ BRADLEY 9124091415 ACCOUNT TRANSFERRED OR SOLD / REAL ESTATE MORTGAGE 1235 N Dutton Ave Suite E - Santa Rosa, CA 95401 - 866-210-7340 | 10/31/2014 | 09/02/2014 10/01/2014 | $177,721 | | $0 360M | | $0 | | | | | | As Agreed Mtg EQX | |

# xactus

370 Reed Rd., Suite 100 Broomall, PA 19008
(800) 783-9128

**CRx**  **Credit ReportX**

| | |
|---|---|
| BEYOND FINANCE, INC | **Client Code:** UCIS2889 |
| 7322 Southwest Fwy | **Requested By:** BEYOND FINANCE API |
| Ste 1400 | **Loan Number:** |
| Houston, TX 77074 | |

| | |
|---|---|
| **Ordered:** 05/23/2023 | **Report ID:** 47490892 |
| **Released:** 05/23/2023 | **Repositories:** EQX |
| **Reissued:** | **Price:** |

**Order Verifications**

## Credit History (continued)

| W h o s e | E C O A | Creditor Name | Date Rprtd | Date Opened | High Credit | Balance | Past Due | Mo Rev | 30 | 60 | 90 + | Account Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Acct Number | | DLA | Credit Limit | Terms | Maximum Delinquency | | | | | Account Type |

Whose: B-Borrower, C-Coborrower, J-Joint

ECOA: A-Authorized User, C-Joint, I-Individual, J-Joint, M-Primary Borrower, P-Participant, S-Cosigner, T-Terminated, U-Undesignated, X-Deceased

Account Type: CL-Line of Credit, Inst-Installment, Mtg-Mortgage, Open-Open, Rev-Revolving, Unkn-Unknown

## Inquiries (Last 120 Days)

No inquiries in the last 120 days.

## Repository Files Returned

EQX-A1    Equifax - Pulled: 05/23/2023 - Infile Date: 11/18/2009
NM: Courtney A. Chavez

## Creditors

| | | | |
|---|---|---|---|
| + BALBOA T&L | | 181FF01373 | |
| | Accounts Payable, Chula Vista, CA 91912 | | 619-397-7700 |
| + BK OF AMER | | 801ON00119 | |
| | P O Box 982236, El Paso, TX 79998 | | 800-421-2110 |
| + CAP ONE | | 850BB01498 | |
| | PO Box 85015, Richmond, VA 23285 | | 800-955-7070 |
| + CB/NY&CO | | 682CG04957 | |
| | PO Box 182122, Columbus, OH 43218 | | 800-889-0494 |
| + CB/TORRID | | 372CZ00354 | |
| | PO Box 182685, Columbus, OH 43218 | | 800-853-2921 |
| + CRDT FIRST | | 594AT00266 | |
| | 6275 Eastland Road, Brook Park, OH 44142 | | 800-321-3950 |
| + FMCC | | 644FA04640 | |
| | 12110 Emmet, Omaha, NE 68164 | | 800-727-7000 |
| + KOHLS/CAP1 | | 668DC04698 | |
| | PO Box 3115, Milwaukee, WI 53201 | | 800-564-5740 |
| + NORDSTM/TD | | 146BB15682 | |
| | 13531 E Caley Av, Englewood, CO 80111 | | 866-445-0433 |
| + SYNCB/HDNA | | 404FF22145 | |
| | C/O P.O. Box 965036, Orlando, FL 32896 | | 866-396-8254 |
| + UNIFY FCU | | 180FC02623 | |
| | 9323 Bellanca Avenue, Los Angeles, CA 90009 | | 877-254-9328 |
| + UNTD WHLSL | | 168FM15247 | |
| | 1414 East Maple Road, Troy, MI 48083 | | 855-753-6201 |
| + USBANKHM | | 668FM04577 | |
| | 4801 Fredericka, Owensboro, KY 42301 | | 800-365-7772 |
| + W FARGO BK | | 612BB21775 | |
| | Wells Fargo /Cons C, Des Moines, IA 50306 | | 866-275-9138 |
| + WFB CD SVC | | 162BB10365 | |
| | P.O. Box 3696, Portland, OR 97208 | | 800-642-4720 |
| + WFFNATBANK | | 164HF01164 | |
| | PO Box 94498, Las Vegas, NV 89193 | | 800-459-8451 |
| + WFFNATBANK | | 164HF07294 | |
| | PO Box 94498, Las Vegas, NV 89193 | | 800-459-8451 |
| + WJ BRADLEY | | 163FM21351 | |
| | 1235 N Dutton Ave Suite E, Santa Rosa, CA 95401 | | 866-210-7340 |

## Miscellaneous Information

This report can be viewed on the web by visiting http://view.xactus360.com.
Report ID: 47490892
Password:

## End of File Variation

## Disclaimer

Credit Bureau certifies that this Merged Mortgage Credit Report (MMCR) meets the guidelines as set forth by the Consumer Data Industry Association (CDIA). This report contains information supplied by the repositories listed on the report and may also contain duplicate information.

## Credit Repositories

Equifax
P. O. Box 740241
Atlanta, GA 30374
800-685-1111
www.equifax.com/fcra

### *** End of Report 05/23/2023 13:41:30 PM ***

# Credit Score Disclosure

| | | |
|---|---|---|
| BEYOND FINANCE, INC<br>7322 Southwest Fwy<br>Ste 1400<br>Houston, TX 77074 | Report ID<br>47490892<br>Loan Number | Date<br>05/23/2023<br>Repositories Requested<br>Equifax |

## Applicant

Name
Courtney Chavez

Current Address
█████████████

For information on FICO scores, please contact the developer, Fair Isaac Corporation, at www.myfico.com or 1-800-319-4433.

Questions regarding your credit report should be directed to EQUIFAX. You will find their contact information below:

Equifax
P. O. Box 740241
Atlanta, GA 30374
800-685-1111
www.equifax.com/fcra

I have received a copy of this disclosure.

_____     _____
Courtney Chavez                                                                    Date

| BEYOND FINANCE, INC<br>7322 Southwest Fwy<br>Ste 1400<br>Houston, TX 77074 | Applicant<br>**Courtney Chavez** | Report ID<br>47490892 | Date<br>05/23/2023 |
|---|---|---|---|

**BEYOND FINANCE, INC**
**Your Credit Score and the Price You Pay for Credit**

## Your Credit Score

| Your credit score | **763** | |
|---|---|---|
| | Source: **Equifax** | Date: **05-23-2023** |

## Understanding Your Credit Score

| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
|---|---|
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 334 to a high of 818.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Your credit score ranks higher than 65 percent of U.S. consumers.<br><br>**Percentage** of Consumers with Scores in a Particular Range<br><br>3%  5%  8%  11%  14%  16%  24%  19%<br>334-499  500-549  550-599  600-649  650-699  700-749  750-799  800-818<br>FICO® Score 5 Range |

## Checking Your Credit Report

| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
|---|---|
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report -<br><br>*By telephone:*  Call toll-free: 1-877-322-8228<br><br>*On the web:*  Visit www.annualcreditreport.com<br><br>*By mail:*  Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's Web site at www.consumerfinance.gov/learnmore |

I have received a copy of this disclosure.

_____     _____

Courtney Chavez                                                         Date

EXHIBIT M

**DECLARATION OF MATTHEW R. SNYDER**



**Potential Score Improvement**

File#: **68258864**
Date: **3/15/2022**
Company: **HOMEBRIDGE FINANCIAL SERVICES INC - 84112**



### Applicant: CARTER DOUGLAS CHAVEZ

|  | Experian | TransUnion | Equifax |
|---|---|---|---|
| Bureau Scores | 610 | 650 | 651 |
| **Potential Score Improvement** | **+81** more▸ | **+9** more▸ | **+8** more▸ |

### Co-Applicant: COURTNEY ANN CHAVEZ

|  | Experian | TransUnion | Equifax |
|---|---|---|---|
| Bureau Scores | 632 | 626 | 650 |
| **Potential Score Improvement** | **+81** more▸ | **+10** more▸ | **+9** more▸ |

## Credit Assure ™

Credit Assure™ looks for opportunities to help a borrower improve their credit score, typically by paying down balances.





CREDIT ASSURE BENEFITS:

Alerts you to opportunities you might have overlooked

Helps you approve more applicants

Helps you make better offers and close more loans

Current scores (called bureau scores) are provided by the credit bureaus. Predicted scores (called potential scores) and score changes (called potential improvements or score improvements) are provided by CreditXpert Inc. ("CXI") and are not bureau or FICO scores or changes. Predicted scores and score changes simulated by CreditXpert[R] products are only estimates. CXI does not guarantee that scores from any other company will change by the same amount, in the same way, or at all, or that correcting credit report information will result in a score improvement. CreditXpert products are based on credit reports from the bureaus. CXI is not responsible for inaccurate results, including any due to incorrect, incomplete, or outdated credit report information or incorrect assumptions about the future. CXI is not a credit counseling or credit repair organization. CXI is not endorsed by Equifax, Experian, TransUnion or FICO.
THE FOREGOING IS NOT INTENDED TO PROVIDE OR IMPLY WARRANTIES OF ANY KIND. CREDITXPERT PRODUCTS ARE PROVIDED ON AN "AS IS" BASIS, AND CREDITXPERT INC. AND ITS DISTRIBUTORS DISCLAIM ANY AND ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM INTEGRATION, NON-INTERFERENCE AND/OR ACCURACY OF INFORMATIONAL CONTENT.
Copyright (C) 2000-2024, CreditXpert Inc. All rights reserved. CreditXpert[R] is a registered trademark of CreditXpert Inc.

# xactus X

31550 WINTERPLACE PKWY, SALISBURY, MD 21804
Phone:    (800) 258-3488
Fax:       (800) 258-3287

**MERGED INFILE CREDIT REPORT**

| | | | | |
|---|---|---|---|---|
| **FILE #** | 68258864 **FNMA #** | **DATE COMPLETED** | 3/15/2022 | **RQD' BY** | TEENA HAHN |
| **SEND TO** | HOMEBRIDGE FINANCIAL SERVICES INC - 84112 | **DATE ORDERED** | 3/15/2022 | **PRPD' BY** | |
| | CUST. # 10045381 | **REPOSITORIES** | XP/TU/EF | | |
| | 1200 CONCORD AVE STE 180 | **PRICE** | $22.07 | **LOAN TYPE** | |
| | CONCORD, CA 94520 | **REF. #** | 8010247254 | | |
| **PROPERTY ADDRESS** | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| **APPLICANT** | CHAVEZ, CARTER DOUGLAS | **CO-APPLICANT** | CHAVEZ, COURTNEY ANN |
| **SOC SEC #** | ▮▮▮▮ **DOB** ▮▮▮▮ | **SOC SEC #** | ▮▮▮▮ **DOB** ▮▮▮▮ |
| **MARITAL STATUS** | | **DEPENDENTS** | |
| **CURRENT ADDRESS** | ▮▮▮▮ | **LENGTH** | |
| **PREVIOUS ADDRESS** | | **LENGTH** | |

## SCORE MODELS

EQUIFAX/FICO CLASSIC V5 FACTA - CARTER D CHAVEZ - ▮▮▮▮
SCORE: **651**
00039 - SERIOUS DELINQUENCY
00034 - AMOUNT OWED ON DELINQUENT ACCOUNTS
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
00018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

TRANSUNION/FICO CLASSIC (04) - CARTER D CHAVEZ - ▮▮▮▮
SCORE: **650**
039 - SERIOUS DELINQUENCY
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
008 - TOO MANY INQUIRIES LAST 12 MONTHS
018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - CARTER D CHAVEZ - ▮▮▮▮
SCORE: **610**
39 - SERIOUS DELINQUENCY
13 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
18 - NUMBER OF ACCOUNTS WITH DELINQUENCY
21 - AMOUNT PAST DUE ON ACCOUNTS
08 - TOO MANY INQUIRIES LAST 12 MONTHS

EQUIFAX/FICO CLASSIC V5 FACTA - COURTNEY A CHAVEZ - ▮▮▮▮
SCORE: **650**
00039 - SERIOUS DELINQUENCY
00034 - AMOUNT OWED ON DELINQUENT ACCOUNTS
00018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

**ECOA KEY:**   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 68258864  **FNMA #** | | **DATE COMPLETED** | 3/15/2022 | **RQD' BY** | TEENA HAHN |
|---|---|---|---|---|---|---|
| **SEND TO** | HOMEBRIDGE FINANCIAL SERVICES INC - 84112 | | **DATE ORDERED** | 3/15/2022 | | |
| | CUST. # 10045381 | | **REPOSITORIES** | XP/TU/EF | **PRPD' BY** | |
| | 1200 CONCORD AVE STE 180 | | **PRICE** | $22.07 | **LOAN TYPE** | |
| | CONCORD, CA 94520 | | **REF. #** | 8010247254 | | |

**PROPERTY ADDRESS**

| | APPLICANT | | | CO-APPLICANT | |
|---|---|---|---|---|---|
| **APPLICANT** | CHAVEZ, CARTER DOUGLAS | | **CO-APPLICANT** | CHAVEZ, COURTNEY ANN | |
| **SOC SEC #** | ▮▮▮ | **DOB** ▮▮▮ | **SOC SEC #** | ▮▮▮ | **DOB** ▮▮▮ |
| **MARITAL STATUS** | | | **DEPENDENTS** | | |

## SCORE MODELS

TRANSUNION/FICO CLASSIC (04) - COURTNEY A CHAVEZ - ▮▮▮
SCORE: **626**
039 - SERIOUS DELINQUENCY
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
008 - TOO MANY INQUIRIES LAST 12 MONTHS
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - COURTNEY A CHAVEZ - ▮▮▮
SCORE: **632**
39 - SERIOUS DELINQUENCY
13 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
18 - NUMBER OF ACCOUNTS WITH DELINQUENCY
21 - AMOUNT PAST DUE ON ACCOUNTS
08 - TOO MANY INQUIRIES LAST 12 MONTHS

## ALERT

1 - CARTER D CHAVEZ YOB: ▮▮▮ EXPERIAN OFAC NAME MATCHING SERVICE: NO MATCH FOUND UNLESS OTHERWISE INDICATED

2 - COURTNEY A CHAVEZ YOB: ▮▮▮ EXPERIAN OFAC NAME MATCHING SERVICE: NO MATCH FOUND UNLESS OTHERWISE INDICATED

## PUBLIC RECORDS
*** NONE ***

Request New Tradeline

## CREDIT

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | CMG MORTGAGE INC<br>3000152097382 | 03/22 | 09/20<br>03/22 | $199500<br>MTG | $191923<br>360 $1258 | $0 | 18 | 0 | 0 | 0 | AS AGREED<br>XP/TU/EF |
| | | **History:** 03/22; 000000000000000000<br>CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST; FANNIE MAE ACCOUNT | | | | | | | | | | |
| B | B | AMERICAN HONDA FINANCE<br>454198974 | 03/22 | 05/21<br>03/22 | $19370<br>AUTO | $14575<br>036 $583 | $0 | 10 | 0 | 0 | 0 | AS AGREED<br>XP/TU/EF |
| | | **History:** 03/22; 0000000000<br>AUTO LEASE | | | | | | | | | | |
| B | B | DEPTEDNELNET<br>900000407249845 | 02/22 | 08/13<br>02/22 | $7000<br>EDU | $8817<br>120 - | $0 | 82 | 0 | 0 | 0 | AS AGREED<br>XP/TU/EF |
| | | **History:** 02/22; 000000000000000000000--000--000---000--00--0---00----00---00--0000000000000000000 | | | | | | | | | | |
| B | B | DEPTEDNELNET<br>900000464155345 | 02/22 | 09/14<br>02/22 | $5500<br>EDU | $6591<br>120 - | $0 | 82 | 0 | 0 | 0 | AS AGREED<br>XP/TU/EF |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS:** 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 68258864  FNMA # | | DATE COMPLETED | 3/15/2022 | RQD' BY | TEENA HAHN |
|---|---|---|---|---|---|---|
| SEND TO | HOMEBRIDGE FINANCIAL SERVICES INC - 84112 | | DATE ORDERED | 3/15/2022 | | |
| | CUST. # 10045381 | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 1200 CONCORD AVE STE 180 | | PRICE | $22.07 | LOAN TYPE | |
| | CONCORD, CA 94520 | | REF. # | 8010247254 | | |

**PROPERTY ADDRESS**

| | APPLICANT | CO-APPLICANT |
|---|---|---|
| APPLICANT | CHAVEZ, CARTER DOUGLAS | CO-APPLICANT  CHAVEZ, COURTNEY ANN |
| SOC SEC # | ▮▮▮▮  DOB  ▮▮▮▮ | SOC SEC #  ▮▮▮▮  DOB  ▮▮▮▮ |
| MARITAL STATUS | | DEPENDENTS |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | History: 02/22; 00000000000000000000000--000-000---000--00--0---00----00--0000000000000000000 | | | | | | | | | | |
| B | B | DEPTEDNELNET 900000407249745 | 02/22 | 08/13 02/22 | $5500 EDU | $6529 120 - | $0 | 82 | 0 | 0 | 0 | AS AGREED XP/**TU**/EF |
| | | History: 02/22; 00000000000000000000000--000-000---000--00--0---00----00--0000000000000000000 | | | | | | | | | | |
| B | B | DEPTEDNELNET 900000312518949 | 02/22 | 08/12 02/22 | $5500 EDU | $6405 120 - | $0 | 82 | 0 | 0 | 0 | AS AGREED XP/**TU**/EF |
| | | History: 02/22; 00000000000000000000000--000-000---000--00--0---00----00--0000000000000000000 | | | | | | | | | | |
| B | B | DEPTEDNELNET 900000464155445 | 02/22 | 09/14 02/22 | $2000 EDU | $2513 120 - | $0 | 82 | 0 | 0 | 0 | AS AGREED XP/**TU**/EF |
| | | History: 02/22; 00000000000000000000000--000-000---000--00--0---00----00--0000000000000000000 | | | | | | | | | | |
| B | B | AMEX -34999******38763 | 03/22 | 07/21 03/22 | $5000 REV | $520 MIN $40 | $0 | 8 | 0 | 0 | 0 | AS AGREED **XP**/TU/EF |
| | | History: 03/22; 00000000 | | | | | | | | | | |
| C | C | WF CRD SVC 446540****** | 03/22 | 11/09 03/22 | $13500 REV | $268 MIN $25 | $0 | 99 | 0 | 0 | 0 | AS AGREED **XP**/TU/EF |
| | | History: 03/22; 0000000000000000000000000000000000000000000000000000000000000000000000000000000000 FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | |
| B | B | JPMCB CARD 414740****** | 03/22 | 12/16 02/22 | $7000 REV | $12 MIN $12 | $0 | 63 | 0 | 0 | 0 | AS AGREED **XP**/TU/EF |
| | | History: 03/22; 00000000000000000000000000000000000000000000000000000000000000 FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | |
| B | B | WF CRD SVC 446542****** | 03/22 | 02/12 01/22 | $9500 REV | $7 $7 | $0 | 99 | 0 | 0 | 0 | AS AGREED **XP**/TU/EF |
| | | History: 03/22; 0000000000000000000000000000000000000000000000000000000000000000000000000000000000 FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | |
| J | J | BALBOA T&L 500511506 | 01/17 | 12/13 11/16 | $19700 AUTO | $0 72 $0 | $0 | 37 | 0 | 0 | 0 | PAID XP/TU/**EF** |

**ECOA KEY:**  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 68258864 | FNMA # | | | DATE COMPLETED | 3/15/2022 | RQD' BY | TEENA HAHN |
|---|---|---|---|---|---|---|---|---|

**SEND TO** HOMEBRIDGE FINANCIAL SERVICES INC - 84112
CUST. # 10045381
1200 CONCORD AVE STE 180
CONCORD, CA 94520

**DATE ORDERED** 3/15/2022

**REPOSITORIES** XP/TU/EF   **PRPD' BY**

**PRICE** $22.07   **LOAN TYPE**

**REF. #** 8010247254

**PROPERTY ADDRESS**

| | APPLICANT | | CO-APPLICANT | |
|---|---|---|---|---|
| APPLICANT | CHAVEZ, CARTER DOUGLAS | CO-APPLICANT | CHAVEZ, COURTNEY ANN | |
| SOC SEC # | ▮▮▮ DOB ▮▮▮ | SOC SEC # | ▮▮▮ DOB ▮▮▮ | |
| MARITAL STATUS | | DEPENDENTS | | |

## CREDIT

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | History: 11/16; -0000000000000000000000000000000000 | | | | | | | | | | |
| B | B | BBY/CBNA 700119******2893 | 03/19 | 09/12 12/13 | $800 REV | $0 $0 | $0 | 64 | 0 | 0 | 0 | INACTIVE XP/**TU**/EF |
| | | History: 03/19; -00000000000000000000000000000000000000000000 INACTIVE ACCOUNT | | | | | | | | | | |
| C | C | CALPAC FCU 1755800000001 | 10/12 | 12/09 09/12 | $12000 AUTO | $0 60 $0 | $0 | 34 | 0 | 0 | 0 | PAID EF |
| | | ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | |
| B | B | CAPITAL ONE 517805****** | 03/22 | 08/21 01/22 | $2000 REV | $0 $0 | $0 | 7 | 0 | 0 | 0 | AS AGREED **XP**/TU/EF |
| | | History: 03/22; 0000000 | | | | | | | | | | |
| C | C | CAPITAL ONE 517805****** | 03/22 | 10/21 01/22 | $300 REV | $0 $0 | $0 | 5 | 0 | 0 | 0 | AS AGREED **XP**/TU/EF |
| | | History: 03/22; 00000 | | | | | | | | | | |
| C | C | CB/TORRID 585637****** | 05/20 | 02/17 04/18 | $230 REV | $0 $0 | $0 | 39 | **1** | **1** | 0 | PD WAS 60 XP/**TU**/EF |
| | | History: 05/20; --00000000000000000000000000021000000000 Late Dates: 12/17-60, 11/17-30 ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |
| C | C | COMENITYBANK/NY&CO 61892 | 11/18 | 01/12 08/12 | $350 REV | $0 $0 | $0 | 82 | 0 | 0 | 0 | PAID **XP**/TU/EF |
| | | History: 11/18; -00000000000000000000------------------------------0000000000000000000 ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | | | | | | | | | | |
| C | C | CREDIT FIRST N A 631764*** | 02/22 | 11/10 11/19 | $1200 REV | $0 $0 | $0 | 99 | **3** | **1** | 0 | CUR WAS 60 **XP**/TU/EF |
| | | History: 02/22; 00000000000000000000000010000000000000000000001000000000-000210000000 Late Dates: 4/19-30, 1/17-30, 11/15-60, 10/15-30 | | | | | | | | | | |
| B | B | GOLDEN 1 104532*** | 11/17 | 12/09 05/16 | $500 REV | $0 $0 | $0 | 95 | **2** | 0 | 0 | PD WAS 30 XP/TU/**EF** |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 4/10

| FILE # | 68258864 | FNMA # | | DATE COMPLETED | 3/15/2022 | RQD' BY | TEENA HAHN |
|---|---|---|---|---|---|---|---|
| SEND TO | HOMEBRIDGE FINANCIAL SERVICES INC - 84112 | | | DATE ORDERED | 3/15/2022 | | |
| | CUST. # 10045381 | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 1200 CONCORD AVE STE 180 | | | PRICE | $22.07 | LOAN TYPE | |
| | CONCORD, CA 94520 | | | REF. # | 8010247254 | | |

PROPERTY ADDRESS

| | APPLICANT | | CO-APPLICANT | |
|---|---|---|---|---|
| APPLICANT | CHAVEZ, CARTER DOUGLAS | CO-APPLICANT | CHAVEZ, COURTNEY ANN | |
| SOC SEC # | ██████ | DOB ██████ | SOC SEC # ██████ | DOB ██████ |
| MARITAL STATUS | | DEPENDENTS | | |

### CREDIT

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **History:** 11/17; ----------------1----1----00000000000000000000000000000000000000000000000000000000000000000 | | | | | | | | | |
| | | **Late Dates:** 8/16-30 (See status), 3/16-30 | | | | | | | | | |
| | | ACCOUNT TRANSFERRED OR SOLD; FIXED RATE | | | | | | | | | |
| C | C | KOHLS/CAPONE 639305******2466 | 02/19 | 10/11 12/16 | $600 REV | $0 $0 | $0 | 88 | **1** | 0 | 0 | PD WAS 30 XP/TU/EF |
| | | **History:** 02/19; -000000000000000000001000000000000000000000000000000000000000000000000 | | | | | | | | | |
| | | **Late Dates:** 12/16-30 | | | | | | | | | |
| | | CLOSED DUE TO INACTIVITY | | | | | | | | | |
| C | C | MOR FURNITUR 577442******9898 | 06/15 | 05/13 08/13 | $5700 REV | $0 $0 | $0 | 25 | 0 | 0 | 0 | PAID XP/TU/EF |
| | | **History:** 06/15; -00000000000000000000000000000 | | | | | | | | | |
| | | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | |
| C | C | PRFRD CUS AC 577442******8555 | 04/15 | 09/11 05/13 | $4000 REV | $0 $0 | $0 | 43 | 0 | 0 | 0 | PAID XP/TU/EF |
| | | **History:** 04/15; -00000000000000000000000000000000000000000 | | | | | | | | | |
| | | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | |
| C | C | SYNCB/HDNA 603461******9145 | 10/16 | 04/11 02/12 | $4000 REV | $0 $0 | $0 | 65 | 0 | 0 | 0 | PAID XP/EF |
| | | **History:** 03/15; -000000000000000000000000000000000000000000000000000 | | | | | | | | | |
| B | B | THE GOLDEN 1 CREDIT UN 420778******9866 | 10/18 | 07/16 10/18 | $500 REV | $0 $0 | $0 | 27 | **5** | **3** | **6** | PD WAS 120+ XP/TU/EF |
| | | **History:** 10/18; -10021004354321032100010000 | | | | | | | | | |
| | | **Late Dates:** 9/18-30 (See status), 6/18-60, 5/18-30, 2/18-120, 1/18-90, 12/17-150+, 11/17-120, 10/17-90, 9/17-60, 8/17-30, 6/17-90, 5/17-60, 4/17-30, 12/16-30 | | | | | | | | | |
| | | ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | | | | | | | | | |
| C | C | UNIFY FCU FKA WESTRN F 45038660001 | 01/14 | 12/09 12/13 | $12000 AUTO | $0 060 $0 | $0 | 14 | 0 | 0 | 0 | PAID XP/TU/EF |
| | | **History:** 01/14; -0000000000000 | | | | | | | | | |
| J | J | US BANK HOME MORTGAGE 5159902837067 | 10/20 | 09/14 09/20 | $177721 MTG | $0 360 $0 | $0 | 70 | 0 | 0 | 0 | PAID XP/TU/EF |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 68258864  FNMA # | | DATE COMPLETED | 3/15/2022 | RQD' BY | TEENA HAHN |
|---|---|---|---|---|---|---|
| SEND TO | HOMEBRIDGE FINANCIAL SERVICES INC - 84112 | | DATE ORDERED | 3/15/2022 | | |
| | CUST. # 10045381 | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 1200 CONCORD AVE STE 180 | | PRICE | $22.07 | LOAN TYPE | |
| | CONCORD, CA 94520 | | REF. # | 8010247254 | | |

**PROPERTY ADDRESS**

| | APPLICANT | | | CO-APPLICANT | |
|---|---|---|---|---|---|
| APPLICANT | CHAVEZ, CARTER DOUGLAS | | CO-APPLICANT | CHAVEZ, COURTNEY ANN | |
| SOC SEC # | ▮▮▮▮ | DOB | SOC SEC # | ▮▮▮▮ | DOB ▮▮▮▮ |
| MARITAL STATUS | | | DEPENDENTS | | |

### CREDIT

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |

History: 10/20; -----00000000000000000000000000000000000000000000000000000000000000
PAYMENT DEFERRED; FHA REAL ESTATE LOAN; COLLATERAL: DEFERRED TO 11012020

| C | C | WF PLL | 12/19 | 12/16 | $6500 | $0 | $0 | 36 | 0 | 0 | 0 | PAID |
| | | 66266287845820001 | | 11/19 | INST | 048 $0 | | | | | | XP/TU/EF |

History: 12/19; -00000000000000000000000000000000000000
NOTE LOAN

| J | J | WJ BRADLEY | 10/14 | 09/14 | $177721 | $0 | $0 | 00 | - | - | - | PAID |
| | | 9124091415 | | 10/14 | MTG | 360 $0 | | | | | | TU/EF |

History: 10/14; 0
PURCHASED BY ANOTHER LENDER; FHA REAL ESTATE MORTGAGE

### COLLECTION ACCOUNTS

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |

| J | J | FMCC | 03/22 | 07/18 | $9793 | $427 | $427 | 44 | 0 | 0 | 0 | CHARGE OFF |
| | | 56636067 | | 07/21 | AUTO | 036 - | | | | | | XP/TU/EF |

History: 03/22; 9--------00000000000000000000000000000000000
CHARGED OFF ACCOUNT

### OTHER CREDIT HISTORY
*** NONE ***

### INQUIRIES (LAST 120 DAYS)

| XP/EF | J | 12/29/21 | FACTUAL DATA | FINANCE |
|---|---|---|---|---|
| TU | J | 12/29/21 | HOMEBRIDGE FINANCIAL | FINANCE/NONPERSONAL |

### TRADE SUMMARY
The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to XACTUS FORMERLY CREDIT PLUS customer service.

-

**ECOA KEY:**  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 68258864 | FNMA # | | DATE COMPLETED | 3/15/2022 | RQD' BY | TEENA HAHN |
|---|---|---|---|---|---|---|---|

| SEND TO | HOMEBRIDGE FINANCIAL SERVICES INC - 84112 | DATE ORDERED | 3/15/2022 | | |
|---|---|---|---|---|---|
| | CUST. # 10045381 | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 1200 CONCORD AVE STE 180 | PRICE | $22.07 | LOAN TYPE | |
| | CONCORD, CA 94520 | REF. # | 8010247254 | | |

**PROPERTY ADDRESS**

| | APPLICANT | | CO-APPLICANT | |
|---|---|---|---|---|
| APPLICANT | CHAVEZ, CARTER DOUGLAS | CO-APPLICANT | CHAVEZ, COURTNEY ANN | |
| SOC SEC # | ███████ DOB ███████ | SOC SEC # | ███████ DOB ███████ | |
| MARITAL STATUS | | DEPENDENTS | | |

## TRADE SUMMARY

| | # | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 3 | 191923 | 199500 | 1258 | 0 |
| AUTO | 5 | 15002 | 29163 | 583 | 427 |
| EDUCATION | 5 | 30855 | 25500 | 0 | 0 |
| OTHER INSTALLMENT | 1 | 0 | 0 | 0 | 0 |
| OPEN | 0 | 0 | 0 | 0 | 0 |
| REVOLVING | 16 | 807 | 39300 | 84 | 0 |
| OTHER | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 30 | 238587 | 293463 | 1925 | 427 |

| | | | |
|---|---|---|---|
| SECURED DEBT | 206925 | OLDEST TRADELINE | 11/09 |
| UNSECURED DEBT | 31662 | REVOLVING CREDIT UTILIZATION | 2% |
| | | TOTAL DEBT/HIGH CREDIT | 84% |

## DEROGATORY SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| CHARGE OFFS: | 1 | 30 DAYS: | 5 | INQUIRIES: | 2 |
| COLLECTIONS: | 0 | 60 DAYS: | 3 | MOST RECENT LATE: | undetermined |
| BANKRUPTCY: | 0 | 90 DAYS: | 1 | DISPUTES: | 0 |
| PUBLIC RECORDS: | 0 | OTHER: | 0 | | |

## EQUIFAX FRAUDIQ IDENTITY SCAN ALERT

\*\*\* FRAUDIQ IDENTITY SCAN ALERT \*\*\*
5 - CHAVEZ, CARTER DOUGLAS
\* ███████
\* S - IDENTITY SCAN DID NOT DETECT ANY ALERTS

\*\*\* FRAUDIQ IDENTITY SCAN ALERT \*\*\*
6 - CHAVEZ, COURTNEY ANN
\* ███████
\* S - IDENTITY SCAN DID NOT DETECT ANY ALERTS

## SOURCE OF INFORMATION

1   EXPERIAN - PULLED ON: 03/15/22
    NAME: CARTER D CHAVEZ ███████ DOB: ███████
    SSN: ███████
    SSN: ███████
    ADDRESS: ███████
    ADDRESS: ███████
    ADDRESS: ███████
    EMPLOYER: ███████
    EMPLOYER: ███████
2   EXPERIAN - PULLED ON: 03/15/22
    NAME: COURTNEY A CHAVEZ ███████ DOB: ███████
    NAME: COURTNEY ANN COVARRUBIAS ███████ DOB ███████
    NAME: COURTNEY AM CHAVEZ ███████ DOB: ███████

| ECOA KEY: | B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; |
|---|---|
| | M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED |

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 68258864  FNMA # | DATE COMPLETED | 3/15/2022 | RQD' BY | TEENA HAHN |
|--------|------------------|----------------|-----------|---------|------------|
| SEND TO | HOMEBRIDGE FINANCIAL SERVICES INC - 84112 | DATE ORDERED | 3/15/2022 | | |
| | CUST. # 10045381 | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 1200 CONCORD AVE STE 180 | PRICE | $22.07 | LOAN TYPE | |
| | CONCORD, CA 94520 | REF. # | 8010247254 | | |

**PROPERTY ADDRESS**

| | APPLICANT | | CO-APPLICANT | |
|---|-----------|---|--------------|---|
| APPLICANT | CHAVEZ, CARTER DOUGLAS | CO-APPLICANT | CHAVEZ, COURTNEY ANN | |
| SOC SEC # | ███████  DOB ███████ | SOC SEC # | ███████  DOB ███████ | |
| MARITAL STATUS | | DEPENDENTS | | |

## SOURCE OF INFORMATION

```
    SSN:        ███████
    ADDRESS:    ███████████████████████
    ADDRESS:    ████████████████████████████████
    ADDRESS     ████████████████████████████████████
    EMPLOYER:   ██████████████████████████
    EMPLOYER    ███████████████████████████████████████
3   TRANSUNION - PULLED ON: 03/15/22 - INFILE DATE: 08/31/09
    NAME: CARTER D CHAVEZ
    NAME: DOB:  ███████
    SSN:        ███████
    ADDRESS:    ███████████████████
    ADDRESS:    ████████████████████████████
    ADDRESS:    ████████████████████████████████████
    EMPLOYER:   ███████████
    EMPLOYER:   ████████████████████████
4   TRANSUNION - PULLED ON: 03/15/22 - INFILE DATE: 11/13/09
    NAME: COURTNEY A CHAVEZ
    NAME: COVARRUBIAS,COURTNEY,A
    NAME: COVARRUBIAS,COURTNEY
    NAME: DOB:  ███████
    SSN:        ███████
    ADDRESS:    ██████████████████████████
    ADDRESS:    ████████████████████████████████
    ADDRESS:    ██████████████████████████
    EMPLOYER:   ███████
5   EQUIFAX - PULLED ON: 03/15/22 - INFILE DATE: 08/31/09
    NAME: CARTER D CHAVEZ DOB: ██████████
    SSN:        ███████
    ADDRESS:    ████████████████████████████████████
    ADDRESS:    ████████████████████████████████████
    ADDRESS:    █████████████████████████████████
6   EQUIFAX - PULLED ON: 03/15/22 - INFILE DATE: 11/18/09
    NAME: COURTNEY A CHAVEZ DOB: ███████
    NAME: COURTNEY COVARRUBIAS
    SSN:        ███████
    ADDRESS:    ████████████████████████████████████
    ADDRESS:    █████████████████████████████
```

## CREDITORS

| | | |
|---|---|---|
| AMER HONDA | 2420 CAMINO RAMON SUITE # 350, SAN RAMON, CA 94583 | 800-205-8235 |
| AMERICAN EXPRESS | P.O. BOX 7871, FORT LAUDERDALE, FL 33329 | 800-528-4800 |
| AMERICAN HONDA FINAN | , | |
| BALBOA T&L | ACCOUNTS PAYABLE P O BOX 1147, CHULA VISTA, CA 91912 | 619 397 7700 |
| BALBOA THRIFT & LOAN | 865 AMENA CT, CHULA VISTA, CA 91910 | 619-397-7700 |
| BBY/CBNA | 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE, IL 60007 | 888-574-1301 |
| BEST BUY/CBNA | , | MAIL ONLY |
| CALPAC FCU | 66 AVON WAY, MARTINEZ, CA 94553 | 925-677-0850 |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 68258864  **FNMA #** | **DATE COMPLETED** | | | **RQD' BY** | TEENA HAHN |
|---|---|---|---|---|---|---|

| SEND TO | HOMEBRIDGE FINANCIAL SERVICES INC - 84112 | **DATE ORDERED** | 3/15/2022 | | |
|---|---|---|---|---|---|
| | CUST. # 10045381 | **REPOSITORIES** | XP/TU/EF | **PRPD' BY** | |
| | 1200 CONCORD AVE STE 180 | **PRICE** | $22.07 | **LOAN TYPE** | |
| | CONCORD, CA 94520 | **REF. #** | 8010247254 | | |

**PROPERTY ADDRESS**

| | APPLICANT | | CO-APPLICANT |
|---|---|---|---|
| **APPLICANT** | CHAVEZ, CARTER DOUGLAS | **CO-APPLICANT** | CHAVEZ, COURTNEY ANN |
| **SOC SEC #** | ▉▉▉▉▉  **DOB** ▉▉▉▉ | **SOC SEC #** | ▉▉▉▉▉  **DOB** ▉▉▉▉ |
| **MARITAL STATUS** | | **DEPENDENTS** | |

## CREDITORS

| | | |
|---|---|---|
| CAPITAL 1 BK | 11013 W BROAD ST, GLEN ALLEN VA 23060 | 800-955-7070 |
| CAPITAL ONE | PO BOX 85520, RICHMOND VA 23285 | 800-955-7070 |
| CAPITAL ONE BANK | , | 800-955-7070 |
| CB/TORRID | PO BOX 182789, COLUMBUS, OH 43218 | 800-853-2921 |
| CBCINNOVIS | 875 GREENTREE ROAD, PITTSBURGH, PA 15220 | 877-237-8317 |
| CHASE | 201 N WALNUT ST, WILMINGTON, DE 19801 | 800-955-9900 |
| CMG MORTGAGE INC | 3160 CROW CANYON RD STE, SAN RAMON, CA 94583 | 925-983-3000 |
| COMENITY BANK/TORRID | PO BOX 182685, COLUMBUS, OH 43218 | 800-853-2921 |
| CRDT FIRST | POB 81315, CLEVELAND, OH 44181 | 216-362-5000 |
| CREDIT FIRST N A | 6275 EASTLAND RD, BROOK PARK, OH 44142 | 800-321-3950 |
| DEPT OF ED/NELNET | , | MAIL ONLY |
| DEPT OF EDUCATION/NELN | 121 S 13TH ST, LINCOLN, NE 68508 | 888-486-4722 |
| DEPTEDNELNET | , | 888-486-4722 |
| FACTUAL DATA | 875 GREENTREE RD, PITTSBURGH, PA 15220 | 877-237-8317 |
| FMCC | , | 800-727-7000 |
| FORD CRED | PO BOX BOX 542000, OMAHA NE 68154 | 800-727-7000 |
| FORD MOTOR CREDIT NATL RECOVERY | , | 800-732-2264 |
| GOLDEN 1 | 1108 O STREET, SACRAMENTO, CA 95814 | 916-732-2900 |
| GOLDEN 1 CREDIT UNION | 6507 4TH AVE, SACRAMENTO, CA 95817 | 916-732-2900 |
| GOLDEN 1 CU | 6507 4TH AVENUE, SACRAMENTO CA 95817 | 877-465-3361 |
| KOHLS/CAP1 | , | 800-564-5740 |
| KOHLS/CAPONE | , | 800-564-5740 |
| MOR FURNITUR | CSCL DISPUTE TEAM N8235-04M PO BOX 14517, DES MOINES, IA 50306 | 800-231-5089 |
| MY MORTGAGE INC | | 833-458-8664 |
| NYCO | PO BOX 182122, COLUMBUS OH 43218 | 800-889-0494 |
| SYNCB/HOME DESIGN NAHF | 950 FORRER BLVD, KETTERING, OH 45420 | 937-534-6950 |
| THE GOLDEN 1 CREDIT UN | 8945 CAL CENTER DR, SACRAMENTO, CA 95826 | 916-732-2900 |
| UNIFY FINANCIAL CRED | 9323 BELLANCA AVENUE, LOS ANGELES, CA 90009 | 310-646-4384 |
| US BANK HOME MORTGAGE | , | 800-365-7772 |
| US BANK HOME MTG | 4801 FREDERICKA ATTN: CUSTOMER SERVICE, OWENSBORO, KY 42301 | 800-365-7772 |
| US BK HM MTG | 777 E WISCONSIN, MILWAUKEE WI 53202 | 800-365-7772 |

**ECOA KEY:**   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | 68258864  FNMA # | DATE COMPLETED | 3/15/2022 | RQD' BY | TEENA HAHN |
|---|---|---|---|---|---|
| SEND TO | HOMEBRIDGE FINANCIAL SERVICES INC - 84112 | DATE ORDERED | 3/15/2022 | | |
| | CUST. # 10045381 | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 1200 CONCORD AVE STE 180 | PRICE | $22.07 | LOAN TYPE | |
| | CONCORD, CA 94520 | REF. # | 8010247254 | | |

**PROPERTY ADDRESS**

| | APPLICANT | | CO-APPLICANT |
|---|---|---|---|
| APPLICANT | CHAVEZ, CARTER DOUGLAS | CO-APPLICANT | CHAVEZ, COURTNEY ANN |
| SOC SEC # | ▮▮▮▮▮  DOB ▮▮▮▮▮ | SOC SEC # | ▮▮▮▮▮  DOB ▮▮▮▮▮ |
| MARITAL STATUS | | DEPENDENTS | |

## CREDITORS

| WELLS FARGO | P.O. BOX 94435, ALBUQUERQUE, NM 87199 | 800-869-3557 |
|---|---|---|
| WELLS FARGO BANK | PO BOX 5445, PORTLAND OR 97228 | 800-642-4720 |
| WELLS FARGO BANK N.A | WELLS FARGO DISPUTE CTR/CONS C PO BOX 10438, DES MOINES, IA 50306 | 800-245-8936 |
| WELLS FARGO CARD SER | P.O. BOX 3696, PORTLAND, OR 97208 | 800-642-4720 |
| WESTERN FCU | 9323 BELLANCA, LOS ANGELES, CA 90045 | 310-646-4384 |
| WESTERN FED CREDIT UNI | 9323 BELLANCA AVE, LOS ANGELES, CA 90045 | 877-254-9328 |
| WFFNB/MOR FURN FOR LES | PO BOX 94498, LAS VEGAS, NV 89193 | 800-635-5585 |
| WFNNB/NEW YORK & COMPA | 220 W SCHROCK RD, WESTERVILLE OH 43081 | 614-729-5010 |
| WJ BRADLEY | 1235 NORTH DUTTON SUITE E, SANTA ROSA, CA 95401 | 800-696-8199 |
| WJ BRADLEY MTG CAPITAL LLC | 1235 N DUTTON AVE SUITE E, SANTA ROSA, CAL 95401 | 866-210-7340 |

## MISCELLANEOUS INFORMATION

- Instant View Password: ▮▮▮▮▮

- To verify the authenticity of this credit report, please visit https://credit.creditplus.com and click on the Instant View link. Enter Identifier # 68258864 and password AV-1C2DCB to view the report. For any inquiries regarding this report or services provided by XACTUS please contact us at (800) 258-3488.

## TREND SUMMARY

| PAYMENT BEHAVIOR: | TRANSACTING | PAYMENT RATIO: | 233.63% |
|---|---|---|---|

**REVOLVING ACCOUNTS**

| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
|---|---|---|---|---|---|---|
| # OPEN ACCOUNTS | 7 | 7 | 7 | 6 | 4 | 5 |
| # ACTIVE ACCOUNTS | 2 | 3 | 5 | 5 | 3 | 3 |
| CREDIT LIMIT | 31800 | 33000 | 33000 | 23200 | 19200 | 17430 |
| PREV BALANCE | 113 | 22020 | 21495 | 18305 | 11114 | 0 |
| BALANCE | 288 | 113 | 22020 | 20883 | 6431 | 5598 |
| SCHEDULED PAYMENT | 65 | 62 | 621 | 571 | 215 | 262 |
| ACTUAL PAYMENT | 264 | 20805 | 455 | 907 | 7000 | 4055 |

**NON-REVOLVING ACCOUNTS**

| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
|---|---|---|---|---|---|---|
| BALANCE | 209022 | 240772 | 241667 | 244344 | 229002 | 196034 |
| PAYMENT | 1846 | 1846 | 1846 | 1824 | 1684 | 1692 |

**\*\*\* END OF REPORT 10/1/2024 11:49:32 AM \*\*\***

| ECOA KEY: | B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED |
|---|---|

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

**HOMEBRIDGE FINANCIAL SERVICES INC - 84112**
1200 CONCORD AVE STE 400
CONCORD, CA 94520
9252646975

Case 3:24-cv-01205-SKO   Document 36-2   Filed 02/07/25   Page 148 of 256

REPORT #: 68258864
REFERENCE #: 8010247254

RETURN SERVICE REQUESTED

CARTER DOUGLAS CHAVEZ

**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | |
|---|---|
| **Your credit score** | **650** |
| | Source: TRANS UNION |
| | Model: TRANSUNION/FICO CLASSIC (04) |
| | Date: 03/15/22 |

| Understanding Your Credit Score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report. |
| | Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| | Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 309 to a high of 839. |
| | Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** | Your credit score ranks higher than 24 percent of U.S. consumers. |
| **Key factors that adversely affected your credit score** | • SERIOUS DELINQUENCY<br>• TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>• TOO MANY INQUIRIES LAST 12 MONTHS<br>• NUMBER OF ACCOUNTS WITH DELINQUENCY<br>• INQUIRIES IMPACTED THE CREDIT SCORE |

| Checking Your Credit Report | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. |
| | It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year. |
| | To order your free annual credit report: |
| | *By telephone:* Call toll-free: 1-877-322-8228 |
| | *On the web:* Visit www.annualcreditreport.com |
| | *By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to: |
| | Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

**HOMEBRIDGE FINANCIAL SERVICES INC - 84112**
Case 3:24-cv-01205-SKO    Document 36-2    Filed 02/07/25    Page 150 of 256
1200 CONCORD AVE STE 400
CONCORD, CA 94520
9252646975

**REPORT #: 68258864**
**REFERENCE #: 8010247254**

RETURN SERVICE REQUESTED

COURTNEY ANN CHAVEZ

**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | |
| --- | --- |
| **Your credit score** | **632**            Model: EXPERIAN/FAIR, ISAAC (VER. 2) |
| | Source: EXPERIAN            Date: 03/15/22 |

| Understanding Your Credit Score | |
| --- | --- |
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report. <br><br> Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. <br><br> Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 300 to a high of 850. <br><br> Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** | Your credit score ranks higher than 26 percent of U.S. consumers. |
| **Key factors that adversely affected your credit score** | • SERIOUS DELINQUENCY <br> • TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN <br> • NUMBER OF ACCOUNTS WITH DELINQUENCY <br> • AMOUNT PAST DUE ON ACCOUNTS <br> • TOO MANY INQUIRIES LAST 12 MONTHS |

| Checking Your Credit Report | |
| --- | --- |
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. <br><br> It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year. <br><br> To order your free annual credit report: <br><br> *By telephone:*   Call toll-free: 1-877-322-8228 <br> *On the web:*   Visit www.annualcreditreport.com <br> *By mail:*   Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to: <br><br> Annual Credit Report Request Service <br> P.O. Box 105281 <br> Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

# NOTICE TO THE HOME LOAN APPLICANT
### CREDIT SCORE INFORMATION DISCLOSURE

CHAVEZ, CARTER DOUGLAS

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

The following information about your credit scores was created on 3/15/2022.

| SCORE MODELS |
|---|

**EQUIFAX/FICO CLASSIC V5 FACTA - CARTER D CHAVEZ - *****▓▓**
SCORE: **651**
00039 - SERIOUS DELINQUENCY
00034 - AMOUNT OWED ON DELINQUENT ACCOUNTS
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
00018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

**TRANSUNION/FICO CLASSIC (04) - CARTER D CHAVEZ - ****▓▓**
SCORE: **650**
039 - SERIOUS DELINQUENCY
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
008 - TOO MANY INQUIRIES LAST 12 MONTHS
018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
FA - INQUIRIES IMPACTED THE CREDIT SCORE

**EXPERIAN/FAIR, ISAAC (VER. 2) - CARTER D CHAVEZ - *****▓▓**
SCORE: **610**
39 - SERIOUS DELINQUENCY
13 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
18 - NUMBER OF ACCOUNTS WITH DELINQUENCY
21 - AMOUNT PAST DUE ON ACCOUNTS
08 - TOO MANY INQUIRIES LAST 12 MONTHS

# NOTICE TO THE HOME LOAN APPLICANT
### CREDIT SCORE INFORMATION DISCLOSURE

CHAVEZ, COURTNEY ANN


In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

The following information about your credit scores was created on 3/15/2022.

## SCORE MODELS

EQUIFAX/FICO CLASSIC V5 FACTA - COURTNEY A CHAVEZ - *****
SCORE: **650**
00039 - SERIOUS DELINQUENCY
00034 - AMOUNT OWED ON DELINQUENT ACCOUNTS
00018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

TRANSUNION/FICO CLASSIC (04) - COURTNEY A CHAVEZ - *****
SCORE: **626**
039 - SERIOUS DELINQUENCY
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
008 - TOO MANY INQUIRIES LAST 12 MONTHS
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - COURTNEY A CHAVEZ - ****
SCORE: **632**
39 - SERIOUS DELINQUENCY
13 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
18 - NUMBER OF ACCOUNTS WITH DELINQUENCY
21 - AMOUNT PAST DUE ON ACCOUNTS
08 - TOO MANY INQUIRIES LAST 12 MONTHS

# CONSUMER EXPLANATION LETTER

| | | |
|---|---|---|
| **FILE #:** | 68258864 | **CREDIT REPORT PROVIDED BY:** |
| **REFERENCE #:** | 8010247254 | XACTUS |
| **APPLICANT:** | CHAVEZ, CARTER DOUGLAS | 31550 WINTERPLACE PKWY |
| **CO-APPLICANT:** | CHAVEZ, COURTNEY ANN | SALISBURY, MD 21804 |
| **ADDRESS:** | ████████████████ | VOICE: (800) 258-3488 |
| | | FAX (800) 258-3287 |

**RE:**　　　　　CREDIT ACCOUNTS AND INQUIRIES

Dear Applicant,

A copy of your credit report has been provided to HOMEBRIDGE FINANCIAL SERVICES INC - 84112 in association with your recent application.

A brief statement may be required by HOMEBRIDGE FINANCIAL SERVICES INC - 84112 to explain credit accounts which indicate a past due credit history status, public record items, addresses, and/or credit inquiries*. Please write your explanation below. If additional space is required, use the reverse side of this letter. Please mail or deliver this form to HOMEBRIDGE FINANCIAL SERVICES INC - 84112 promptly. If you are unsure of the explanation(s) required, please contact HOMEBRIDGE FINANCIAL SERVICES INC - 84112.

IT IS VERY IMPORTANT that you respond to HOMEBRIDGE FINANCIAL SERVICES INC - 84112 IN WRITING as soon as possible regarding any items listed below. Please DO NOT send your response to XACTUS.

Please return this letter to:　　**HOMEBRIDGE FINANCIAL SERVICES INC - 84112**
　　　　　　　　　　　　　　　　**1200 CONCORD AVE STE 180**
　　　　　　　　　　　　　　　　**CONCORD, CA 94520**
　　　　　　　　　　　　　　　　**Phone: 9252646975**

* A credit inquiry indicates that a credit grantor has obtained a copy of your credit report. Please indicate if you have applied for credit with the noted firm, if you currently have an account, if credit was denied with the noted firm, or if the inquiry was for employment report.

Your credit information has been provided by the following organizations. If you so desire, you can contact us or them to dispute items on your credit report:

| TRANSUNION | EXPERIAN | EQUIFAX |
|---|---|---|
| PO BOX 2000 | PO BOX 2002 | PO BOX 740241 |
| CHESTER, PA 19016 | ALLEN, TX 75013 | ATLANTA, GA 30374 |
| 800-916-8800 | 888-397-3742 | 800-685-1111 |
| transunion.com/myoptions | www.experian.com | www.equifax.com/fcra |

The credit bureau or credit agency plays no part in the decision to take any action on your application request, and is unable to provide you with specific reasons for the decision on an application.

U.S. Criminal Code, Section 1010, Title 18, U.S.C., "Department of Housing and Urban Development and Federal Housing Administration transactions", Provides in part: "Whoever, for the purpose of . . . influencing in any way the action of such Department . . . makes, passes, utters, or publishes any statement, knowing the same to be false . . . shall be fined not more than $5,000 or imprisoned not more than two years or both."

## DEROGATORY ACCOUNTS

### 001

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | CHARGE OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J / J | **FMCC** | AUTO | 03/22 | $9793 | - | 0 | 0 | 0 | | | |
| | 56636067 | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | - | - | - | MO REV | LAST LATE | DLA |
| XP/TU/**EF** | | 036 | 07/18 | $427 | $427 | | | | 44 | --/-- | 07/21 |
| | CHARGED OFF ACCOUNT | | | | | | | | | | |
| **EXPLANATION:** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **OUTCOME:** | | | | | | | | | | | |

### 002

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | PD WAS 60 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **CB/TORRID** | REV | 05/20 | $230 | $0 | 1 | 1 | 0 | | | |
| | 585637****** | | | | | | | | | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 11/17 | 12/17 | - | MO REV | LAST LATE | DLA |
| XP/**TU**/EF | | - | 02/17 | $0 | $0 | | | | 39 | 12/17 | 04/18 |
| | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |
| **EXPLANATION:** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **OUTCOME:** | | | | | | | | | | | |

# CONSUMER EXPLANATION LETTER

| | |
|---|---|
| **FILE #:** | 68258864 |
| **REFERENCE #:** | 8010247254 |
| **APPLICANT:** | CHAVEZ, CARTER DOUGLAS |
| **CO-APPLICANT:** | CHAVEZ, COURTNEY ANN |
| **ADDRESS:** | ███████████ |

**CREDIT REPORT PROVIDED BY:**
XACTUS
31550 WINTERPLACE PKWY
SALISBURY, MD 21804
VOICE: (800) 258-3488
FAX (800) 258-3287

**RE:**     CREDIT ACCOUNTS AND INQUIRIES

## DEROGATORY ACCOUNTS

### 003

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | CUR WAS 60 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C / C | CREDIT FIRST N A 631764*** | REV | 02/22 | $1200 | $0 | 3 | 1 | 0 | | | |
| **SOURCE** | | **TERM** | **OPENED** | **BALANCE** | **PAST DUE** | 04/19 01/17 10/15 | 11/15 | - | **MO REV** | **LAST LATE** | **DLA** |
| **XP**/TU/EF | | - | 11/10 | $0 | $0 | | | | 99 | 04/19 | 11/19 |

EXPLANATION:

OUTCOME:

### 004

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | PD WAS 30 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | GOLDEN 1 104532*** | REV | 11/17 | $500 | $0 | 0 | 0 | 0 | | | |
| **SOURCE** | | **TERM** | **OPENED** | **BALANCE** | **PAST DUE** | 08/16 03/16 | - | - | **MO REV** | **LAST LATE** | **DLA** |
| **XP**/TU/**EF** | | - | 12/09 | $0 | $0 | | | | 95 | 08/16 | 05/16 |

ACCOUNT TRANSFERRED OR SOLD; FIXED RATE

EXPLANATION:

OUTCOME:

### 005

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | PD WAS 30 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C / C | KOHLS/CAPONE 639305******2466 | REV | 02/19 | $600 | $0 | 1 | 0 | 0 | | | |
| **SOURCE** | | **TERM** | **OPENED** | **BALANCE** | **PAST DUE** | 12/16 | - | - | **MO REV** | **LAST LATE** | **DLA** |
| **XP**/TU/EF | | - | 10/11 | $0 | $0 | | | | 88 | 12/16 | 12/16 |

CLOSED DUE TO INACTIVITY

EXPLANATION:

OUTCOME:

### 006

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | PD WAS 120+ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | THE GOLDEN 1 CREDIT UN 420778******9866 | REV | 10/18 | $500 | $0 | 5 | 3 | 6 | | | |
| **SOURCE** | | **TERM** | **OPENED** | **BALANCE** | **PAST DUE** | 09/18 05/18 08/17 04/17 12/16 | 06/18 09/17 05/17 | 02/18 01/18 12/17 11/17 10/17 06/17 | **MO REV** | **LAST LATE** | **DLA** |
| **XP**/TU/EF | | | 07/16 | $0 | $0 | | | | 27 | 09/18 | 10/18 |

ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST

EXPLANATION:

OUTCOME:

## PUBLIC RECORDS

*** NONE ***

**CONSUMER EXPLANATION LETTER**

| | | |
|---|---|---|
| **FILE #:** | 68258864 | |
| **REFERENCE #:** | 8010247254 | |
| **APPLICANT:** | CHAVEZ, CARTER DOUGLAS | |
| **CO-APPLICANT:** | CHAVEZ, COURTNEY ANN | |
| **ADDRESS:** | ▬▬▬▬▬▬▬ | |

**CREDIT REPORT PROVIDED BY:**
XACTUS
31550 WINTERPLACE PKWY
SALISBURY, MD 21804
VOICE: (800) 258-3488
FAX (800) 258-3287

**RE:**    CREDIT ACCOUNTS AND INQUIRIES

| ADDRESSES | | | |
|---|---|---|---|
| **Address** | **Time Frame** | **Source** | **Do You Currently Own This Property?** |
| ▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |
| ▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |
| ▬▬▬▬▬▬▬▬▬▬ | ▬▬▬ | ▬▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |
| ▬▬▬▬▬▬▬▬▬▬ | ▬▬▬ | ▬▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |
| ▬▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ | ▬▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |
| ▬▬▬▬▬▬▬▬▬ | ▬▬▬ | ▬▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |
| ▬▬▬▬▬▬▬▬▬▬ | ▬▬▬ | ▬▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |
| ▬▬▬▬▬▬▬▬ | ▬▬▬▬▬ | ▬▬▬▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |
| ▬▬▬▬▬▬▬▬ | ▬▬▬▬▬ | ▬▬▬▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |
| ▬▬▬▬▬▬▬▬ | ▬▬▬ | ▬ | ○ ▬ ○ ▬ |
| ▬▬ | | | |

**CONSUMER EXPLANATION LETTER**

| | |
|---|---|
| **FILE #:** | 68258864 |
| **REFERENCE #:** | 8010247254 |
| **APPLICANT:** | CHAVEZ, CARTER DOUGLAS |
| **CO-APPLICANT:** | CHAVEZ, COURTNEY ANN |
| **ADDRESS:** | |

**CREDIT REPORT PROVIDED BY:**
XACTUS
31550 WINTERPLACE PKWY
SALISBURY, MD 21804
VOICE: (800) 258-3488
FAX (800) 258-3287

**RE:**    CREDIT ACCOUNTS AND INQUIRIES

## INQUIRIES (LAST 120 DAYS)

| Inquiries | Date Reported | Source | New Credit Opened? |
|---|---|---|---|
| 001. FACTUAL DATA | 12/29/21 | **XP**/EF-J | ○ YES ○ NO |
| **Explanation:** | | | |
| | | | |
| 002. HOMEBRIDGE FINANCIAL | 12/29/21 | TU-J | ○ YES ○ NO |
| **Explanation:** | | | |
| | | | |

## NAME VARIATION

**CO-APPLICANT**

| Name | Source | Explanation |
|---|---|---|
| 001. COURTNEY AM CHAVEZ | XP | |
| 002. COURTNEY ANN COVARRUBIAS | XP | |
| 003. COVARRUBIAS,COURTNEY | TU/EF | |
| 004. COVARRUBIAS,COURTNEY,A | TU | |

## ADDITIONAL REMARKS

*** NONE ***

## *** 10/1/2024 11:49:33 AM ***

Borrower Signature                              Date _____
_____

Co-borrower Signature                           Date _____
_____

** REMIT ALL CORRESPONDENCE TO:          HOMEBRIDGE FINANCIAL SERVICES INC - 84112
1200 CONCORD AVE STE 180
CONCORD, CA 94520

EXHIBIT N

**DECLARATION OF MATTHEW R. SNYDER**



**Potential Score Improvement**

File#: **55214156**
Date: **7/3/2020**
Company: **CALIFORNIA HOME LOANS**



SCANNED BY
CREDIT ASSURE™
A SERVICE OF CREDITXPERT INC.

**Applicant: CARTER D CHAVEZ**

|  | Experian | TransUnion | Equifax |
|---|---|---|---|
| Bureau Scores | 634 | 643 | 648 |
| **Potential Score Improvement** | **+33** more | **+31** more | **+33** more |

**Co-Applicant: COURTNEY A CHAVEZ**

|  | Experian | TransUnion | Equifax |
|---|---|---|---|
| Bureau Scores | 660 | 607 | 618 |
| **Potential Score Improvement** | **+1** more | **+14** more | **+6** more |

## Credit Assure ™

Credit Assure™ looks for opportunities to help a borrower improve their credit score, typically by paying down balances.



CREDIT ASSURE BENEFITS:

**Alerts you to opportunities** you might have overlooked

**Helps you approve** more applicants

**Helps you make better** offers and close more loans

Current scores (called bureau scores) are provided by the credit bureaus. Predicted scores (called potential scores) and score changes (called potential improvements or score improvements) are provided by CreditXpert Inc. ("CXI") and are not bureau or FICO scores or changes. Predicted scores and score changes simulated by CreditXpert(R) products are only estimates. CXI does not guarantee that scores from any other company will change by the same amount, in the same way, or at all, or that correcting credit report information will result in a score improvement. CreditXpert products are based on credit reports from the bureaus. CXI is not responsible for inaccurate results, including any due to incorrect, incomplete, or outdated credit report information or incorrect assumptions about the future. CXI is not a credit counseling or credit repair organization. CXI is not endorsed by Equifax, Experian, TransUnion or FICO.
THE FOREGOING IS NOT INTENDED TO PROVIDE OR IMPLY WARRANTIES OF ANY KIND. CREDITXPERT PRODUCTS ARE PROVIDED ON AN "AS IS" BASIS, AND CREDITXPERT INC. AND ITS DISTRIBUTORS DISCLAIM ANY AND ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM INTEGRATION, NON-INTERFERENCE AND/OR ACCURACY OF INFORMATIONAL CONTENT.
Copyright (c) 2000-2024, CreditXpert Inc. All rights reserved. CreditXpert(R) is a registered trademark of CreditXpert Inc.



31550 WINTERPLACE PKWY, SALISBURY, MD 21804
Phone:    (800) 258-3488
Fax:      (800) 258-3287

## MERGED INFILE CREDIT REPORT

| | | | |
|---|---|---|---|
| **SEND TO:** CALIFORNIA HOME LOANS | **REQUESTED BY:** SUSAN CAMPISE | **FILE #:** | 55214156 |
| CUST. # 10043682 | **DATE:** 7/3/2020 | **REF. #:** | F20200703003 |
| 6715 N PALM AVE STE 216, FRESNO, CA 93704 | | **REPOSITORIES:** XP/TU/EF | |
| | | **PRICE:** | $37.95 |

### APPLICANT INFORMATION

| APPLICANT: | CHAVEZ, CARTER D | ▮▮▮▮ | ▮▮▮▮ |
|---|---|---|---|
| CO-APPLICANT: | CHAVEZ, COURTNEY A | ▮▮▮▮ | ▮▮▮▮ |
| CURRENT ADDRESS: | ▮▮▮▮▮▮▮▮ | LENGTH: | |

### SCORE MODELS

**APPLICANT**

**648** EQUIFAX/FICO CLASSIC V5 FACTA

**RANGE:** 334-818
CARTER D CHAVEZ - ▮▮▮▮

| | |
|---|---|
| 00038 | SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 00010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| 00013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 00014 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |

**643** TRANSUNION/FICO CLASSIC (04)

**RANGE:** 309-839
CARTER D CHAVEZ - ▮▮▮▮

| | |
|---|---|
| 038 | SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED |
| 013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| 020 | LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |

**634** EXPERIAN/FAIR, ISAAC (VER. 2)

**RANGE:** 300-850
CARTER D CHAVEZ - ▮▮▮▮

| | |
|---|---|
| 38 | SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED |
| 10 | PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS |
| 18 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 14 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |

**ECOA KEY:**   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS     REQUESTED BY: SUSAN CAMPISE     FILE #: **55214156**
CUST. #: 1005-3682     DATE: 7/3/2020     INFILE: 02/26/20203003
6715 N PALM AVE STE 216, FRESNO, CA 93704     REPOSITORIES: XP/TU/EF
PRICE: $37.95

2:23-CV-01205-SKO    Document 36-2    Filed 02/07/25    Page 161 of 256

## SCORE MODELS

**CO-APPLICANT**

### 618 EQUIFAX/FICO CLASSIC V5 FACTA

**RANGE:** 334-818
COURTNEY A CHAVEZ ▮▮▮

| | |
|---|---|
| 00040 | DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 00020 | LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |
| 00013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 00018 | NUMBER OF ACCOUNTS WITH DELINQUENCY |

### 607 TRANSUNION/FICO CLASSIC (04)

**RANGE:** 309-839
COURTNEY A CHAVEZ ▮▮▮

| | |
|---|---|
| 040 | DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 020 | LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |
| 013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 018 | NUMBER OF ACCOUNTS WITH DELINQUENCY |

### 660 EXPERIAN/FAIR, ISAAC (VER. 2)

**RANGE:** 300-850
COURTNEY A CHAVEZ ▮▮▮

| | |
|---|---|
| 40 | DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 20 | TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |
| 18 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 14 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |

**Request New Tradeline**      **REAL ESTATE ACCOUNTS**      **Display Trended Data**

| 001 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | |
| J / J | US BANK HOME MORTGAGE | MTG | 06/20 | $177721 | $0 | 0 | 0 | 0 | M1 |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | |
| XP/TU/EF | 5159902837067 | 360 | 09/14 | $160117 | $0 | | | | |
| | | | | | | MO REV | LAST LATE | DLA | |
| | | | | | | 66 | --/-- | 05/20 | |

ACCOUNT IN FORBEARANCE; PAYMENT DEFERRED; FHA REAL ESTATE LOAN; COLLATERAL: DEFERRED TO 08012020

| 002 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | |
| J / J | WJ BRADLEY | MTG | 10/14 | $177721 | $0 | - | - | - | M1 |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | |
| TU/EF | 9124091415 | 360 | 09/14 | $0 | $0 | | | | |
| | | | | | | MO REV | LAST LATE | DLA | |
| | | | | | | 00 | --/-- | 10/14 | |

PURCHASED BY ANOTHER LENDER; FHA REAL ESTATE MORTGAGE

## NON-DEROGATORY ACCOUNTS

| 001 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | |
| B / B | DEPT OF EDUCATION/NELN | EDU | 06/20 | $7000 | $0 | 0 | 0 | 0 | I1 |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | |
| XP/TU/EF | 900000407249845 | 120 | 08/13 | $8817 | $0 | | | | |
| | | | | | | MO REV | LAST LATE | DLA | |
| | | | | | | 83 | --/-- | 06/20 | |

**ECOA KEY:**    B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 2/12

SEND TO: CALIFORNIA HOME LOANS
REQUESTED BY: SUSAN CAMPISE
FILE #: 55214156

CUST. #: 1054383  2:23-CV-01205-SKO  Document 36-2  Filed 02/07/25  Page 162 of 256
DATE: 7/3/2020  20200703003

6715 N PALM AVE STE 216, FRESNO, CA 93704
REPOSITORIES: XP/TU/EF
PRICE: $37.95

## NON-DEROGATORY ACCOUNTS

**002**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | I1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | DEPT OF EDUCATION/NELN | EDU | 06/20 | $5500 | $0 | 0 | 0 | 0 | | | |
| SOURCE | 900000464155345 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 120 | 09/14 | $6591 | $0 | | | | 70 | --/-- | 06/20 |

**003**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | I1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | DEPT OF EDUCATION/NELN | EDU | 06/20 | $5500 | $0 | 0 | 0 | 0 | | | |
| SOURCE | 900000407249745 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 120 | 08/13 | $6529 | $0 | | | | 83 | --/-- | 06/20 |

**004**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | WF CRD SVC | REV | 06/20 | $7000 | $225 | 0 | 0 | 0 | | | |
| SOURCE | 446542****** | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | MIN | 02/12 | $6504 | $0 | | | | 99 | --/-- | 06/20 |
| FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | | |

**005**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | I1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | DEPT OF EDUCATION/NELN | EDU | 06/20 | $5500 | $0 | 0 | 0 | 0 | | | |
| SOURCE | 900000312518949 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 120 | 08/12 | $6405 | $0 | | | | 95 | --/-- | 06/20 |

**006**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | I1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J / J | FORD MOTOR CREDIT COMP | AUTO | 06/20 | $9793 | $293 | 0 | 0 | 0 | | | |
| SOURCE | 56636067 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 036 | 07/18 | $3524 | $0 | | | | 24 | --/-- | 06/20 |
| AUTO LEASE | | | | | | | | | | | |

**007**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C / C | WF CRD SVC | REV | 06/20 | $10500 | $75 | 0 | 0 | 0 | | | |
| SOURCE | 446540****** | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | MIN | 11/09 | $3054 | $0 | | | | 99 | --/-- | 06/20 |
| FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | | |

**008**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | I1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | DEPT OF EDUCATION/NELN | EDU | 06/20 | $2000 | $0 | 0 | 0 | 0 | | | |
| SOURCE | 900000464155445 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 120 | 09/14 | $2513 | $0 | | | | 70 | --/-- | 06/20 |

**009**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B / B | JPMCB CARD | REV | 06/20 | $500 | $49 | 0 | 0 | 0 | | | |
| SOURCE | 414740****** | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | MIN | 12/16 | $467 | $0 | | | | 42 | --/-- | 06/20 |
| FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | | |

**010**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | | I1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J / J | BALBOA T&L | AUTO | 01/17 | $19700 | $0 | 0 | 0 | 0 | | | |
| | 500511506 | | | | | | | | | | |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

**SEND TO:** CALIFORNIA HOME LOANS
CUST. #: 1054365
6715 N PALM AVE STE 216, FRESNO, CA 93704

**REQUESTED BY:** SUSAN CAMPISE
**DATE:** 7/3/2020

**FILE #:** 55214156
**RUN #:** 20200703003
**REPOSITORIES:** XP/TU/EF
**PRICE:** $37.95

| NON-DEROGATORY ACCOUNTS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| XP/TU/EF | | 72 | 12/13 | $0 | $0 | | | | 37 | --/-- | 11/16 |

**011**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | INACTIVE | |
|---|---|---|---|---|---|---|---|---|---|---|
| B / B | **BBY/CBNA** | REV | 03/19 | $800 | $0 | 0 | 0 | 0 | | |
| SOURCE | 700119******2893 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 09/12 | $0 | $0 | | | | 64 | --/-- | 12/13 |
| | INACTIVE ACCOUNT | | | | | | | | | |

**012**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | I1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **CALPAC FCU** | AUTO | 10/12 | $12000 | $0 | 0 | 0 | 0 | | |
| SOURCE | 1755800000001 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| EF | | 60 | 12/09 | $0 | $0 | | | | 34 | --/-- | 09/12 |
| | ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | |

**013**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **COMENITYBANK/NY& CO** | REV | 11/18 | $350 | $0 | 0 | 0 | 0 | | |
| SOURCE | 61892 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 01/12 | $0 | $0 | | | | 82 | --/-- | 08/12 |
| | ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | | | | | | | | | |

**014**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **MOR FURNITUR** | REV | 06/15 | $5700 | $0 | 0 | 0 | 0 | | |
| SOURCE | 577442******9898 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 05/13 | $0 | $0 | | | | 25 | --/-- | 08/13 |
| | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | |

**015**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | R1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **PRFRD CUS AC** | REV | 04/15 | $4000 | $0 | 0 | 0 | 0 | | |
| SOURCE | 577442******8555 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 09/11 | $0 | $0 | | | | 43 | --/-- | 05/13 |
| | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | |

**016**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | INACTIVE | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **SYNCB/HDNAHF** | REV | 10/16 | $4000 | $0 | 0 | 0 | 0 | | |
| SOURCE | 603461******9145 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 04/11 | $0 | $0 | | | | 65 | --/-- | 02/12 |
| | INACTIVE ACCOUNT | | | | | | | | | |

**017**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | I1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **UNIFY FCU FKA WESTRN F** | AUTO | 01/14 | $12000 | $0 | 0 | 0 | 0 | | |
| SOURCE | 45038660001 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 060 | 12/09 | $0 | $0 | | | | 14 | --/-- | 12/13 |

**018**

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | I1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **WF PLL** | INST | 12/19 | $6500 | $0 | 0 | 0 | 0 | | |
| SOURCE | 66266287845820001 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 048 | 12/16 | $0 | $0 | | | | 36 | --/-- | 11/19 |
| | NOTE LOAN | | | | | | | | | |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 10548632
6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214156
REPOSITORIES: XP/TU/EF
PRICE: $37.95

2:23-CV-01205-SKO    Document 36-2    Filed 02/07/25    Page 164 of 256 20703003

## DEROGATORY ACCOUNTS

### 001

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | RASH CURTIS & ASSOCIAT | COLL | 06/20 | $607 | | 0 | 0 | 0 | O9 | |
| SOURCE | 222186******5259 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 001 | 12/19 | $640 | $640 | | | | 6 | --/-- | --/-- |

ORIGINAL CREDITOR: MEDICAL PAYMENT DATA; MEDICAL

### 002

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | RASH CURTIS & ASSOCIAT | COLL | 06/20 | $508 | | 0 | 0 | 0 | O9 | |
| SOURCE | 804166******3843 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 001 | 07/19 | $557 | $557 | | | | 11 | --/-- | --/-- |

ORIGINAL CREDITOR: MEDICAL PAYMENT DATA; MEDICAL

### 003

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | RASH CURTIS & ASSOCIAT | COLL | 06/20 | $264 | - | 0 | 0 | 0 | O9 | |
| SOURCE | 116196******7997 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU | | 001 | 05/20 | $268 | $268 | | | | 1 | --/-- | --/-- |

ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

### 004

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | CMRE. 877-572-7555 | COLL | 06/20 | $147 | - | 0 | 0 | 0 | O9 | |
| SOURCE | T710SR******34958827 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU | | 001 | 10/15 | $218 | $218 | | | | 55 | --/-- | --/-- |

ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

### 005

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B / B | GRANT MERCANTILE AGE | COLL | 06/20 | $157 | - | 0 | 0 | 0 | O9 | |
| SOURCE | 111950* | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 001 | 01/18 | $206 | $206 | | | | 13 | --/-- | 05/17 |

ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

### 006

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | RASH CURTIS & ASSOCIAT | COLL | 06/20 | $153 | - | 0 | 0 | 0 | O9 | |
| SOURCE | 909186******4444 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 001 | 03/20 | $158 | $158 | | | | 3 | --/-- | --/-- |

ORIGINAL CREDITOR: MEDICAL PAYMENT DATA; MEDICAL

### 007

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | CMRE. 877-572-7555 | COLL | 06/20 | $62 | - | 0 | 0 | 0 | O9 | |
| SOURCE | T710SR******34958826 | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU | | 001 | 10/15 | $92 | $92 | | | | 55 | --/-- | --/-- |

ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

### 008

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B / B | WAYPOINT RESOURCE GROU | COLL | 06/20 | $66 | - | 0 | 0 | 0 | O9 | |
| SOURCE | 403682* | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 001 | 11/18 | $66 | $66 | | | | 18 | --/-- | 11/16 |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law in-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 10543682

6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214156
REPORT #: 20200703003
REPOSITORIES: XP/TU/EF
PRICE: $37.95

4:23-CV-01205-SKO    Document 36-2    Filed 02/07/25    Page 165 of 256

## DEROGATORY ACCOUNTS

**ORIGINAL CREDITOR: COMCAST COMMUNICATIONS LLC**

### 009

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | O9 |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **RASH CURTIS & ASSOCIAT** 429156******9904 | COLL | 06/20 | $54 | - | 0 | 0 | 0 | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | 001 | 06/19 | $60 | $60 | | | | 12 | --/-- | --/-- |

**ORIGINAL CREDITOR: MEDICAL PAYMENT DATA; MEDICAL**

### 010

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **CB/TORRID** 585637****** | REV | 05/20 | $230 | $0 | 1 | 1 | 0 | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 11/17 | 12/17 | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 02/17 | $0 | $0 | | | | 39 | 12/17 | 04/18 |

**ACCOUNT CLOSED BY CREDIT GRANTOR**

### 011

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **CREDIT FIRST N A** 631764*** | REV | 06/20 | $1200 | $0 | 3 | 1 | 0 | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 4/19 1/17 10/15 | 11/15 | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 11/10 | $0 | $0 | | | | 99 | 04/19 | 11/19 |

### 012

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|
| B / B | **GOLDEN 1** 104532*** | REV | 11/17 | $500 | $0 | 2 | 0 | 0 | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 8/16 (See status) 3/16 | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 12/09 | $0 | $0 | | | | 95 | 08/16 | 05/16 |

**ACCOUNT TRANSFERRED OR SOLD; FIXED RATE**

### 013

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|
| C / C | **KOHLS/CAPONE** 639305******2466 | REV | 02/19 | $600 | $0 | 1 | 0 | 0 | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 12/16 | | | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 10/11 | $0 | $0 | | | | 88 | 12/16 | 12/16 |

**CLOSED DUE TO INACTIVITY**

### 014

| ECOA / WHOSE | | ACCT TYPE | REPORTED | HI CREDIT | PAYMENT | 30 | 60 | 90+ | | R1 |
|---|---|---|---|---|---|---|---|---|---|---|
| B / B | **THE GOLDEN 1 CREDIT UN** 420778******9866 | REV | 10/18 | $500 | $0 | 5 | 3 | 6 | | |
| SOURCE | | TERM | OPENED | BALANCE | PAST DUE | 9/18 (See status) 5/18 8/17 4/17 12/16 | 6/18 9/17 5/17 | 2/18 1/18 12/17 11/17 10/17 6/17 | MO REV | LAST LATE | DLA |
| XP/TU/EF | | - | 07/16 | $0 | $0 | | | | 27 | 09/18 | 10/18 |

**ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST**

## OTHER CREDIT HISTORY

*** NONE ***

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

**SEND TO:** CALIFORNIA HOME LOANS
CUST. #: 10573682
6715 N PALM AVE STE 216, FRESNO, CA 93704

**REQUESTED BY:** SUSAN CAMPISE
**DATE:** 7/7/2020

**FILE #:** 55214156
**ID #:** 20200703003
**REPOSITORIES:** XP/TU/EF
**PRICE:** $37.95

## INQUIRIES (LAST 120 DAYS)

*** NONE ***

## PUBLIC RECORDS

*** NONE ***

## TRADE SUMMARY

The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to XACTUS FORMERLY CREDIT PLUS customer service.

| TYPE | COUNT | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|------|-------|---------|-------------|----------|----------|
| MORTGAGE | 2 | $160117 | $177721 | $0 | $0 |
| AUTO | 4 | $3524 | $9793 | $293 | $0 |
| EDUCATION | 5 | $30855 | $25500 | $0 | $0 |
| OTHER INSTALLMENT | 1 | $0 | $0 | $0 | $0 |
| OPEN | 0 | $0 | $0 | $0 | $0 |
| REVOLVING | 13 | $10025 | $24000 | $349 | $0 |
| OTHER | 9 | $2265 | $2018 | $0 | $2265 |
| **TOTAL** | **34** | **$206786** | **$239032** | **$642** | **$2265** |

| | | | |
|---|---|---|---|
| SECURED DEBT | $163641 | OLDEST TRADELINE | 11/09 |
| UNSECURED DEBT | $43145 | REVOLVING CREDIT UTILIZATION | 42% |
| | | TOTAL DEBT/HIGH CREDIT | 87% |

## DEROGATORY SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| CHARGE OFFS: | 0 | 30 DAYS: | 5 | INQUIRIES: | 0 |
| COLLECTIONS: | 9 | 60 DAYS: | 3 | MOST RECENT LATE: | undetermined |
| BANKRUPTCY: | 0 | 90 DAYS: | 1 | DISPUTES: | 0 |
| PUBLIC RECORDS: | 0 | OTHER: | 0 | | |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 100-43682
6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214156
CUST #: 20200703003
REPOSITORIES: XP/TU/EF
PRICE: $37.95

Case 1:23-cv-01205-SKO   Document 36-2   Filed 02/07/25   Page 167 of 256

## EXPERIAN FRAUD SHIELD

**APPLICANT**

1 - *** FRAUD SHIELD ***

CHAVEZ, CARTER D
* FROM 04/01/20 INQ COUNT FOR SSN - 0
* FROM 04/01/20 INQ COUNT FOR ADDRESS - 0
* INPUT SSN ISSUED

**CO-APPLICANT**

2 - *** FRAUD SHIELD ***

CHAVEZ, COURTNEY A
* FROM 04/01/20 INQ COUNT FOR SSN - 0
* FROM 04/01/20 INQ COUNT FOR ADDRESS - 0
* INPUT SSN ISSUED

## ALERT

**APPLICANT**

1 - OFAC: CLEAR

CARTER D CHAVEZ YOB:
EXPERIAN OFAC NAME MATCHING SERVICE: NO MATCH FOUND UNLESS OTHERWISE INDICATED

**CO-APPLICANT**

2 - OFAC: CLEAR

COURTNEY A CHAVEZ YOB:
SERVICE: NO MATCH FOUND UNLESS OTHERWISE INDICATED

## MISCELLANEOUS INFORMATION

- Instant View Password:
- To verify the authenticity of this credit report, please visit https://credit.creditplus.com and click on the Instant View link. Enter Identifier # 55214156 and password _____ to view the report. For any inquiries regarding this report or services provided by XACTUS please contact us at (800) 258-3488.

## SOURCE OF INFORMATION

### 1  EXPERIAN - PULLED ON: 07/03/20

| Name | SSN | DOB |
|------|-----|-----|
| CARTER D CHAVEZ | ███ | ███ |
| N/A | ███ | N/A |
| N/A | ███ | N/A |
| N/A | ███ | N/A |

| Address | Time Frame |
|---------|-----------|
| ███ | 10/14 - 07/18 |
| ███ | 08/13 - 10/14 |
| ███ | 03/12 - 09/12 |

| Employer | Address | Occupation | Reported |
|----------|---------|-----------|----------|
| ███ | - | - | 10/09 |

### 2  EXPERIAN - PULLED ON: 07/03/20

| Name | SSN | DOB |
|------|-----|-----|
| COURTNEY A CHAVEZ | ███ | N/A |
| COURTNEY A COVARRUBIAS | ███ | N/A |
| N/A | ███ | N/A |

**ECOA KEY:**   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.



SEND TO:  CALIFORNIA HOME LOANS
CUST. #:  10543682
6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY:  SUSAN CAMPISE
DATE:  7/3/2020

FILE #:  55214156
REF #:  20200703003
REPOSITORIES:  XP/TU/EF
PRICE:  $37.95

## SOURCE OF INFORMATION

| Address | Time Frame |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 11/14 - 11/18 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 06/13 - 01/14 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 10/11 - 07/13 |

| Employer | Address | Occupation | Reported |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | - | - | 06/13 |
| ▓▓▓▓▓ | 2175 N CALIFORNIA BLVD, WALNUT CREEK CA | - | 12/09 |

### 3  TRANSUNION - PULLED ON: 07/03/20 - INFILE DATE: 08/31/09

| Name | SSN | DOB |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | - | N/A |
| N/A | - | ▓▓▓▓▓ |
| N/A | ▓▓▓▓▓ | N/A |

| Address | Time Frame |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓ | 10/14* |
| ▓▓▓▓▓▓▓▓▓▓▓ | 08/13 |
| ▓▓▓▓▓▓▓▓▓▓▓ | 03/12 |

| Employer | Address | Occupation | Reported |
|---|---|---|---|
| ▓▓▓▓▓ | - | LIFE GAURD | --/-- |

### 4  TRANSUNION - PULLED ON: 07/03/20 - INFILE DATE: 11/13/09

| Name | SSN | DOB |
|---|---|---|
| COURTNEY A CHAVEZ | - | N/A |
| COVARRUBIAS,COURTNEY,A | - | N/A |
| COVARRUBIAS,COURTNEY | - | N/A |
| N/A | - | ▓▓▓▓▓ |
| N/A | ▓▓▓▓▓ | N/A |

| Address | Time Frame |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓ | 10/14* |
| ▓▓▓▓▓▓▓▓▓▓▓ | 06/13 |
| ▓▓▓▓▓▓▓▓▓▓▓ | 06/11 |

| Employer | Address | Occupation | Reported |
|---|---|---|---|
| ▓▓▓ | - | - | --/-- |

### 5  EQUIFAX - PULLED ON: 07/03/20 - INFILE DATE: 08/31/09

| Name | SSN | DOB |
|---|---|---|
| CARTER D CHAVEZ | - | ▓▓▓▓▓ |
| N/A | ▓▓▓▓▓ | N/A |

| Address | Time Frame |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 12/14 - 06/20* |

**ECOA KEY:**  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 1008368

6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214156
REF #: 202002703003
REPOSITORIES: XP/TU/EF
PRICE: $37.95



## SOURCE OF INFORMATION

| | |
|---|---|
| ████████████████ | 08/13 - 08/15 |
| ███████████████████ | 03/12 - 04/15 |

**6 EQUIFAX - PULLED ON: 07/03/20 - INFILE DATE: 11/18/09**

| Name | SSN | DOB |
|---|---|---|
| COURTNEY A CHAVEZ | - | ██████ |
| COURTNEY COVARRUBIAS | - | N/A |
| N/A | ██████ | N/A |

| Address | Time Frame |
|---|---|
| ████████████████ | 01/15 - 06/20* |
| ████████████████ | 02/17 - 04/18 |
| ████████████████ | 06/13 - 12/16 |

## CREDITORS

| SUBSCRIBER NAME | ADDRESS | PHONE |
|---|---|---|
| BALBOA T&L | ACCOUNTS PAYABLE P O BOX 1147, CHULA VISTA, CA 91912 | 619 397 7700 |
| BALBOA THRIFT & LOAN | 865 AMENA CT, CHULA VISTA, CA 91910 | 619-397-7700 |
| BBY/CBNA | 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE, IL 60007 | 888-574-1301 |
| CALPAC FCU | 66 AVON WAY, MARTINEZ, CA 94553 | 925-677-0850 |
| CB/TORRID | PO BOX 182789, COLUMBUS, OH 43218 | 800-853-2921 |
| CBD | 530 RIVERSIDE DR, SALISBURY MD 21801 | (410) 742-9551 |
| CHASE | 201 N WALNUT ST, WILMINGTON, DE 19801 | 800-955-9900 |
| CMRE FINANCE | 3350 E. BIRCH ST. SUITE 200, BREA, CA 92821 | 714-528-3200 |
| CMRE FINANCIAL SVCS IN | 3350 E BIRCH ST STE 200, BREA, CA 92821 | 714-528-3200 |
| COMENITY BANK/TORRID | PO BOX 182685, COLUMBUS, OH 43218 | 800-853-2921 |
| CRDT FIRST | POB 81315, CLEVELAND, OH 44181 | 216-362-5000 |
| CREDIT FIRST N A | 6275 EASTLAND RD, BROOK PARK, OH 44142 | 800-321-3950 |
| DEPT OF EDUCATION/NELN | 121 S 13TH ST, LINCOLN, NE 68508 | 888-486-4722 |
| DEPTEDNELNET | - | 888-486-4722 |
| FMCC see notes | - | 800-727-7000 |
| FORD MOTOR CREDIT NATL RECOVERY | - | 800-732-2264 |
| GOLDEN 1 | 1108 O STREET, SACRAMENTO, CA 95814 | 916-732-2900 |
| GOLDEN 1 CREDIT UNION | 6507 4TH AVE, SACRAMENTO, CA 95817 | 916-732-2900 |
| GOLDEN 1 CU | 6507 4TH AVENUE, SACRAMENTO CA 95817 | 877-465-3361 |
| GRANT MERCAN | 49430 ROAD 426, OAKHURST, CA 93644 | 559-683-4651 |
| GRANT MERCANTILE AGE | 49099 ROAD 426, OAKHURST, CA 93644 | 559-683-4651 |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 1053682
6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214156
REPOSITORIES: XP/TU/EF
PRICE: $37.95

1:23-CV-01205-SKO    Document 36-2    Filed 02/07/25    Page 170 of 256 20703003

## CREDITORS

| SUBSCRIBER NAME | ADDRESS | PHONE |
|---|---|---|
| KOHLS/CAP1 | - | 800-564-5740 |
| KOHLS/CAPONE | - | 800-564-5740 |
| MOR FURNITUR | CSCL DISPUTE TEAM N8235-04M PO BOX 14517, DES MOINES, IA 50306 | 800-231-5089 |
| NYCO | PO BOX 182122, COLUMBUS OH 43218 | 800-889-0494 |
| RASH/CURTIS & ASSOCIAT | 2280 DIAMOND BLVD STE 52, CONCORD, CA 94520 | 925-356-2253 |
| SYNCB/HDNAHF | C/O PO BOX 965036, ORLANDO, FL 32896 | 866-396-8254 |
| SYNCB/HOME DESIGN NAHF | 950 FORRER BLVD, KETTERING, OH 45420 | 937-534-6950 |
| US BANK HOME MORTGAGE | - | 800-365-7772 |
| US BK HM MTG | 777 E WISCONSIN, MILWAUKEE WI 53202 | 800-365-7772 |
| USBANKHM | 4801 FREDERICKA ATTN: CUSTOMER SERVICE, OWENSBORO, KY 42301 | 800-365-7772 |
| WAYPOINT RESOURCE GROU | 301 SUNDANCE PKWY, ROUND ROCK, TX 78681 | 512-219-5700 |
| WELLS FARGO | P.O. BOX 94435, ALBUQUERQUE, NM 87199 | 800-869-3557 |
| WELLS FARGO BANK | PO BOX 5445, PORTLAND OR 97228 | 800-642-4720 |
| WELLS FARGO BANK N.A | WELLS FARGO DISPUTE CTR/CONS C PO BOX 10438, DES MOINES, IA 50306 | 800-245-8936 |
| WELLS FARGO BANK NV NA | 7000 VISTA DR, WEST DES MOINES, IA 50266 | 888-667-6059 |
| WESTERN FC | 9323 BELLANCA AVENUE, LOS ANGELES, CA 90009 | 877-254-9328 |
| WESTERN FCU | 9323 BELLANCA, LOS ANGELES, CA 90045 | 310-646-4384 |
| WESTERN FED CREDIT UNI | 9323 BELLANCA AVE, LOS ANGELES, CA 90045 | 877-254-9328 |
| WFB CD SVC | P.O. BOX 3696, PORTLAND, OR 97208 | 800-642-4720 |
| WFFNB/MOR FURN FOR LES | PO BOX 94498, LAS VEGAS, NV 89193 | 800-635-5585 |
| WFNNB/NEW YORK & COMPA | 220 W SCHROCK RD, WESTERVILLE OH 43081 | 614-729-5010 |
| WJ BRADLEY | 1235 NORTH DUTTON SUITE E, SANTA ROSA, CA 95401 | 800-696-8199 |
| WJ BRADLEY MTG CAPITAL LLC | 1235 N DUTTON AVE SUITE E, SANTA ROSA, CAL 95401 | 866-210-7340 |

## DISCLAIMER

An asterisk (*) following the payment amount indicates the repositories have no payment data and that the amount was automatically calculated as a percentage of the account balance.

This is a report containing information supplied by the repositories listed above. The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to the creditor reporting the item, or to the appropriate repository service center(s) listed below.

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

SEND TO: CALIFORNIA HOME LOANS
CUST. #: 105-3682
6715 N PALM AVE STE 216, FRESNO, CA 93704

REQUESTED BY: SUSAN CAMPISE
DATE: 7/3/2020

FILE #: 55214156
7/2020703003
REPOSITORIES: XP/TU/EF
PRICE: $37.95

Case 1:23-CV-01205-SKO    Document 36-2    Filed 02/07/25    Page 171 of 256

## DISCLAIMER

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

## TREND SUMMARY

**PAYMENT BEHAVIOR:** INACTIVE     **PAYMENT RATIO:** N/A

### REVOLVING ACCOUNTS

| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
|---|---|---|---|---|---|---|
| # OPEN ACCOUNTS | 4 | 4 | 4 | 5 | 5 | 7 |
| # ACTIVE ACCOUNTS | 0 | 3 | 3 | 3 | 4 | 5 |
| CREDIT LIMIT | 0 | 19200 | 19200 | 14930 | 14930 | 14530 |
| PREV BALANCE | 0 | 8086 | 5598 | 5092 | 14147 | 0 |
| BALANCE | 0 | 8866 | 8086 | 6882 | 14115 | 13101 |
| SCHEDULED PAYMENT | 0 | 278 | 299 | 261 | 414 | 420 |
| ACTUAL PAYMENT | 0 | 1241 | 808 | 1232 | 399 | 711 |

### NON-REVOLVING ACCOUNTS

| | 1 MO. AGO | 2 MO. AGO | 3 MO. AGO | 6 MO. AGO | 12 MO. AGO | 24 MO. AGO |
|---|---|---|---|---|---|---|
| BALANCE | 0 | 196751 | 197621 | 198772 | 203424 | 210568 |
| PAYMENT | 0 | 3091 | 293 | 3080 | 1886 | 1930 |

**\*\*\* END OF REPORT 10/1/2024 11:46:26 AM \*\*\***

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**XACTUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 12/12



**ID Plus**

**Borrower:** CARTER D CHAVEZ
**Coborrower:** COURTNEY A CHAVEZ
**Address:** ███████████████
**City, State, ZIP:** ███████████

**Social Security Number:** ██████████
**Social Security Number:** ██████████
**Telephone Number:** Not Provided

## Summary

| | |
|---|---|
| ✔ **No Fraud Alert on File** | ✔ **No SSN Alert on File** |
| ✔ **No Active Duty Alert on File** | ✔ **No Address Alert on File** |
| ✔ **No Notice of Credit Freeze on File** | ✔ **No Other Alert on File** |

## Social Security Number Alerts

**SSN Check: PASSED**

✔ Verified SSN with external information sources

✔ Verified SSN is consistent with Personal identifying information

## Address Alerts

**Address Check: PASSED**

✔ Verified Address with external information sources

✔ Verified Address against known fraudulent activity

✔ Verified Address against commonly associated fraudulent activity indicators

## Other Alerts

**Additional Alerts Check: No Additional Alerts Found**

Disclaimer: The above identified risk messages, alerts, and data are aggregated from creditors, data repositories, and other public sources including Experian Fraud Shield. Social Security Number verified against multiple databases including Experian File One and the Social Security Administration DeathMaster and Issuance database. Reporting bureau makes no representation or warranty as to the accuracy or completeness of this information. In accordance with the Fair and Accurate Credit Transactions Act of 2003, the information in this addendum must not be used to determine the credit worthiness nor solely relied upon to establish the identity of a consumer. This product is intended for the specific commercial use of the customer and may not be appropriate for direct consumer disclosure.

RETURN SERVICE REQUESTED

CARTER D CHAVEZ



**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | |
|---|---|
| **Your credit score** | **643**             Model: TRANSUNION/FICO CLASSIC (04) |
| | Source: TRANS UNION          Date: 07/03/20 |

| Understanding Your Credit Score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report. |
| | Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| | Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 309 to a high of 839. |
| | Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** | Your credit score ranks higher than 26 percent of U.S. consumers. |
| **Key factors that adversely affected your credit score** | • SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED |
| | • TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| | • PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| | • LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |

| Checking Your Credit Report | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. |
| | It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year. |
| | To order your free annual credit report: |
| | *By telephone:*   Call toll-free: 1-877-322-8228 |
| | *On the web:*   Visit www.annualcreditreport.com |
| | *By mail:*   Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to: |
| | Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

**CALIFORNIA HOME LOANS**
6715 N PALM AVE STE 216
FRESNO, CA 93704
5594382111

Case 2:23-cv-01205-SKO    Document 36-2    Filed 02/07/25    Page 175 of 256

**REPORT #: 55214156**
**REFERENCE #: F20200703003**

RETURN SERVICE REQUESTED

COURTNEY A CHAVEZ



**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | | |
|---|---|---|
| **Your credit score** | **618**<br>Source: EQUIFAX | Model: EQUIFAX/FICO CLASSIC V5 FACTA<br>Date: 07/03/20 |

| Understanding Your Credit Score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 334 to a high of 818.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** | Your credit score ranks higher than 21 percent of U.S. consumers. |
| **Key factors that adversely affected your credit score** | • DEROGATORY PUBLIC RECORD OR COLLECTION FILED<br>• LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT<br>• TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>• NUMBER OF ACCOUNTS WITH DELINQUENCY |

| Checking Your Credit Report | | |
|---|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. | |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report: | |
| | *By telephone:* | Call toll-free: 1-877-322-8228 |
| | *On the web:* | Visit www.annualcreditreport.com |
| | *By mail:* | Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. | |

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

CALIFORNIA HOME LOANS
6715 N PALM AVE STE 216
FRESNO, CA 93704
5594382111

# NOTICE TO THE HOME LOAN APPLICANT
## CREDIT SCORE INFORMATION DISCLOSURE

CHAVEZ, CARTER D & CHAVEZ, COURTNEY A

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

The following information about your credit scores was created on 7/3/2020.

## SCORE MODELS

**648**  EQUIFAX/FICO CLASSIC V5 FACTA

**RANGE:** 334-818
CARTER D CHAVEZ -

| 00038 | SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
|---|---|
| 00010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| 00013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 00014 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |

**643**  TRANSUNION/FICO CLASSIC (04)

**RANGE:** 309-839
CARTER D CHAVEZ -

| 038 | SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED |
|---|---|
| 013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 010 | PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS |
| 020 | LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |

SCORE MODELS

**634** EXPERIAN/FAIR, ISAAC (VER. 2)

**RANGE:** 300-850

CARTER D CHAVEZ - ▓▓▓▓

| | |
|---|---|
| 38 | SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED |
| 10 | PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS |
| 18 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 14 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |

**618** EQUIFAX/FICO CLASSIC V5 FACTA

**RANGE:** 334-818

COURTNEY A CHAVEZ - ▓▓▓▓

| | |
|---|---|
| 00040 | DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 00020 | LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |
| 00013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 00018 | NUMBER OF ACCOUNTS WITH DELINQUENCY |

**607** TRANSUNION/FICO CLASSIC (04)

**RANGE:** 309-839

COURTNEY A CHAVEZ - ▓▓▓▓

| | |
|---|---|
| 040 | DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 020 | LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |
| 013 | TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN |
| 018 | NUMBER OF ACCOUNTS WITH DELINQUENCY |

**660** EXPERIAN/FAIR, ISAAC (VER. 2)

**RANGE:** 300-850

COURTNEY A CHAVEZ - ▓▓▓▓

| | |
|---|---|
| 40 | DEROGATORY PUBLIC RECORD OR COLLECTION FILED |
| 20 | TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT |
| 18 | NUMBER OF ACCOUNTS WITH DELINQUENCY |
| 14 | LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED |

Borrower Signature _____ Date _____

Co-Borrower Signature _____ Date _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT O

*To be completed by the Lender* Battanello, Anthony, Angelo
Lender Loan No./Universal Loan Identifier 1222506715                    Agency Case No. _____

# Uniform Residential Loan Application

**Verify and complete the information on this application.** If you are applying for this loan with others, each additional Borrower must provide information as directed by your Lender.

## Section 1: Borrower Information. This section asks about your personal information and your income from employment and other sources, such as retirement, that you want considered to qualify for this loan.

### 1a. Personal Information

| | |
|---|---|
| **Name** *(First, Middle, Last, Suffix)*<br><br>Courtney Chavez<br>**Alternate Names** - *List any names by which you are known or any names under which credit was previously received (First, Middle, Last, Suffix)* | **Social Security Number** _____<br>*(or Individual Taxpayer Identification Number)*<br>**Date of Birth**      **Citizenship**<br>*(mm/dd/yyyy)*      ⊗ U.S. Citizen<br>_____      O Permanent Resident Alien<br>      O Non-Permanent Resident Alien |

**Type of Credit**
O I am applying for **individual credit.**
⊗ I am applying for **joint credit.** Total Number of Borrowers: ___2___
   Each Borrower intends to apply for joint credit. *Your initials:* _____

**List Name(s) of Other Borrower(s) Applying for this Loan**
*(First, Middle, Last, Suffix)*
Carter Chavez

| | |
|---|---|
| **Marital Status**<br>⊗ Married<br>O Separated<br>O Unmarried*<br>*Single, Divorced, Widowed, Civil Union, Domestic Partnership, Registered Reciprocal Beneficiary Relationship* | **Dependents** *(not listed by another Borrower)*<br>Number _____<br>Ages _____ |

**Contact Information**
**Home** Phone    (559) 355-7183
**Cell** Phone    _____
**Work** Phone    _____ **Ext.** _____
**Email**    metamorphosis.eventplanning@gmail.com

**Current Address**
Street _____ Unit # _____
City ___Fresno___ State _CA_ Zip _____ Country __US__
How Long at Current Address? ____Years _4_ Months Housing O No primary housing expense O Own ⊗ Rent ($ 2,500.00 /month)

**If at Current Address for LESS than 2 years, list Former Address**    ☐ Does not apply
Street _____ Unit # _____
City ___Fresno___ State _CA_ Zip _____ Country __US__
How Long at Former Address? _7_ Years _____ Months Housing O No primary housing expense ⊗ Own O Rent ($ _____ /month)

**Mailing Address** - *if different from Current Address*    ☒ Does not apply
Street _____ Unit # _____
City _____ State _____ Zip _____ Country _____

### 1b. Current Employment/Self Employment and Income    |˟ *Does not apply*

### 1c. IF APPLICABLE, Complete Information for Additional Employment/Self Employment and Income    ☒ *Does not apply*

### 1d. IF APPLICABLE, Complete Information for Previous Employment/Self Employment and Income    |˟ *Does not apply*

---

**Borrower Name:** Courtney Chavez, Carter Chavez

Uniform Residential Loan Application    Page 1 of 11
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021



DocMagic *eForms*
v08.24.2017

## 1e. Income from Other Sources

|X| **Does not apply**

Include income from other sources below. Under Income Source, choose from the sources listed here:

| | | | | |
|---|---|---|---|---|
| * Alimony | * Child Support | * Interest and Dividends | * Notes Receivable | * Royalty Payments | * Unemployment Benefits |
| * Automobile Allowance | * Disability | * Mortgage Credit Certifcate | * Public Assistance | * Separate Maintenance | * VA Compensation |
| * Boarder Income | * Foster Care | * Mortgage Differential | * Retirement | * Social Security | * Other |
| * Captial Gains | * Housing or Parsonage | Payments | *(e.g. Pension IRA)* | * Trust | |

NOTE: *Reveal alimony, child support, separate maintenance, or other income ONLY IF you want it considered in determining your qualification for this loan.*

# Uniform Residential Loan Application - Additional Borrower

Verify and complete the information on this application as directed by your Lender.

## 1a. Personal Information

**Name** *(First, Middle, Last, Suffix)*

Carter Chavez

**Alternate Names** - *List any names by which you are known or any names under which credit was previously received (First, Middle, Last, Suffix)*

**Social Security Number** ▮▮▮▮▮▮▮▮
*(or Individual Taxpayer Identification Number)*

**Date of Birth**                    **Citizenship**
*(mm/dd/yyyy)*                     ⊗ U.S. Citizen

▮▮▮▮▮▮▮                          O Permanent Resident Alien

                                  O Non-Permanent Resident Alien

---

**Type of Credit**

O I am applying for **individual credit.**

⊗ I am applying for **joint credit.** Total Number of Borrowers: __2__

Each Borrower intends to apply for joint credit. *Your* initials: _____

**List Name(s) of Other Borrower(s) Applying for this Loan**
*(First, Middle, Last, Suffix)*

Courtney Chavez

---

**Marital Status**

⊗ Married

O Separated

O Unmarried*

* *Single, Divorced, Widowed, Civil Union, Domestic Partnership, Registered Reciprocal Beneficiary Relationship*

**Dependents** *(not listed by another Borrower)* CC

Number _____

Ages _____

**Contact Information**

**Home** Phone    (559) 355-6610

**Cell** Phone    _____

**Work** Phone    _____    Ext. _____

**Email**    cchavez1811@yahoo.com

---

**Current Address**

Street _____ Unit # _____

City  Fresno    State  CA  Zip ▮▮▮▮▮  Country  US

How Long at Current Address? ____Years  4  Months **Housing** O No primary housing expense O Own ⊗ Rent ($2,500.00 /month)

**If at Current Address for LESS than 2 years, list Former Address**    ☐ **Does not apply**

Street ▮▮▮▮▮▮▮▮▮▮▮▮_____ Unit # _____

City  Fresno    State  CA    Zip ▮▮▮▮▮    Country  US

How Long at Former Address? _7_ Years _____ Months **Housing** O No primary housing expense ⊗ Own O Rent ($ _____ /month)

---

**Mailing Address** - *if different from Current Address*    ☒ **Does not apply**

Street _____ Unit # _____

City _____ State _____ Zip _____ Country _____

---

**Borrower Name:** Courtney Chavez, Carter Chavez

Uniform Residential Loan Application        Page 2 of 11
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

DocMagic *eForms*
v08.24.2017

## 1b. Current Employment/Self Employment and Income

**Does not apply** ☐

| | |
|---|---|
| Employer or Business Name | Fresno Unified School District    Phone (559) 457-3000 |

**Gross Monthly Income**

Street  2309 Tulare                                   Unit #

City  Fresno                    State CA   Zip 93721 Country US

| Base | $ 10,119.85 /month |
|---|---|
| Overtime | $ _____ /month |

Position or Title  Teacher

Start Date  08/01/2015  (mm!dd/yyyy)

How long in this line of work?  7  Years ___ Months

**Check if this statement applies:**
☐ I am employed by a family member, property seller, real estate agent, or other party to the transaction.

| Bonus | $ _____ /month |
|---|---|
| Commissions | $ _____ /month |
| Military Entitlements | $ _____ /month |
| Other | $ _____ /month |
| **TOTAL** | $ 10,119.85 /month |

☐ Check if you are the Business Owner or Self-Employed

○ I have an ownership share of less than 25%. **Monthly Income (or Loss)**
○ I have an ownership share of 25% or more. $ _____

## 1c. IF APPLICABLE, Complete Information for Additional Employment/Self Employment and Income      ☒ Does not apply

## 1d. IF APPLICABLE, Complete Information for Previous Employment/Self Employment and Income      ☒ Does not apply

## 1e. Income from Other Sources      ☒ Does not apply

Include income from other sources below.  Under Income Source, choose from the sources listed here:

| | | | |
|---|---|---|---|
| * Alimony | * Child Support | * Interest and Dividends | * Notes Receivable | * Royalty Payments | * Unemployment Benefits |
| * Automobile Allowance | * Disability | * Mortgage Credit Certifcate | * Public Assistance | * Separate Maintenance | * VA Compensation |
| * Boarder Income | * Foster Care | * Mortgage Differential | * Retirement | * Social Security | * Other |
| * Captial Gains | * Housing or Parsonage | Payments | *(e.g. Pension IRA)* | * Trust | |

NOTE: *Reveal alimony, child support, separate maintenance, or other income ONLY IF you want it considered in determining your qualification for this loan.*

## Section 2: Financial Information - Assets and Liabilities. This section asks about things you own that are worth money and that you want considered to qualify for this loan. It then asks about your liabilities (or debts) that you pay each month, such as credit cards, alimony, or other expenses.

## 2a. Assets - Bank Accounts, Retirement, and Other Accounts You Have

Include all accounts below.  Under Account Type, choose from the types listed here:

| | | | |
|---|---|---|---|
| * Checking | * Certificate of Deposit | * Stock Options | * Bridge Loan Proceeds | * Trust Account |
| * Savings | * Mutual Fund | * Bonds | * Individual Development Account | * Cash Value of Life Insurance |
| * Money Market | * Stocks | * Retirement *(e.g., 401k, IRA)* | | *(used for the transaction)* |

| Account Type - *use list above* | Financial Institution | Account Number | |
|---|---|---|---|
| ███ | | | ███ |
| | | ███ | 35 |

## 2b. Other Assets You Have      ☒ Does not apply

Inlcude all other assets and credits below.  Under Asset or Credit Type, choose from the types listed here:

*Assets*
* Proceeds from Real Estate Property to be sold on or before closing
* Proceeds from Sale of Non-Real Estate Asset
* Secured Borrowed Funds
* Unsecured Borrowed Funds
* Other

*Credits*
* Earnest Money
* Employer Assistance
* Lot Equity
* Relocation Funds
* Rent Credity
* Sweat Equity
* Trade Equity

## 2c. Liabilities - Credit Cards, Other Debits, and Leases that You Owe      ☐ Does not apply

List all liabilities below (except real estate) and include deferred payments.  Under Account Type, choose from the types listed here:

* Revolving *(e.g., credit cards)*    * Installment *(e.g., car, student, personal loans)*    * Open 30-Day *(balance paid monthly)*    * Lease *(not real estate)*    * Other

| Account Type -*use list above* | Company Name | Account Number | Unpaid Balance *To be paid off at or before closing* | | Monthly Payment |
|---|---|---|---|---|---|
| Revolving | WELLS FARGO | ████ | $ 793.00 | ☐ | $ 25.00 |

---

**Borrower Name:** Courtney Chavez, Carter Chavez

Uniform Residential Loan Application          Page 3 of 11
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021





| Account Type *-use list above* | Company Name | Account Number | Unpaid Balance *To be paid off at or before closing* | Monthly Payment |
|---|---|---|---|---|
| Lease | AMER HONDA | | $ 41,686.00 ☐ | $ 583.00 |
| Installment | DEPTEDNELNET | | $ 8,817.00 ☐ | $ 106.12 |
| Installment | DEPTEDNELNET | | $ 6,591.00 ☐ | $ 78.59 |
| Installment | DEPTEDNELNET | | $ 6,529.00 ☐ | $ 75.71 |
| Installment | DEPTEDNELNET | | $ 6,405.00 ☐ | $ 81.84 |
| Revolving | AMEX | | $ 2,870.00 ☐ | $ 57.00 |
| Installment | DEPTEDNELNET | | $ 2,513.00 ☐ | $ 31.21 |
| Revolving | JPMCB CARD | | $ 1,465.00 ☐ | $ 42.00 |

### 2d. Other Liabilities and Expenses                                      ☒ *Does not apply*

| Include all other liabilities and expenses below.  Choose from the types listed here:<br> * Alimony*  Child Support * Separate Maintenance * Job Related Expenses * Other | Monthly Payment |
|---|---|

## Section 3: Financial Information - Real Estate. This section asks you to list all properties you currently own and what you owe on them.

☐ *I do not own any real estate*

### 3a. Property You Own                              **If you are refinancing, list the property you are refinancing FIRST.**

### 3b. IF APPLICABLE, Complete Information for Additional Property                    |× *Does not apply*

## Section 4: Loan and Property Information. This section asks about the loan's purpose and the property you want to purchase or refinance.

### 4a. Loan and Property Information

Loan Amount $ __394,125.00_____     **Loan Purpose**     ☒ Purchase   ○ Refinance   ○ Other _____

Property Address    Street _____

Unit # _____ City __FRESNO_____ State __CA____ Zip _____

County __FRESNO_____ Number of Units ___1___     Property Value $ __525,500.00_____

Occupancy ☒ Primary Residence  ○ Second Home        ○ Investment Property

1. **Mixed-Use Property.** If you will occupy the property, will you set aside space within the property to operate your own business? *(e.g., daycare facility, medical office, beauty/barber shop)*                    ☒ NO  ○ YES

2. **Manufactured Home.** Is the property a manufactured home? *(e.g., a factory built dwelling built on a permanent chassis)*   ☒ NO  ○ YES

### 4b. Other New Mortgage Loans on the Property You are Buying or Refinancing          ☒ *Does not apply*

### 4c. Rental Income on the Property You Want to Purchase   **For Purchase Only**      |× *Does not apply*

### 4d. Gifts or Grants You Have Been Given or Will Receive for this Loan          ☒ *Does not apply*

Include all gifts and grants below.  Under Source, choose from the sources listed here:
* Community Nonprofit      * Federal Agency      * Relative          * State Agency        * Lender
* Employer               * Local Agency        * Religious Nonprofit   * Unmarried Partner    * Other

---

**Borrower Name:** Courtney Chavez, Carter Chavez

Uniform Residential Loan Application          Page 4 of 11
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

DocMagic *eForms*<br>v08.24.2017



# Section 5: Declarations. This section asks you specific questions about the property, your funding, and your past financial history.

## 5a. About this Property and Your Money for this Loan

| | |
|---|---|
| **A.** Will you occupy the property as your primary residence? | ○ NO ⊗ YES |
| If YES, have you had an ownership interest in another property in the last three years? | ○ NO ⊗ YES |
| If YES, complete (1) and (2) below: | |
| (1) What type of property did you own: primary residence (PR), FHA secondary residence (SR), second home (SH), or investment property (IP)? | PR _____ |
| (2) How did you hold title to the property: by yourself (S), jointly with your spouse (SP), or jointly with another person (O) | SP _____ |
| **B.** If this is a Purchase Transaction: Do you have a family relationship or business affiliation with the seller of the property? | ⊗ NO ○ YES |
| **C.** Are you borrowing any money for this real estate transaction *(e.g., money for your closing costs or down payment)* or obtaining any money from another party, such as the seller or realtor, that you have not disclosed on this loan application? If YES, what is the amount of this money? | ⊗ NO ○ YES<br><br>$ _____ |
| **D.** 1. Have you or will you be applying for a mortgage loan on another property (not the property securing this loan) on or before closing this transaction that is not disclosed on this loan application? | ⊗ NO ○ YES |
| 2. Have you or will you be applying for any new credit *(e.g., installment loan, credit card, etc.)* on or before closing this loan that is not disclosed on this application? | ⊗ NO ○ YES |
| **E.** Will this property be subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid through your property taxes *(e.g., the Property Assessed Clean Energy Program)*? | ⊗ NO ○ YES |

## 5b. About Your Finances

| | |
|---|---|
| **F.** Are you a co-signer or guarantor on any debt or loan that is not disclosed on this application? | ⊗ NO ○ YES |
| **G.** Are there any outstanding judgments against you? | ⊗ NO ○ YES |
| **H.** Are you currently delinquent or in default on a Federal debt? | ⊗ NO ○ YES |
| **I.** Are you a party to a lawsuit in which you potentially have any personal financial liability? | ⊗ NO ○ YES |
| **J.** Have you conveyed title to any property in lieu of foreclosure in the past 7 years? | ⊗ NO ○ YES |
| **K.** Within the past 7 years, have you completed a pre-foreclosure sale or short sale, whereby the property was sold to a third party and the Lender agreed to accept less than the outstanding mortgage balance due? | ⊗ NO ○ YES |
| **L.** Have you had property foreclosed upon in the last 7 years? | ⊗ NO ○ YES |
| **M.** Have you declared bankruptcy within the past 7 years?<br>If YES, identify the type(s) of bankruptcy: ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13 | ⊗ NO ○ YES |

**Borrower Name:** Courtney Chavez

Uniform Residential Loan Application     Page 5 of 11
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

DocMagic *eForms*
v08.24.2017



# Section 5: Declarations

This section asks you specific questions about the property, your funding, and your past financial history.

## 5a. About this Property and Your Money for this Loan

| | |
|---|---|
| **A.** Will you occupy the property as your primary residence? | ○ NO ⊗ YES |
| If YES, have you had an ownership interest in another property in the last three years? | ○ NO ⊗ YES |
| If YES, complete (1) and (2) below: | |
| (1) What type of property did you own: primary residence (PR), FHA secondary residence (SR), second home (SH), or investment property (IP)? | PR _____ |
| (2) How did you hold title to the property: by yourself (S), jointly with your spouse (SP), or jointly with another person (O) | SP _____ |
| **B.** If this is a Purchase Transaction: Do you have a family relationship or business affiliation with the seller of the property? | ⊗ NO ○ YES |
| **C.** Are you borrowing any money for this real estate transaction *(e.g., money for your closing costs or down payment)* or obtaining any money from another party, such as the seller or realtor, that you have not disclosed on this loan application? If YES, what is the amount of this money? | ⊗ NO ○ YES  $ _____ |
| **D.** 1. Have you or will you be applying for a mortgage loan on another property (not the property securing this loan) on or before closing this transaction that is not disclosed on this loan application? | ⊗ NO ○ YES |
| 2. Have you or will you be applying for any new credit *(e.g., installment loan, credit card, etc.)* on or before closing this loan that is not disclosed on this application? | ⊗ NO ○ YES |
| **E.** Will this property be subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid through your property taxes *(e.g., the Property Assessed Clean Energy Program)*? | ⊗ NO ○ YES |

## 5b. About Your Finances

| | |
|---|---|
| **F.** Are you a co-signer or guarantor on any debt or loan that is not disclosed on this application? | ⊗ NO ○ YES |
| **G.** Are there any outstanding judgments against you? | ⊗ NO ○ YES |
| **H.** Are you currently delinquent or in default on a Federal debt? | ⊗ NO ○ YES |
| **I.** Are you a party to a lawsuit in which you potentially have any personal financial liability? | ⊗ NO ○ YES |
| **J.** Have you conveyed title to any property in lieu of foreclosure in the past 7 years? | ⊗ NO ○ YES |
| **K.** Within the past 7 years, have you completed a pre-foreclosure sale or short sale, whereby the property was sold to a third party and the Lender agreed to accept less than the outstanding mortgage balance due? | ⊗ NO ○ YES |
| **L.** Have you had property foreclosed upon in the last 7 years? | ⊗ NO ○ YES |
| **M.** Have you declared bankruptcy within the past 7 years? If YES, identify the type(s) of bankruptcy: ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ☐ Chapter 13 | ⊗ NO ○ YES |

---

**Borrower Name:** Carter Chavez

Uniform Residential Loan Application
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

Page 6 of 11

DocMagic *e*Forms
v08.24.2017



# Section 6: Acknowledgments and Agreements. This section tells you about your legal obligations when you sign this application.

## Acknowledgments and Agreements

**Definitions:**

- "Lender" includes the Lender's agents, service providers, and any of their successors and assigns.
- "Other Loan Participants" includes (i) any actual or potential owners of a loan resulting from this application (the "Loan"), (ii) acquirers of any beneficial or other interest in the Loan, (iii) any mortgage insurer, (iv) any guarantor, (v) any servicer of the Loan, and (vi) any of these parties' service providers, successors or assigns.

**I agree to, acknowledge, and represent the following:**

**(1) The Complete Information for this Application**

- The information I have provided in this application is true, accurate, and complete as of the date I signed this application.
- If the information I submitted changes or I have new information before closing of the Loan, I must change and supplement this application, including providing any updated/supplemented real estate sales contract.
- For purchase transactions: The terms and conditions of any real estate sales contract signed by me in connection with this application are true, accurate, and complete to the best of my knowledge and belief. I have not entered into any other agreement,

written or oral, in connection with this real estate transaction.

- The Lender and Other Loan Participants may rely on the information contained in the application before and after closing of the Loan.
- Any intentional or negligent misrepresentation of information may result in the imposition of:
  - (a) civil liability on me, including monetary damages, if a person suffers any loss because the person relied on any misrepresentation that I have made on this application, and/or
  - (b) criminal penalties on me including, but not limited to, fine or imprisonment or both under the provisions of Federal law (18 U.S.C. §§ 1001 *et seq.*).

**(2) The Property's Security**

The Loan I have applied for in this application will be secured by a mortgage or deed of trust which provides the Lender a security interest in the property described in this application.

**(3) The Property's Appraisal, Value, and Condition**

- Any appraisal or value of the property obtained by the Lender is for use by the Lender and Other Loan Participants.
- The Lender and Other Loan Participants have not made any representation or warranty, express or implied, to me about the property, its condition, or its value.

**(4) Electronic Records and Signatures**

- The Lender and Other Loan Participants may keep any paper record and/or electronic record of this application, whether or not the Loan is approved.

- If this application is created as (or converted into) an "electronic application", I consent to the use of "electronic records" and "electronic signatures" as the terms are defined in and governed by applicable Federal and/or state electronic transactions laws.
- I intend to sign and have signed this application either using my:
  - (a) electronic signature; or
  - (b) a written signature and agree that if a paper version of this application is converted into an electronic application, the application will be an electronic record, and the representation of my written signature on this application will be my binding electronic signature.
- I agree that the application, if delivered or transmitted to the Lender or Other Loan Participants as an electronic record with my electronic signature, will be as effective and enforceable as a paper application signed by me in writing.

**(5) Delinquency**

- The Lender and Other Loan Participants may report information about my account to credit bureaus. Late payments, missed payments, or other defaults on my account may be reflected in my credit report and will likely affect my credit score.
- If I have trouble making my payments I understand that I may contact a HUD-approved housing counseling organization for advice about actions I can take to meet my mortgage obligations.

**(6) Authorization for Use and Sharing of Information**

By signing below, in addition to the representations and agreements made above, I expressly authorize the Lender and Other Loan Participants to obtain, use, and share with each other (i) the Loan application and related loan information and documentation, (ii) a consumer credit report on me, and (iii) my tax return information, as necessary to perform the actions listed below, for so long as they have an interest in my loan or its servicing:

- (a) process and underwrite my loan;
- (b) verify any data contained in my consumer credit report, my loan application and other information supporting my loan application;
- (c) inform credit and investment decisions by the Lender and Other Loan Participants;
- (d) perform audit, quality control, and legal compliance analysis and reviews;
- (e) perform analysis and modeling for risk assessments;
- (f) monitor the account for this loan for potential delinquencies and determine any assistance that may be available to me; and
- (g) other actions permissible under applicable law.



Borrower Signature ___08/11/22 10:07:24 AM PDT_____    Date *(mm/dd/yyyy)* _____

Additional Borrower Signature ___08/10/22 04:14:51 PM PDT_____    Date *(mm/dd/yyyy)* _____

---

**Borrower Name:** Courtney Chavez, Carter Chavez

Uniform Residential Loan Application    Page 7 of 11
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

DocMagic *eForms*
v08.24.2017



# Section 7: Military Service. This section asks questions about your (or your deceased spouse's) military service.

**Military Service of Borrower**

**Military Service** - Did you (or your deceased spouse) ever serve, or are you currently serving, in the United States Armed Forces?  Ⓧ NO  ◯ YES

*If YES, check all that apply:*
- ☐ Currently serving on active duty with projected expiration date of service/tour _____ *(mm/dd/yyyy)*
- ☐ Currently retired, discharged, or separated from service
- ☐ Only period of service was a non-activated member of the Reserve on National Guard
- ☐ Surviving spouse

# Section 8: Demographic Information. This section asks about your ethnicity, sex, and race.

**Demographic Information of Borrower**

**The purpose of collecting this information** is to help ensure that all applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application.

**Instructions:** You may select one or more "Hispanic or Latino" origins and one or more designations for "Race." If you do not wish to provide some or all of this information, select the applicable check box.

**Ethnicity**
- ☐ Hispanic or Latino
    - ☐ Mexican  ☐ Puerto Rican  ☐ Cuban
    - ☐ Other Hispanic or Latino - *Enter origin:*

    *Examples: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, etc.*
- ☒ Not Hispanic or Latino
- ☐ I do not wish to provide this information

**Sex**
- ☒ Female
- ☐ Male
- ☐ I do not wish to provide this information

**Race**
- ☐ American Indian or Alaska Native - *Enter name of enrolled or principal tribe:*
- ☐ Asian
    - ☐ Asian Indian  ☐ Chinese  ☐ Filipino
    - ☐ Japanese  ☐ Korean  ☐ Vietnamese
    - ☐ Other Asian - *Enter race:*
    *Examples: Hmong, Laotian, Thai, Pakistani, Cambodian, etc.*
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
    - ☐ Native Hawaiian  ☐ Guamanian or Chamorro  ☐ Samoan
    - ☐ Other Pacific Islander - *Enter race:*
    *Examples: Fijian, Tongan, etc.*
- ☒ White
- ☐ I do not wish to provide this information

**Be Completed by Financial Institution** *(for application taken in person)*:

| | NO | YES |
|---|---|---|
| Was the ethnicity of the Borrower collected on the basis of visual observation or surname? | ◯ | ◯ |
| Was the sex of the Borrower collected on the basis of visual observation or surname? | ◯ | ◯ |
| Was the race of the Borrower collected on the basis of visual observation or surname? | ◯ | ◯ |

**The Demographic Information was provided through:**
☐ Face-to-Face Interview *(includes Electronic Media w/Video Component)*  ☐ Telephone Interview  ☐ Fax or Mail  ☒ Email or Internet

---

**Borrower Name:** Courtney Chavez

Uniform Residential Loan Application    Page 8 of 11
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

*DocMagic eForms*
*v08.24.2017*



# Section 7: Military Service. This section asks questions about your (or your deceased spouse's) military service.

**Military Service of Borrower**

**Military Service** - Did you (or your deceased spouse) ever serve, or are you currently serving, in the United States Armed Forces? ⊗ NO ○ YES

*If YES, check all that apply:*
- ☐ Currently serving on active duty with projected expiration date of service/tour _____ *(mm/dd/yyyy)*
- ☐ Currently retired, discharged, or separated from service
- ☐ Only period of service was a non-activated member of the Reserve on National Guard
- ☐ Surviving spouse

# Section 8: Demographic Information. This section asks about your ethnicity, sex, and race.

**Demographic Information of Borrower**

**The purpose of collecting this information** is to help ensure that all applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application.

**Instructions:** You may select one or more "Hispanic or Latino" origins and one or more designations for "Race." If you do not wish to provide some or all of this information, select the applicable check box.

**Ethnicity**
- ☐ Hispanic or Latino
    - ☐ Mexican  ☐ Puerto Rican  ☐ Cuban
    - ☐ Other Hispanic or Latino - *Enter origin:*

        *Examples: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, etc.*
- ☒ Not Hispanic or Latino
- ☐ I do not wish to provide this information

**Sex**
- ☐ Female
- ☒ Male
- ☐ I do not wish to provide this information

**Race**
- ☐ American Indian or Alaska Native - *Enter name of enrolled or principal tribe:*
- ☐ Asian
    - ☐ Asian Indian  ☐ Chinese  ☐ Filipino
    - ☐ Japanese  ☐ Korean  ☐ Vietnamese
    - ☐ Other Asian - *Enter race:*

        *Examples: Hmong, Laotian, Thai, Pakistani, Cambodian, etc.*
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
    - ☐ Native Hawaiian  ☐ Guamanian or Chamorro  ☐ Samoan
    - ☐ Other Pacific Islander - *Enter race:*

        *Examples: Fijian, Tongan, etc.*
- ☒ White
- ☐ I do not wish to provide this information

| Be Completed by Financial Institution *(for application taken in person)*: | | |
|---|---|---|
| Was the ethnicity of the Borrower collected on the basis of visual observation or surname? | ○ NO | ○ YES |
| Was the sex of the Borrower collected on the basis of visual observation or surname? | ○ NO | ○ YES |
| Was the race of the Borrower collected on the basis of visual observation or surname? | ○ NO | ○ YES |

**The Demographic Information was provided through:**
☐ Face-to-Face Interview *(includes Electronic Media w/Video Component)*  ☐ Telephone Interview  ☐ Fax or Mail  ☒ Email or Internet

---

**Borrower Name:** Carter Chavez

DocMagic *eForms*
v08.24.2017



# Section 9: Loan Originator Information

## Loan Originator Information

Loan Originator Organization Name __Battagello, Anthony, Angelo__

Address __370 Diaboo RD suite 103, danville, California 94526__

Loan Originator Organization NMLSR ID # __2378768__    State License ID # __00791487__

Loan Originator Name __Anthony Angelo Battagello__

Loan Originator NMLSR ID # __266579__    State License ID # __00791487__

Email __bayareaceo@gmail.com__    Phone __(714) 702-7045__

*Anthony Angelo Battagello*
08/10/22 03:59:04 PM PDT

Signature _____    Date *(mm/dd/yyyy)* _____

---

**Borrower Name:** Courtney Chavez, Carter Chavez

Uniform Residential Loan Application    Page 10 of 11
Freddie Mac Form 65 Fannie Mae Form
1003
Effective Date 01/2021

DocMagic *e*Forms
v08.24.2017



To be completed by the **Lender:**

Lender Loan No/Universal Loan Identifier ___1222506715___    Agency Case No. _____

## Uniform Residential Loan Application - Continuation Sheet

**Continuation Sheet**    Use this continuation sheet if you need more space to complete the Uniform Residential Loan Application.

**Borrower Name** (*First, Middle, Last, Suffix*)    Courtney Chavez

**Additional Information**

**Additional Borrower Name** (*First, Middle, Last, Suffix*)    Carter Chavez

**Additional Information**

Under California Civil Code 1812.30(j) "Credit applications for the obtainment of money, goods, labor, or services shall clearly specify that the applicant, if married, may apply for a separate account."

I/We fully understand that it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of federal law (18 U.S.C. §§ 1001 *et seq*.).

**Borrower Signature**    *Courtney Chavez*
                          08/11/22 10:07:26 AM PDT    Date *(mm/dd/yyyy)* _____

**Additional Borrower Signature**    *Carter Chavez*
                                     08/10/22 04:14:58 PM PDT    Date *(mm/dd/yyyy)* _____

Uniform Residential Loan Application - Continuation Sheet    Page 11 of 11
Freddie Mac Form 65 ■ Fannie Mae Form 1003
*Effective 1/2021*



To be completed by the Lender:   Battaglero, Anthony, Angelo
Lender Loan No/Universal Loan Identifier   1222506715                                      Agency Case No.

# Uniform Residential Loan Application - Lender Loan Information
This section is completed by your Lender.

## L1. Property and Loan Information

**Community Property State**

☒ At least one borrower lives in a community property state.

☒ The property is in a community property state.

**Transaction Detail**

☐ Conversion of Contract for Deed or Land Contract

☐ Renovation

☐ Construction-Conversion/Construction-to-Permanent

   ○ Single-Closing   ○ Two-Closing

Construction/Improvement Costs $ _____

Lot Acquired Date _____ *(mm/dd/yyyy)*

Original Cost of Lot $ 0.00 _____

**Refinance Type**

○ No Cash Out

○ Limited Cash Out

○ Cash Out

**Energy Improvement**

☐ Mortgage loan will finance energy-related improvements.

☐ Property is currently subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid through property taxes *(e.g., the Property Assessed Clean Energy program).*

**Refinance Program**

○ Full Documentation

○ Interest Rate Reduction

○ Streamlined without Appraisal

○ Other _____

**Project Type**   ☐ Condominium   ☐ Cooperative   ☐ Planned Unit Development (PUD)   ☒ Property is not located in a project

## L2. Title Information

**Title to the Property Will be Held in What Name(s):**

Courtney Chavez and Carter Chavez

**For Refinance: Title to the Property is Currently Held in What Name(s):**

**Estate Will be Held in**

⊗ Fee Simple

○ Leasehold Expiration Date _____ *(mm/dd/yyyy)*

**Manner in Which Title Will be Held**

○ Sole Ownership   ○ Joint Tenancy with Right of Survivorship

○ Life Estate   ○ Tenancy by the Entirety

○ Tenancy in Common   ⊗ Other

**Trust Information**

○ Title Will be Held by an *Inter Vivos (Living)* Trust

○ Title Will be Held by a Land Trust

**Indian Country Land Tenure**

○ Fee Simple On a Reservation

○ Individual Trust Land *(Allotted/Restricted)*

○ Tribal Trust Land On a Reservation

○ Tribal Trust Land Off Reservation

○ Alaska Native Corporation Land

## L3. Mortgage Loan Information

**Mortgage Type Applied For**

⊗ Conventional   ○ USDA-RD

○ FHA   ○ VA   ○ Other: _____

**Amortization Type**

⊗ Fixed Rate   ○ Other *(explain)*: _____

○ Adjustable Rate

   **If Adjustable Rate:**

   Initial Period Prior to First Adjustment _____ *(months)*

   Subsequent Adjustment Period _____ *(months)*

**Loan Features**

☐ Balloon/Balloon Term _____ *(months)*

☐ Interest Only/Interest Only Term _____ *(months)*

☐ Negative Amortization

☐ Prepayment Penalty/Prepayment Penalty Term _____ *(months)*

☐ Temporary Interest Rate Buydown/Initial Buydown Rate _____%

☐ Other *(explain)*: _____

**Terms of Loan**

Note Rate   4.500   %

Loan Term   360   *(months)*

**Mortgage Lien Type**

⊗ First Lien

○ Subordinate Lien

**Proposed Monthly Payment for Property**

| | |
|---|---|
| First Mortgage *(P & I)* | $ 1,996.97 |
| Subordinate Lien(s) *(P & I)* | $ |
| Homeowner's Insurance | $ 122.62 |
| Supplemental Property Insurance | $ |
| Property Taxes | $ 547.40 |
| Mortgage Insurance | $ |
| Association/Project Dues *(Condo, Co-Op, PUD)* | $ |
| Other | $ |
| **TOTAL** | $ 2,666.99 |

---

**Borrower Name(s):**   Courtney Chavez, Carter Chavez

Uniform Residential Loan Application - Lender Loan Information
Freddie Mac Form 65 ▪ Fannie Mae Form 1003

*Effective 1/2021*

DocMagic *eForms*

5881578071000000-1222506715-ED



**DUE FROM BORROWER(S)**

| | | | |
|---|---|---|---|
| **A.** | Sales Contract Price | $ | 525,500.00 |
| **B.** | Improvements, Renovations, and Repairs | $ | 0.00 |
| **C.** | Land *(if acquired separately)* | $ | |
| **D.** | For Refinance: Balance of Mortgage Loans on the Property to be paid off in the Transaction *(See Table 3a. Property You Own)* | $ | |
| **E.** | Credit Cards and Other Debts Paid Off *(See Table 2c. Liabilities - Credit Cards, Other Debts, and Leases that You Owe)* | $ | |
| **F.** | Borrower Closing Costs *(including Prepaid and Initial Escrow Payments)* | $ | 19,917.36 |
| **G.** | Discount Points | $ | |
| **H.** | **TOTAL DUE FROM BORROWER(s) *(Total of A thru G)*** | $ | 545,417.36 |

**TOTAL MORTGAGE LOANS**

| | | | |
|---|---|---|---|
| **I.** | Loan Amount<br>Loan Amount Excluding Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* $ 394,125.00<br>Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* Amount $ 0.00 | $ | 394,125.00 |
| **J.** | Other New Mortgage Loans on the Property the Borrower(s) is Buying or Refinancing *(See Table 4b. Other New Mortgage Loans on the Property You are Buying or Refinancing)* | $ | |
| **K.** | **TOTAL MORTGAGE LOANS *(Total of I and J)*** | $ | 394,125.00 |

**TOTAL CREDITS**

| | | | |
|---|---|---|---|
| **L.** | Seller Credits *(Enter the amount of Borrower(s) costs paid by the property seller)* | $ | 3,000.00 |
| **M.** | Other Credits *(Enter the sum of all other credits - Borrower Paid Fees, Earnest Money, Employer Assisted Housing, Lease Purchase Fund, Lot Equity, Relocation Funds, Sweat Equity, Trade Equity, Other)* | $ | 0.00 |
| **N.** | **TOTAL CREDITS *(Total of L and M)*** | $ | 3,000.00 |

**CALCULATION**

| | | |
|---|---|---|
| TOTAL DUE FROM BORROWER(s) *(Line H)* | $ | 545,417.36 |
| LESS TOTAL MORTGAGE LOANS *(Line K)* AND TOTAL CREDITS *(Line N)* | - $ | 397,125.00 |
| **Cash From/To the Borrower *(Line H minus Line K and Line N)*** <br>**NOTE: This amount does not include reserves or other funds that may be required by the Lender** <br>to be verified. | $ | 148,292.36 |

**Borrower Name(s):** Courtney Chavez, Carter Chavez<br>Uniform Residential Loan Application - Lender Loan Information<br>Freddie Mac Form 65 ▪ Fannie Mae Form 1003<br>*Effective 1/2021*   Page 2 of 2

*DocMagic eForms*<br>5881578071000000-1222506715-ED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT P

**DECLARATION OF MATTHEW R. SNYDER**

1  MATTHEW J. ESPOSITO (State Bar No. 223445)
   mje@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  Attorneys for Defendant
   FORD MOTOR CREDIT COMPANY LLC
7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11 | COURTNEY CHAVEZ and CARTER CHAVEZ, | Case No. 1:23-cv-01205-SKO |

   COURTNEY CHAVEZ and CARTER CHAVEZ,

12           Plaintiffs,                 **DEFENDANT FORD MOTOR
                                         CREDIT COMPANY LLC'S
13    vs.                                RESPONSES TO PLAINTIFFS'
                                         REQUESTS FOR ADMISSION**
14 FORD MOTOR CREDIT COMPANY
   LLC; EQUIFAX INFORMATION
15 SERVICES LLC.; EXPERIAN
   INFORMATION SOLUTIONS, INC.;
16 TRANS UNION LLC; and DOES 1-10
   inclusive,
17

18           Defendants.

19

20 PROPOUNDING PARTY:    PLAINTIFFS COURTNEY CHAVEZ AND CARTER

21                       CHAVEZ

22 RESPONDING PARTY:     DEFENDANT FORD MOTOR CREDIT COMPANY

23                       LLC

24 SET NO.:              ONE

25

26

27

28

DocuSign Envelope ID: 05B4A98E-914D-4DF1-9E91-9BA8AB47C4C8

**DEFENDANT FORD MOTOR CREDIT COMPANY'S RESPONSES TO PLAINTIFFS' REQUEST FOR ADMISSION**

Ford Motor Credit Company LLC, ("Ford Credit") by and through its attorneys of record responds to Plaintiffs' Request for Admission, follows:

**PRELIMINARY STATEMENT**

These Answers are made solely for the purpose of this action. Ford Credit has not yet completed its investigation of the facts related to this litigation and discovery is continuing. Accordingly, the following Responses are based upon, and therefore necessarily limited by, the records and information still in existence, presently collected, and thus far discovered in the course of preparing these Responses. Ford Credit reserves the right to produce at trial and make reference to any evidence, facts, documents, or information not yet discovered, or the relevance of which has not yet been identified, by Ford Credit or its counsel.

**REQUEST FOR ADMISSION NO. 1:**

Plaintiffs, COURTNEY CHAVEZ and CARTER CHAVEZ (hereinafter "Plaintiffs") are "CONSUMERS" as defined by Fair Credit Reporting Act, 15 U.S.C. §1681a.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Ford Credit objects to this request to the extent it calls for the witness verifying these discovery responses to provide a legal conclusion.

Subject to and without waiving these objections Ford Credit responds as follows:

ADMIT.

**REQUEST FOR ADMISSION NO. 2:**

Defendant is an "information furnisher" as defined at Fair Credit Reporting Act, 15 U.S.C. §1681.

DocuSign Envelope ID: 05B4A98E-914D-4DF1-9E91-9BA8AB47C4C8

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Ford Credit objects to this request to the extent it calls for the witness verifying these discovery responses to provide a legal conclusion.

Subject to and without waiving these objections Ford Credit responds as follows:

ADMIT.

**REQUEST FOR ADMISSION NO. 3:**

Defendant is an "information furnisher" pursuant to the California Consumer Credit Reporting Agencies Act, Cal. Civ. Code §1785, et seq.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Ford Credit objects to this request to the extent it calls for the witness verifying these discovery responses to provide a legal conclusion.

Subject to and without waiving these objections Ford Credit responds as follows:

ADMIT.

**REQUEST FOR ADMISSION NO. 4:**

Defendant furnished derogatory information, as the term is used in the Fair Credit Reporting Act and the California Consumer Credit Reporting Agencies Act, about Plaintiffs to credit reporting agencies or other third parties.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

DENY.

**REQUEST FOR ADMISSION NO. 5:**

The derogatory information about Plaintiffs that Defendant furnished, which is the subject of this lawsuit, is inaccurate, misleading, or incomplete.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

DENY.

**REQUEST FOR ADMISSION NO. 6:**

Defendant knew that the derogatory information aforementioned was false,

DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION

DocuSign Envelope ID: 05B4A98E-914D-4DF1-9E91-9BA8AB47C4C8

1  misleading, inaccurate, or incomplete.

2  **RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

3    DENY.

4  **REQUEST FOR ADMISSION NO. 7:**

5    Defendant reported derogatory information in connection with a debt

6  allegedly owed by Plaintiffs.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

8    DENY.

9  **REQUEST FOR ADMISSION NO. 8:**

10    YOU refused to correct the inaccurate reporting.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

12    DENY.

13  **REQUEST FOR ADMISSION NO. 9:**

14    DEALER has actual authority to enter into contracts on behalf of YOU.

15  **RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

16    Ford Credit objects to this request to the extent it calls for the witness

17  verifying these discovery responses to provide a legal conclusion.

18    Subject to and without waiving these objections Ford Credit responds as

19  follows:

20    DENY.

21  **REQUEST FOR ADMISSION NO. 10:**

22    DEALER has implied authority to enter into contracts on behalf of YOU.

23  **RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

24    Ford Credit objects to this request to the extent it calls for the witness

25  verifying these discovery responses to provide a legal conclusion.

26    Subject to and without waiving these objections Ford Credit responds as

27  follows:

28    DENY.

DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S RESPONSES TO PLAINTIFFS' REQUESTS FOR
ADMISSION

DocuSign Envelope ID: 05B4A98E-914D-4DF1-9E91-9BA8AB47C4C8

1  **REQUEST FOR ADMISSION NO. 11:**

2      DEALER has apparent authority to enter into contracts on behalf of YOU.

3  **RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

4      Ford Credit objects to this request to the extent it calls for the witness

5  verifying these discovery responses to provide a legal conclusion.

6      Subject to and without waiving these objections Ford Credit responds as

7  follows:

8      DENY.

9  **REQUEST FOR ADMISSION NO. 12:**

10      An agency relationship exists between YOU and DEALER.

11  **RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

12      Ford Credit objects to this request to the extent it calls for the witness

13  verifying these discovery responses to provide a legal conclusion.

14      Subject to and without waiving these objections Ford Credit responds as

15  follows:

16      DENY.

17

18  DATED:  May 10, 2024          SEVERSON & WERSON
                                   A Professional Corporation
19

20

21                          By: _____

22                                  MATTHEW J. ESPOSITO

23                          Attorneys for Defendant
24                          FORD MOTOR CREDIT COMPANY LLC

25

26

27

28

DocuSign Envelope ID: 05B4A98E-914D-4DF1-9E91-9BA8AB47C4C8

# VERIFICATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

I have read the foregoing and know its contents.

I, Jennifer Scholl, declare:

I am an Analyst for Ford Motor Credit Company LLC, Defendant in the above-entitled action. I have read **FORD MOTOR CREDIT COMPANY LLC'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION.**

To the best of my knowledge, the matters stated therein are true except as to those matters which are alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed on <u>May 10, 2024.</u>

Jennifer Scholl
Print Name of Signatory

DocuSigned by:

*Jennifer Scholl*
F013BE90FE5A4C5...
Signature

# PROOF OF SERVICE

***Courtney Chavez, et al. vs. Ford Motor Credit Company LLC, et al.***
**Case No. 1:23-at-00685**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On May 10, 2024, I served true copies of the following document(s):

**DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION**

on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL:  By agreement of the parties or by court order**, I caused a copy of the document(s) to be sent from e-mail address dra@severson.com to the persons at the e-mail addresses listed in the Service List.  The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 10, 2024, at Irvine, California.

_____
Dana R. Armbruster

1

**SERVICE LIST**

2

***Courtney Chavez, et al. vs. Ford Motor Credit Company LLC, et al.***
**Case No. 1:23-at-00685**

3

| | |
|---|---|
| Todd M. Friedman, Esq. | Attorneys for Plaintiffs |
| Matthew R. Snyder, Esq. | COURTNEY CHAVEZ and CARTER |
| Adrian R. Bacon, Esq. | CHAVEZ |
| LAW OFFICES OF TODD M. | |
| FRIEDMAN, P.C. | Telephone:  (323) 306-4324 |
| 21031 Ventura Blvd., Suite 340 | Facsimile:  (866) 633-0228 |
| Woodland Hills, CA 91364 | tfriedman@toddflaw.com |
| | abacon@toddflaw.com |
| | msnyder@toddflaw.com |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT Q

**DECLARATION OF MATTHEW R. SNYDER**

1  MATTHEW J. ESPOSITO (State Bar No. 223445)
   mje@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  Attorneys for Defendant
   FORD MOTOR CREDIT COMPANY LLC
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 COURTNEY CHAVEZ and CARTER        Case No. 1:23-cv-01205-SKO
   CHAVEZ,
12
              Plaintiffs,
13
       vs.                          **DEFENDANT FORD MOTOR**
14                                  **CREDIT COMPANY LLC'S FRCP**
   FORD MOTOR CREDIT COMPANY        **RULE 26(a) INITIAL**
15 LLC; EQUIFAX INFORMATION         **DISCLOSURES**
   SERVICES LLC.; EXPERIAN
16 INFORMATION SOLUTIONS, INC.;
   TRANS UNION LLC; and DOES 1-10
17 inclusive,

18            Defendants.

19

20        Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant

21 Ford Motor Credit Company LLC ("Ford Credit") hereby makes the following

22 initial disclosures.

23        Ford Credit has not completed its investigation into this matter and discovery

24 has not been completed. The following disclosures are based upon the information

25 reasonably available to Ford Credit based on its current understanding of Plaintiffs

26 Courtney and Carter Chavez' ("Plaintiffs") claims. Ford Credit reserves the right to

27 supplement or modify these disclosures and to use any additional information,

28 witnesses or evidence at any time, up to and including trial, as Plaintiffs elaborate on

their allegations or identify witnesses, new information is discovered, or new defenses or theories are developed.

These disclosures are also made subject to, and without waiving: (1) any claim of any applicable privilege including, but not limited to, the attorney-client privilege and the attorney work-product doctrine; (2) the right to object on any ground to any subsequent discovery request or other proceeding involving or relating to the subject matter of these disclosures; and (3) the right to object on any other applicable ground(s) to the admissibility of any item disclosed.

## I.      DISCLOSURES REQUIRED BY RULE 26(a)(1)(A)(i): IDENTIFICATION OF INDIVIDUALS

Pursuant to Rule 26(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Ford Credit identifies the following individuals likely to have discoverable information that Ford Credit may use to support its claims or defenses:

1.      Defendant Ford Credit's corporate representative(s) knowledgeable about: records reflecting the payment and other status of Plaintiffs' account and amounts due under the subject contract by Plaintiffs; nature of information furnished about Plaintiffs' account to consumer reporting agencies; investigation of any credit reporting disputes received from consumer reporting agencies; Ford Credit's collection, furnishing, and investigation policies and procedures aimed at avoiding violations of law alleged in the complaint; and credit reporting industry standards and practices for furnishing information to consumer reporting agencies. Ford Credit's corporate representative(s) may be contacted through counsel of record for Ford Credit, Matthew J. Esposito, Severson & Werson, APC, 17100 Von Karman Avenue, Ste. 700, Irvine, California 92612, (949) 442-7110, mje@severson.com.

2.      Plaintiffs, who have information regarding their acceptance of the terms of the subject contract and the handling of their account; receipt of any collection or other calls or communications from Ford Credit; false statements made by or on behalf of Plaintiffs in credit disputes submitted to consumer reporting

agencies; and the lack of cognizable damages arising out of any allegedly wrongful conduct by Ford Credit. Plaintiffs may be reached through their counsel of record, Todd M. Friedman; Law Offices of Todd M. Friedman, PC 21021 Ventura Blvd. Suite 340, Woodland Hills, CA 91364; 323-306-4234;, tfriedman@toddflaw.com.

3.    Experian's Person Most Qualified, who has information regarding any disputes it received from Plaintiff regarding information reported about Plaintiffs' account and information exchanged about said disputes, as well as Plaintiffs' credit reports obtained by third parties.

4.    Equifax's Person Most Qualified, who has information regarding any disputes it received from Plaintiffs regarding information reported about Plaintiffs' account and information exchanged about said disputes, as well as Plaintiffs' credit reports obtained by third parties.

5.    Trans Union's Person Most Qualified, who has information regarding any disputes it received from Plaintiffs regarding information reported about Plaintiffs' account and information exchanged about said disputes, as well as Plaintiffs' credit reports obtained by third parties.

6.    Unknown third parties that may have information regarding Plaintiffs' alleged damages and reporting industry standards and practices for furnishing charge off information to consumer reporting agencies. At this time, Ford Credit lacks any information or belief about the identities of these witnesses and how to contact them.

Ford Credit is continuing its ongoing investigation of this matter, and reserves the right to supplement or amend these disclosures upon the discovery of new information or upon the introduction of new issues in the case. As such, Ford Credit reserves the right to identify other individuals likely to have discoverable information that Ford Credit may use to support its claims or defenses.

## II.    DISCLOSURES REQUIRED BY RULE 26(a)(1)(A)(ii): IDENTIFICATION OF DOCUMENTS

Pursuant to Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Ford Credit provides the following description by category and location of all documents, electronically-stored information, and tangible things within its possession, custody, or control that Ford Credit may use to support its claims or defenses, unless solely for impeachment. The documents are within Ford Credit's care, custody, or control, and subject to the entry of a mutually-agreeable protective as may be appropriate, will be produced upon the appropriate Rule 34 request. By disclosing the following categories and locations of documents, Ford Credit does not waive any objections that it has to producing any such documents nor its right to arbitrate this dispute pursuant to the parties' account agreements.

1.    Account documents and records for the subject auto account, including but not limited to the subject lease contract, Activity Notes, payment history, and credit reporting dispute investigation records.

Ford Credit is continuing its ongoing investigation of this matter, and reserves the right to supplement or amend these disclosures upon the discovery of new information or upon the introduction of new issues in the case. As such, Ford Credit reserves the right to identify other documents, electronically stored information, and tangible things within its possession, custody or control that Ford Credit may use to support claims or defenses.

## III.    DISCLOSURES REQUIRED BY RULE 26(a)(1)(A)(iii): CALCULATION OF DAMAGES

Ford Credit is not seeking recovery of any damages at this time and therefore has nothing to disclose pursuant to Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure.

**IV.    DISCLOSURES REQUIRED BY RULE 26(a)(1)(A)(iv): INSURANCE**

Pursuant to Rule 26(a)(1)(A)(iv) of the Federal Rules of Civil Procedure, Ford Credit states that it has no insurance policy or reimbursement or indemnity agreement that in all reasonable possibility would be called upon to respond in whole or in part to the claims in this suit.


DATED:  April 12, 2024                    SEVERSON & WERSON
                                          A Professional Corporation



                                          By: _____
                                                MATTHEW J. ESPOSITO

                                          Attorneys for Defendant
                                          FORD MOTOR CREDIT COMPANY LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

### *Courtney Chavez, et al. vs. Ford Motor Credit Company LLC, et al.*
### Case No. 1:23-at-00685

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On April 12, 2024, I served true copies of the following document(s):

**DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S FRCP RULE 26(a)INITIAL DISCLOSURES**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL:  By agreement of the parties or by court order**, I caused a copy of the document(s) to be sent from e-mail address dra@severson.com to the persons at the e-mail addresses listed in the Service List.  The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 12, 2024, at Irvine, California.

_____
Dana R. Armbruster

08888.2074/16755956.1

DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S FRCP RULE 26(a)INITIAL DISCLOSURES

1

**SERVICE LIST**

2

*Courtney Chavez, et al. vs. Ford Motor Credit Company LLC, et al.*
**Case No. 1:23-at-00685**

3

| | |
|---|---|
| Todd M. Friedman, Esq. | Attorneys for Plaintiffs |
| Matthew R. Snyder, Esq. | COURTNEY CHAVEZ and CARTER |
| Adrian R. Bacon, Esq. | CHAVEZ |
| LAW OFFICES OF TODD M. | |
| FRIEDMAN, P.C. | Telephone:  (323) 306-4324 |
| 21031 Ventura Blvd., Suite 340 | Facsimile:   (866) 633-0228 |
| Woodland Hills, CA 91364 | tfriedman@toddflaw.com |
| | abacon@toddflaw.com |
| | msnyder@toddflaw.com |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12

EXHIBIT R

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF MATTHEW R. SNYDER**

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Matthew R. Snyder (SBN 350907)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
msnyder@toddflaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY CHAVEZ and CARTER CHAVEZ, <br><br> Plaintiff, <br><br> -vs- <br><br> FORD MOTOR CREDIT COMPANY LLC; EQUIFAX INFORMATION SERVICES LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 inclusive, <br> Defendants. | Case No.: 1:23-cv-01205-SKO <br><br> **PLAINTIFF CARTER CHAVEZ'S RESPONSES TO DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S REQUESTS FOR ADMISSION TO PLAINTIFF, SET ONE** |

**PROPOUNDING PARTY:**   Defendant, FORD MOTOR CREDIT COMPANY LLC

**RESPONDING PARTY:**   Plaintiff, CARTER CHAVEZ

**SET NUMBER:**   ONE (1)

Pursuant to Rule 36 for the Federal Rules of Civil Procedure, Plaintiff, CARTER CHAVEZ ("Plaintiff") responds to Defendant, FORD MOTOR CREDIT COMPANY LLC's ("Defendant") Requests for Admission, Set One, as follows:

## PRELIMINARY STATEMENT

These responses are made solely for the purpose of this litigation. Each response is subject to all appropriate objections, including but not limited to, objections concerning

competency, relevancy, materiality, form, and privilege that would require the exclusion of any statement if the interrogatory was asked of, or any statement was made by, a witness testifying in court.  Consequently, all such objections are reserved and may be interposed at time of trial.

Responding Party is furnishing information responsive to this demand as is presently available to him.  Such information may include hearsay and other forms of evidence that are neither admissible nor reliable.  The responses are given without prejudice to producing at trial subsequently discovered information omitted from the answers as a result of good faith oversight.

The party on whose behalf answers are given has not completed her investigation of the facts relating to this litigation and has not completed discovery or trial preparation. Consequently, the following responses are given without prejudice to amend, supplement, or modify and are subject to Responding Party's right to produce, at the time of trial or at any time during these proceedings, subsequently discovered evidence relating to the proof of currently known material facts and all evidence, wherever discovered, relating to the proof of subsequently-discovered material facts.

The Responding Party objects, and does not intend to produce any evidence which may be protected by the privileges against self-incrimination (*Evidence Code* § 940), attorney-client (*Evidence Code* §950), spousal communication (*Evidence Code* §980), physician-patient (*Evidence Code* §930), psychotherapist-patient (*Evidence Code* §1010), educational psychologist-patient (*Evidence Code* §1010.5), and official records (*Evidence Code* §1040). This is a continuing objection throughout these responses.

## **GENERAL OBJECTIONS**

Responding Party sets forth below its general objections.  These general objections are hereby incorporated by reference into each specific response.

Any response and/or specific objection is made without waiver of these general objections to propounding party's requests.

1. Responding Party objects to the requests to the extent they require Responding Party to explain fully the legal and factual basis for his contentions and otherwise set forth all information

pertaining to those contentions when the parties are at the outset of litigation and discovery are not yet complete.

2. Responding Party objects to the requests to the extent they improperly call for the disclosure of opinions, mental impressions, conclusions, legal research or legal theories of Responding Party's counsel, or to the extent they call for the disclosure of other information prepared in anticipation of litigation that is protected under Code of Civil Procedure § 2018 and applicable case law.

3. Responding Party objects to the requests to the extent they call for the disclosure of information protected by the attorney-client privilege. Responding Party will not disclose such information.

4. Responding Party objects to the requests to the extent they seek information not relevant or material to the substantive issues raised by this lawsuit under applicable law and are not reasonably calculated to lead to the discovery of admissible evidence.

5. Responding Party objects to the requests to the extent that they seek disclosure of information already in the possession of Propounding Party or information that is equally available to Propounding Party, either as a matter of public record or by direct contact with the source of the information.

6. Responding Party objects to the requests to the extent they are so vague, unduly burdensome, ambiguous, and overly broad in the context of this action as to render them impossible to respond to in any reasonable manner or amount of time or at any reasonable cost.

7. Responding Party objects to the requests to the extent that they call for disclosure of information not in Responding Party's possession, custody or control.

8. Responding Party objects to the requests to the extent they assume facts that are not in evidence.

9. Responding Party objects to the requests to the extent they seek information that violates Responding Party's right to privacy under applicable state and/or federal law.

10. Responding Party objects to the requests to the extent they seek information from persons outside the custody or control of Responding Party.

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION, SET ONE**

Notwithstanding these or any other objections, Responding Party responds to Requests for Admissions, (Set One) as follows:

## RESPONSES TO REQUEST FOR ADMISSIONS, SET ONE

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU entered into a lease contract for a 2018 Ford Escape with a VIN # 1FMCU9GD3JUA92354.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the document attached hereto as Exhibit 1 is a true and correct copy of the California Motor Vehicle Lease Agreement YOU signed on or about July 8, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the lessee signature on Exhibit 1 attached hereto is your genuine signatures.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Plaintiff states: Plaintiff admits in part and denies in part. Plaintiff admits that his signature is on the agreement but does not admit that he put his initials on Section 3 and Section 4 of the agreement.

**REQUEST FOR ADMISSION NO. 4:**

Admit the document attached hereto as Exhibit 2 is a true and correct copy of the credit application you signed in connection with the lease of the 2018 Ford Escape with a VIN # 1FMCU9GD3JUA92354.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 5:**

Admit that the applicant signature on Exhibit 2 attached hereto is your genuine signature.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 6:**

Admit that in or around July 2018, YOU set up online access to your Ford Credit account.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 7:**

Admit that YOU were able to access electronic statements for your Ford Credit account through Ford Credit's website.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU made payments on your Ford Credit lease through your Ford Credit's online portal.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 9:**

Admit that after July 2018, you received email communications from Ford Credit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 10:**

Admit that between September 2018 and June 2021, you received mail correspondence from Ford Credit about the upcoming termination of your lease.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Plaintiff states: Admit.

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION, SET ONE**

**REQUEST FOR ADMISSION NO. 11:**

Admit that between September 2018 and June 2021, you received e-mail correspondence from Ford Credit about the upcoming termination of your lease.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 12:**

Admit that in or about July 2021, you communicated with a Ford dealership and inquired about leasing another vehicle.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 13:**

Admit that prior to returning your leased Ford Escape, you were aware that you could schedule a complimentary pre-inspection of the vehicle within 60-days of your lease-end date to obtain an estimate of anticipated lease-end charges.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 14:**

Admit that you returned your leased 2018 Ford Escape to Lithia Ford of Fresno on or around July 7, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 15:**

Admit that you did not lease another Ford vehicle when your leased on the Ford Escape expired in July 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you did not purchase the 2018 Ford Escape with a VIN # 1FMCU9GD3JUA92354 at the conclusion of the lease term.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 17:**

Admit that you did not pay the disposition fee as provided in the lease agreement when you returned the 2018 Ford Escape following the completion of the lease.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Plaintiff objects to this request as it assumes facts not in evidence and is vague and ambiguous as to the term "disposition fee."  Subject to and without waiving said objections, Plaintiff states: Plaintiff admits in part and denies in part.  Plaintiff admits that he did not pay anything when he returned the 2018 Ford Escape, but denies that he was required to pay a fee as he was not asked to pay anything and was advised that he didn't need to do anything else when he returned the vehicle.

**REQUEST FOR ADMISSION NO. 18:**

Admit that on or around July 8, 2021, you received an invoice from Ford Credit in the amount of $427.98.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 19:**

Admit that the disposition fee was waived by Ford Credit at some point in 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Plaintiff objects to this request as it assumes facts not in evidence and is vague and ambiguous as to the term "disposition fee."  Subject to and without waiving said objections, Plaintiff states: Plaintiff states: Admit.

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION, SET ONE**

1  **REQUEST FOR ADMISSION NO. 20:**

2      Admit that YOU were informed through YOUR counsel that Ford Credit requested the

3  major Credit Reporting Agencies to remove the "Charge Off" comment from YOUR credit file

4  and report the account as "Paid/Closed" with a zero balance.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

6      Plaintiff states: Admit.

7  **REQUEST FOR ADMISSION NO. 21:**

8      Admit that you made no payments to Ford Credit after July 1, 2021.

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

10     Plaintiff states: Admit.

11

12

13  DATED: August 8, 2024                **LAW OFFICES OF TODD M. FRIEDMAN**

14

15

16

17                                      By:_____

18                                          Todd M. Friedman, Esq.,
                                            *Attorney for Plaintiffs,*
19                                          COURTNEY CHAVEZ AND
20                                          CARTER CHAVEZ

21

22

23

24

25

26

27

28

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION, SET ONE**

## PROOF OF SERVICE

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to this action. My business address is 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

On August 8, 2024, I served the foregoing document, described as:

**PLAINTIFF CARTER CHAVEZ'S RESPONSES TO DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S REQUESTS FOR ADMISSION TO PLAINTIFF, SET ONE**

[  ] the original of the document
[ x ] true copies of the document

as follows:

 Matthew J. Esposito
mje@severson.com
SEVERSON & WERSON
Attorney for Defendant

[ xx ] **BY ELECTRONIC MAIL**: I served the above documents in pdf format to the email listed in the service caption above. A true and correct copy of transmittal will be produced if requested by any party or the Court.

[ xx ] **STATE:** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[  ] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this August 8, 2024, at Woodland Hills, California.

_____

Erika Campany

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION, SET ONE**

EXHIBIT S

**DECLARATION OF MATTHEW R. SNYDER**

1 | Todd M. Friedman (SBN 216752)
2 | Adrian R. Bacon (SBN 280332)
   | Matthew R. Snyder (SBN 350907)
3 | LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   | 21031 Ventura Blvd, Suite 340
4 | Woodland Hills, CA 91364
   | Phone: 323-306-4234
5 | Fax: 866-633-0228
6 | tfriedman@toddflaw.com
   | abacon@toddflaw.com
7 | msnyder@toddflaw.com
   | *Attorneys for Plaintiffs*
8

9
   ### UNITED STATES DISTRICT COURT
10  ### EASTERN DISTRICT OF CALIFORNIA

11

12 | COURTNEY CHAVEZ and CARTER       | Case No.: 1:23-cv-01205-SKO
   | CHAVEZ,                          |
13 |                                  | **PLAINTIFF COURTNEY CHAVEZ'S**
   | Plaintiff,                       | **RESPONSES TO DEFENDANT FORD**
14 |                                  | **MOTOR CREDIT COMPANY LLC'S**
   | -vs-                             | **REQUESTS FOR ADMISSION TO**
15 |                                  | **PLAINTIFF, SET ONE**
16 | FORD MOTOR CREDIT COMPANY LLC;   |
   | EQUIFAX INFORMATION SERVICES     |
17 | LLC.; EXPERIAN INFORMATION       |
   | SOLUTIONS, INC.; TRANS UNION LLC;|
18 | and DOES 1-10 inclusive,         |
19 | Defendants.                      |

20

21 **PROPOUNDING PARTY:**   Defendant, FORD MOTOR CREDIT COMPANY LLC

22 **RESPONDING PARTY:**   Plaintiff, COURTNEY CHAVEZ

23 **SET NUMBER:**   ONE (1)

24    Pursuant to Rule 36 for the Federal Rules of Civil Procedure, Plaintiff, COURTNEY

25 CHAVEZ ("Plaintiff") responds to Defendant, FORD MOTOR CREDIT COMPANY LLC's

26 ("Defendant") Requests for Admission, Set One, as follows:

27    ### PRELIMINARY STATEMENT

28    These responses are made solely for the purpose of this litigation.  Each response is
subject to all appropriate objections, including but not limited to, objections concerning

competency, relevancy, materiality, form, and privilege that would require the exclusion of any statement if the interrogatory was asked of, or any statement was made by, a witness testifying in court.  Consequently, all such objections are reserved and may be interposed at time of trial.

Responding Party is furnishing information responsive to this demand as is presently available to him.  Such information may include hearsay and other forms of evidence that are neither admissible nor reliable.  The responses are given without prejudice to producing at trial subsequently discovered information omitted from the answers as a result of good faith oversight.

The party on whose behalf answers are given has not completed her investigation of the facts relating to this litigation and has not completed discovery or trial preparation.  Consequently, the following responses are given without prejudice to amend, supplement, or modify and are subject to Responding Party's right to produce, at the time of trial or at any time during these proceedings, subsequently discovered evidence relating to the proof of currently known material facts and all evidence, wherever discovered, relating to the proof of subsequently-discovered material facts.

The Responding Party objects, and does not intend to produce any evidence which may be protected by the privileges against self-incrimination (*Evidence Code* § 940), attorney-client (*Evidence Code* §950), spousal communication (*Evidence Code* §980), physician-patient (*Evidence Code* §930), psychotherapist-patient (*Evidence Code* §1010), educational psychologist-patient (*Evidence Code* §1010.5), and official records (*Evidence Code* §1040).  This is a continuing objection throughout these responses.

## **GENERAL OBJECTIONS**

Responding Party sets forth below its general objections.  These general objections are hereby incorporated by reference into each specific response.

Any response and/or specific objection is made without waiver of these general objections to propounding party's requests.

1. Responding Party objects to the requests to the extent they require Responding Party to explain fully the legal and factual basis for his contentions and otherwise set forth all information

pertaining to those contentions when the parties are at the outset of litigation and discovery are not yet complete.

2. Responding Party objects to the requests to the extent they improperly call for the disclosure of opinions, mental impressions, conclusions, legal research or legal theories of Responding Party's counsel, or to the extent they call for the disclosure of other information prepared in anticipation of litigation that is protected under Code of Civil Procedure § 2018 and applicable case law.

3. Responding Party objects to the requests to the extent they call for the disclosure of information protected by the attorney-client privilege. Responding Party will not disclose such information.

4. Responding Party objects to the requests to the extent they seek information not relevant or material to the substantive issues raised by this lawsuit under applicable law and are not reasonably calculated to lead to the discovery of admissible evidence.

5. Responding Party objects to the requests to the extent that they seek disclosure of information already in the possession of Propounding Party or information that is equally available to Propounding Party, either as a matter of public record or by direct contact with the source of the information.

6. Responding Party objects to the requests to the extent they are so vague, unduly burdensome, ambiguous, and overly broad in the context of this action as to render them impossible to respond to in any reasonable manner or amount of time or at any reasonable cost.

7. Responding Party objects to the requests to the extent that they call for disclosure of information not in Responding Party's possession, custody or control.

8. Responding Party objects to the requests to the extent they assume facts that are not in evidence.

9. Responding Party objects to the requests to the extent they seek information that violates Responding Party's right to privacy under applicable state and/or federal law.

10. Responding Party objects to the requests to the extent they seek information from persons outside the custody or control of Responding Party.

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS, SET ONE**

Notwithstanding these or any other objections, Responding Party responds to Requests for Admissions, (Set One) as follows:

## RESPONSES TO REQUEST FOR ADMISSIONS, SET ONE

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU entered into a lease contract for a 2018 Ford Escape with a VIN # 1FMCU9GD3JUA92354.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the document attached hereto as Exhibit 1 is a true and correct copy of the California Motor Vehicle Lease Agreement YOU signed on or about July 8, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the lessee signature on Exhibit 1 attached hereto is your genuine signatures.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Plaintiff states: Plaintiff admits that her signature is on the Lease Agreement but does not recall putting her initials on Sections 3 and 4 or being told about Section 3.

**REQUEST FOR ADMISSION NO. 4:**

Admit the document attached hereto as Exhibit 2 is a true and correct copy of the credit application you signed in connection with the lease of the 2018 Ford Escape with a VIN # 1FMCU9GD3JUA92354.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 5:**

Admit that the applicant signature on Exhibit 2 attached hereto is your genuine signature.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 6:**

Admit that in or around July 2018, YOU set up online access to your Ford Credit account.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 7:**

Admit that YOU were able to access electronic statements for your Ford Credit account through Ford Credit's website.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU made payments on your Ford Credit lease through your Ford Credit's online portal.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 9:**

Admit that after July 2018, you received email communications from Ford Credit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 10:**

Admit that between September 2018 and June 2021, you received mail correspondence from Ford Credit about the upcoming termination of your lease.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Plaintiff states: Admit.

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS, SET ONE**

**REQUEST FOR ADMISSION NO. 11:**

Admit that between September 2018 and June 2021, you received e-mail correspondence from Ford Credit about the upcoming termination of your lease.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 12:**

Admit that in or about July 2021, you communicated with a Ford dealership and inquired about leasing another vehicle.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 13:**

Admit that prior to returning your leased Ford Escape, you were aware that you could schedule a complimentary pre-inspection of the vehicle within 60-days of your lease-end date to obtain an estimate of anticipated lease-end charges.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 14:**

Admit that you returned your leased 2018 Ford Escape to Lithia Ford of Fresno on or around July 7, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 15:**

Admit that you did not lease another Ford vehicle when your lease on the Ford Escape expired in July 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you did not purchase the 2018 Ford Escape with a VIN # 1FMCU9GD3JUA92354 at the conclusion of the lease term.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 17:**

Admit that you did not pay the disposition fee as provided in the lease agreement when you returned the 2018 Ford Escape following the completion of the lease.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Plaintiff objects to this request as it assumes facts not in evidence and is vague and ambiguous as to the term "disposition fee."  Subject to and without waiving said objections, Plaintiff states: Plaintiff admits in part and denies in part.  When Plaintiff returned the vehicle to the dealership, no disposition fee was mentioned and Plaintiffs were not told that anything was owed on the vehicle.  Plaintiffs were told that they were all set and didn't need to do anything else.

**REQUEST FOR ADMISSION NO. 18:**

Admit that on or around July 8, 2021, you received an invoice from Ford Credit in the amount of $427.98.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Plaintiff states: Admit.

**REQUEST FOR ADMISSION NO. 19:**

Admit that the disposition fee was waived by Ford Credit at some point in 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Plaintiff objects to this request as it assumes facts not in evidence and is vague and ambiguous as to the term "disposition fee."  Subject to and without waiving said objections, Plaintiff states:  Admit.

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS, SET ONE**

1

**REQUEST FOR ADMISSION NO. 20:**

2

       Admit that YOU were informed through YOUR counsel that Ford Credit requested the

3

major Credit Reporting Agencies to remove the "Charge Off" comment from YOUR credit file

4

and report the account as "Paid/Closed" with a zero balance.

5

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

6

       Plaintiff states: Admit.

7

**REQUEST FOR ADMISSION NO. 21:**

8

       Admit that you made no payments to Ford Credit after July 1, 2021.

9

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

10

       Plaintiff states: Admit.

11

12

DATED: August 8, 2024                    **LAW OFFICES OF TODD M. FRIEDMAN**

13

14

15

16

                                   By:_____

17

                                       Todd M. Friedman, Esq.
                                       *Attorney for Plaintiffs,*
18
                                       COURTNEY CHAVEZ AND
19                                     CARTER CHAVEZ

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS, SET ONE**

## **PROOF OF SERVICE**

I am employed in Los Angeles County, California.  I am over the age of 18 and not a party to this action.  My business address is 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

On August 8, 2024, I served the foregoing document, described as:

**PLAINTIFF COURTNEY CHAVEZ'S RESPONSES TO DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S REQUESTS FOR ADMISSION TO PLAINTIFF, SET ONE**

[   ] the original of the document
[ x ] true copies of the document

 as follows:

 Matthew J. Esposito
mje@severson.com
SEVERSON & WERSON
Attorney for Defendant

[ xx ] **BY ELECTRONIC MAIL**: I served the above documents in pdf format to the email listed in the service caption above.  A true and correct copy of transmittal will be produced if requested by any party or the Court.

[ xx ] **STATE:** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[   ] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this August 8, 2024, at Woodland Hills, California.

_____
                                     Erika Campany

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS, SET ONE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT T

**DECLARATION OF MATTHEW R. SNYDER**

1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   Matthew R. Snyder (SBN 350907)
3  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   21031 Ventura Blvd, Suite 340
4  Woodland Hills, CA 91364
   Phone: 323-306-4234
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
   abacon@toddflaw.com
7  msnyder@toddflaw.com
   *Attorneys for Plaintiffs*
8

9              **UNITED STATES DISTRICT COURT**
10             **EASTERN DISTRICT OF CALIFORNIA**

11
12 | COURTNEY CHAVEZ and CARTER | Case No.: 1:23-cv-01205-SKO
   | CHAVEZ, |
13 | | **PLAINTIFF CARTER CHAVEZ'S**
   | Plaintiff, | **RESPONSES TO DEFENDANT FORD**
14 | | **MOTOR CREDIT COMPANY LLC'S**
   | -vs- | **INTERROGATORIES TO PLAINTIFF,**
15 | | **SET ONE**
16 | FORD MOTOR CREDIT COMPANY LLC; |
   | EQUIFAX INFORMATION SERVICES |
17 | LLC.; EXPERIAN INFORMATION |
   | SOLUTIONS, INC.; TRANS UNION LLC; |
18 | and DOES 1-10 inclusive, |
19 | Defendants. |

20

21 **PROPOUNDING PARTY:**   Defendant, FORD MOTOR CREDIT COMPANY LLC
22
23 **RESPONDING PARTY:**   Plaintiff, CARTER CHAVEZ
24 **SET NUMBER:**   ONE (1)
        Pursuant to Rule 33 for the Federal Rules of Civil Procedure, Plaintiff, CARTER
25 CHAVEZ ("Plaintiff") responds to Defendant, FORD MOTOR CREDIT COMPANY LLC's
26 ("Defendant") Interrogatories, Set One, as follows:
27        This responding party and his counsel have not completed their discovery or preparation
28 for trial nor have they completed their analysis and review of the investigation and other trial

preparation matters, and subjects obtained or conducted to date. These responses therefore state the present information and analysis of the responding party and his counsel as acquired and reviewed to date without prejudice to this responding party's right to present additional facts, contentions or theories at trial based upon information, evidence or analysis hereafter obtained or evaluated. The following responses state the information, facts, evidence and contentions known to and evaluated by this responding party and his counsel.

This responding party further hereby provides the following responses without prejudice to further discovery and specifically reserves the right to present subsequently discovered evidence at trial of this action.

Each of the following responses and answers is rendered and based upon information in the possession of the responding party at the time of the preparation of these answers after diligent inquiry. Discovery will continue as long as permitted by statute or stipulation of the parties and the investigation of this responding party's attorneys and agents will continue to and throughout the trial of this action. This responding party therefore specifically reserves the right at the time of trial to introduce any evidence from any source which may hereafter be discovered and testimony from any witnesses whose identities may hereafter be discovered.

If any information has unintentionally been omitted from these responses, the interrogated party reserves the right to apply for relief so as to permit the insertion of the omitted data from these responses. This responding party has made every effort to obtain documentation necessary to respond to these interrogatories. These introductory comments shall apply to each and every answer given herein and shall be incorporated by reference as though fully set forth in all of the interrogatory responses appearing on the following pages. Finally, as some of these responses may have been ascertained by this responding party's attorneys and investigators, this responding party may not have personal knowledge of the information from which these responses are derived.

To the extent that any of these interrogatories call for responses which are protected by the attorney/client and/or attorney work product privileges, this responding party objects to said interrogatories on that basis.

PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE

To the extent that any of these interrogatories call for responses which are of a confidential and proprietary nature as protected by the United States Constitution and/or the California Constitution, this responding party objects to said interrogatories on that basis.

To the extent that any of the interrogatories call for responses which are protected by any additional privileges, this responding party objects to the answering of said interrogatories on that basis.

## RESPONSES TO SPECIAL INTERROGATORIES

**SPECIAL INTERROGATORY NO. 1:**

Identify all residence addresses used by you from January 1, 2018 to present.

**RESPONSE TO SPECIAL INTERROGATORY NO. 1:**

Plaintiff states: 841 E Cortland Ave, Fresno CA 93704 from prior to January 1, 2018 until April 2022; 454 W Twain Ave, Fresno Ca 93704 from April 2022-September 2022; and 1590 W Roberts Ave, Fresno CA 93711 from September 2022-Present

**SPECIAL INTERROGATORY NO. 2:**

Identify and describe any damages you attribute to Ford Motor Credit Company LLC relating to this action.

**RESPONSE TO SPECIAL INTERROGATORY NO. 2:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope so as to be unduly burdensome, harassing, and oppressive; calls for a narrative response more suited to a deposition; and is vague and ambiguous. Subject to and without waiving said objections, Plaintiff states: Plaintiffs attempted to purchase a new home in March 2022. The house was on the same street as very close friends of theirs. Plaintiffs wanted to move to a good community with their good friends. Plaintiffs were negotiating with the seller for the price of the home before it came on the market. The negotiations were underway when Ford reported the derogatory item on Plaintiff's credit reports. Plaintiff's credit scores dropped dramatically, which would have caused Plaintiffs to pay tens of thousands of dollars in additional interest if they purchased the home. Plaintiffs could not go through with the purchase due to that drop in their credit score.

Plaintiffs have not calculated the monetary loss of their dream home at this time. Plaintiffs are seeking statutory damages of $1,000 per Plaintiff under the Fair Credit Reporting Act and $5,000 per Plaintiff under the California Consumer Credit Reporting Agencies, as well as actual damages. Plaintiffs are also seeking damages under the Consumer Legal Remedies Act, including actual damages and punitive damages. Investigation continues.

**SPECIAL INTERROGATORY NO. 3:**

Identify all creditors you submitted credit applications for "CONSUMER LOANS" since July 1, 2018 to January 1, 2024. For purposes of these Interrogatories, the terms "CONSUMER LOANS" shall refer to consumer loans for mortgages, credit cards, auto loans, student loans, and personal loans.

**RESPONSE TO SPECIAL INTERROGATORY NO. 3:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiff does not recall each and every credit application he submitted between July 1, 2018, to January 1, 2024. Plaintiff was seeking a mortgage at the time that Defendant reported the derogatory item on Plaintiff's credit reports. Plaintiffs leased vehicles from Honda in July 2021 and in May 2024. Investigation continues.

**SPECIAL INTERROGATORY NO. 4:**

Identify any creditors who provided Adverse Action letters pursuant to 15 USC § 1681 in response to your credit applications for CONSUMER LOANS from July 1, 2018 to January 1, 2024.

**RESPONSE TO SPECIAL INTERROGATORY NO. 4:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections,

Plaintiff states: Plaintiff is still attempting to locate or obtain the requested information and will supplement this response.  Investigation continues.

**SPECIAL INTERROGATORY NO. 5:**

Identify any home loans you attempted to obtain between the years of 2018 and 2024 including the lender, the amount sought, the date applied for and the result of said application.

**RESPONSE TO SPECIAL INTERROGATORY NO. 5:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is compound; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiff's father in-law, Rocky Covarrubias is a loan officer and was helping Plaintiffs attempt to purchase a new home.  During the time that Plaintiffs were negotiating their deal with the seller, Ford placed the derogatory item on Plaintiff's credit reports.  Mr. Covarrubias advised Plaintiffs' that the item had dropped their credit scores so much that the interest rates on their mortgage would be much higher, costing Plaintiffs tens of thousands of dollars more than they had anticipated and expected.  Plaintiffs did not go through with the purchase of the home due to the increased costs.  Investigation continues.

**SPECIAL INTERROGATORY NO. 6:**

Identify all witnesses who have information regarding the home loan application(s) described in your response to Interrogatory No. 5.

**RESPONSE TO SPECIAL INTERROGATORY NO. 6:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs Carter Chavez and Courtney Chavez, and Rocky Covarrubias, Loan Officer NMLS #234624.  Investigation continues.

**SPECIAL INTERROGATORY NO. 7:**

Identify all documents relating to any of the home loan applications described in your response to Interrogatory No. 5.

**RESPONSE TO SPECIAL INTERROGATORY NO. 7:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiff cannot currently locate or obtain the requested documentation. Plaintiff will attempt to obtain the requested documentation and supplement this response. Investigation continues.

**SPECIAL INTERROGATORY NO. 8:**

Identify any vehicle loans you attempted to obtain between the years of 2018 and 2024 including the lender, the amount sought, the date applied for and the result of said application

**RESPONSE TO SPECIAL INTERROGATORY NO. 8:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is compound; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs were advised that there were no available vehicles from Ford at the time they returned their vehicle. Plaintiffs then applied for a lease of a 2021 Honda Odyssey in July of 2021. Plaintiffs also applied for another lease on a 2024 Honda Odyssey in May of 2024. Plaintiffs were given leases by Honda on both occasions. Investigation continues.

**SPECIAL INTERROGATORY NO. 9:**

Identify all witnesses who have information regarding the vehicle loan application(s) described in your response to Interrogatory No. 8.

**RESPONSE TO SPECIAL INTERROGATORY NO. 9:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; violates

Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs Carter Chavez and Courtney Chavez.  Also Employees of Clawson Honda of Fresno.  Investigation continues.

**SPECIAL INTERROGATORY NO. 10:**

Identify all documents relating to any of the vehicle loan application(s) described in your response to Interrogatory No. 8.

**RESPONSE TO SPECIAL INTERROGATORY NO. 10:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs have produced the lease agreements for both vehicles.  Investigation continues.

**SPECIAL INTERROGATORY NO. 11:**

State all facts that support your contention that you did not owe the disposition fee that you were charged pursuant to the lease agreement.

**RESPONSE TO SPECIAL INTERROGATORY NO. 11:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; seeks information in the possession of and/or equally available to Defendant; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiff has no recollection of being told about the disposition fee at the time of the lease of the vehicle, and does not remember putting his initials on sections 3 and 4 of the contract.  In January of 2021, Plaintiffs' third child was born.  Plaintiffs also had a 5-year-old who was in a car seat and a 1-year-old that was in a car seat.  Plaintiffs had a very hard time fitting their growing family into the Escape.  Plaintiffs decided that when their lease was up, they needed to get a larger vehicle.  They wanted to upsize to a minivan.  Around May of 2021, as the end of

their lease approached, Plaintiffs began looking for a larger vehicle. They first looked at Fords. They reached out to John Andrews to see if there were any mini vans available at any of the Ford dealers. He looked around at his dealership in Auburn CA, and in Fresno Ca, and even other cities that might have a mini van in their inventory. During this time there was very minimal inventory at every dealership due to the chip shortage, and John Andrews couldn't locate a vehicle that fit Plaintiff's needs. Plaintiffs returned the Ford at the end of the lease. It passed a return inspection with no marks. Plaintiffs asked if they owed any balance or additional fees. They were told no. They received a notice from Ford two months later stating that they owed over $400 for not leasing or purchasing another vehicle from Ford. Plaintiffs had never been advised prior to that date that they owed this disposition fee, and had in fact been told that they owed nothing. Investigation continues.

**SPECIAL INTERROGATORY NO. 12:**

Identify all witnesses supporting your contention that you did not owe the disposition fee that was charged pursuant to the lease agreement.

**RESPONSE TO SPECIAL INTERROGATORY NO. 12:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; seeks information in the possession of and/or equally available to Defendant; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs Carter Chavez and Courtney Chavez; Rocky Covarrubias and Velvia Andrews. Investigation continues.

**SPECIAL INTERROGATORY NO. 13:**

Identify all documents supporting your contention that you did not owe the disposition fee that was charged pursuant to the lease agreement.

**RESPONSE TO SPECIAL INTERROGATORY NO. 13:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; seeks information in the possession of and/or equally available to Defendant; violates Plaintiff's Right

to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Vehicle condition report in Defendant's possession.  Investigation continues.

**SPECIAL INTERROGATORY NO. 14:**

State the dates you resided at the address of 841 E. Cortland Avenue, Fresno, California 93704.

**RESPONSE TO SPECIAL INTERROGATORY NO. 14:**

Plaintiff objects to this interrogatory on the grounds that it: is irrelevant; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: From September 2014- April 2022.

**SPECIAL INTERROGATORY NO. 15:**

State the full names of any individual you spoke with at Lithia Ford of Fresno in 2018 regarding the lease of the 2018 Ford Escape.

**RESPONSE TO SPECIAL INTERROGATORY NO. 15:**

Plaintiff objects to this interrogatory on the grounds that it: is not relevant or reasonably calculated to lead to the discovery of admissible evidence; is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; seeks information in the possession of and/or equally available to Defendant; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs did not speak to anyone at Lithia Ford of Fresno in 2018 regarding the lease of the 2018 Ford Escape.  They spoke to John Andrews of Auburn Ford.   Investigation continues.

**SPECIAL INTERROGATORY NO. 16:**

State the full names of any individual you spoke with at Lithia Ford of Fresno in 2018 regarding the return of the 2018 Ford Escape at the end of the lease term.

**PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE**

1   **RESPONSE TO SPECIAL INTERROGATORY NO. 16:**

2          Plaintiff objects to this interrogatory on the grounds that it: is not relevant or reasonably

3   calculated to lead to the discovery of admissible evidence; is overbroad as to scope and time so

4   as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; seeks

5   information in the possession of and/or equally available to Defendant; violates Plaintiff's Right

6   to Privacy protected by Article I, Section 1 of the California Constitution, and violates the

7   privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states:

8   Plaintiffs did not speak to anyone at Lithia Ford of Fresno in 2018 regarding the return of the

9   2018 Ford Escape at the end of the lease term.  The lease term ended in 2021.  Plaintiffs cannot

10  recall the names of anyone they spoke with at Lithia Ford of Fresno in 2021.   Investigation

11  continues.

16  DATED: August 8, 2024                    **LAW OFFICES OF TODD M. FRIEDMAN**

20                                           By:_____

21                                               Todd M. Friedman, Esq.
22                                               *Attorney for Plaintiffs,*
23                                               COURTNEY CHAVEZ AND
                                                 CARTER CHAVEZ

**PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE**

VERIFICATION TO FOLLOW

**PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE**

## **PROOF OF SERVICE**

I am employed in Los Angeles County, California.  I am over the age of 18 and not a party to this action.  My business address is 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

On August 8, 2024, I served the foregoing document, described as:

**PLAINTIFF CARTER CHAVEZ'S RESPONSES TO DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S INTERROGATORIES TO PLAINTIFF, SET ONE**

[   ] the original of the document
[ x ] true copies of the document

as follows:

Matthew J. Esposito
mje@severson.com
SEVERSON & WERSON
Attorney for Defendant

[ xx ] **BY ELECTRONIC MAIL**: I served the above documents in pdf format to the email listed in the service caption above.  A true and correct copy of transmittal will be produced if requested by any party or the Court.

[ xx ] **STATE:** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[   ] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this August 8, 2024, at Woodland Hills, California.



_____

Erika Campany

**PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT U

**DECLARATION OF MATTHEW R. SNYDER**

1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   Matthew R. Snyder (SBN 350907)
3  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   21031 Ventura Blvd, Suite 340
4  Woodland Hills, CA 91364
   Phone: 323-306-4234
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com
   msnyder@toddflaw.com
7  *Attorneys for Plaintiffs*

8

9              UNITED STATES DISTRICT COURT
10            EASTERN DISTRICT OF CALIFORNIA

11

12 COURTNEY CHAVEZ and CARTER        Case No.: 1:23-cv-01205-SKO
   CHAVEZ,
13                                   **PLAINTIFF COURTNEY CHAVEZ'S**
   Plaintiff,                        **RESPONSES TO DEFENDANT FORD**
14                                   **MOTOR CREDIT COMPANY LLC'S**
                                     **INTERROGATORIES TO PLAINTIFF,**
15 -vs-                             **SET ONE**

16 FORD MOTOR CREDIT COMPANY LLC;
   EQUIFAX INFORMATION SERVICES
17 LLC.; EXPERIAN INFORMATION
   SOLUTIONS, INC.; TRANS UNION LLC;
18 and DOES 1-10 inclusive,
   Defendants.
19

20

21

22 **PROPOUNDING PARTY:**   Defendant, FORD MOTOR CREDIT COMPANY LLC

23 **RESPONDING PARTY:**   Plaintiff, COURTNEY CHAVEZ

24 **SET NUMBER:**   ONE (1)

25         Pursuant to Rule 33 for the Federal Rules of Civil Procedure, Plaintiff, COURTNEY

26 CHAVEZ ("Plaintiff") responds to Defendant, FORD MOTOR CREDIT COMPANY LLC's

27 ("Defendant") Interrogatories, Set One, as follows:

28         This responding party and his counsel have not completed their discovery or preparation

   for trial nor have they completed their analysis and review of the investigation and other trial

                                      -1-

preparation matters, and subjects obtained or conducted to date. These responses therefore state the present information and analysis of the responding party and his counsel as acquired and reviewed to date without prejudice to this responding party's right to present additional facts, contentions or theories at trial based upon information, evidence or analysis hereafter obtained or evaluated. The following responses state the information, facts, evidence and contentions known to and evaluated by this responding party and his counsel.

This responding party further hereby provides the following responses without prejudice to further discovery and specifically reserves the right to present subsequently discovered evidence at trial of this action.

Each of the following responses and answers is rendered and based upon information in the possession of the responding party at the time of the preparation of these answers after diligent inquiry. Discovery will continue as long as permitted by statute or stipulation of the parties and the investigation of this responding party's attorneys and agents will continue to and throughout the trial of this action. This responding party therefore specifically reserves the right at the time of trial to introduce any evidence from any source which may hereafter be discovered and testimony from any witnesses whose identities may hereafter be discovered.

If any information has unintentionally been omitted from these responses, the interrogated party reserves the right to apply for relief so as to permit the insertion of the omitted data from these responses. This responding party has made every effort to obtain documentation necessary to respond to these interrogatories. These introductory comments shall apply to each and every answer given herein and shall be incorporated by reference as though fully set forth in all of the interrogatory responses appearing on the following pages. Finally, as some of these responses may have been ascertained by this responding party's attorneys and investigators, this responding party may not have personal knowledge of the information from which these responses are derived.

To the extent that any of these interrogatories call for responses which are protected by the attorney/client and/or attorney work product privileges, this responding party objects to said interrogatories on that basis.

PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE

To the extent that any of these interrogatories call for responses which are of a confidential and proprietary nature as protected by the United States Constitution and/or the California Constitution, this responding party objects to said interrogatories on that basis.

To the extent that any of the interrogatories call for responses which are protected by any additional privileges, this responding party objects to the answering of said interrogatories on that basis.

## RESPONSES TO SPECIAL INTERROGATORIES

**SPECIAL INTERROGATORY NO. 1:**

Identify all residence addresses used by you from January 1, 2018 to present.

**RESPONSE TO SPECIAL INTERROGATORY NO. 1:**

Plaintiff states: 841 E Cortland Ave, Fresno CA 93704 from prior to January 1, 2018 until April 2022; 454 W Twain Ave, Fresno Ca 93704 from April 2022-September 2022; and 1590 W Roberts Ave, Fresno CA 93711 from September 2022-Present

**SPECIAL INTERROGATORY NO. 2:**

Identify and describe any damages you attribute to Ford Motor Credit Company LLC relating to this action.

**RESPONSE TO SPECIAL INTERROGATORY NO. 2:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope so as to be unduly burdensome, harassing, and oppressive; calls for a narrative response more suited to a deposition; and is vague and ambiguous. Subject to and without waiving said objections, Plaintiff states: Plaintiffs attempted to purchase a new home in March 2022. The house was on the same street as very close friends of theirs. Plaintiffs wanted to move to a good community with their good friends. Plaintiffs were negotiating with the seller for the price of the home before it came on the market. The negotiations were underway when Ford reported the derogatory item on Plaintiff's credit reports. Plaintiff's credit scores dropped dramatically, which would have caused Plaintiffs to pay tens of thousands of dollars in additional interest if they purchased the home. Plaintiffs could not go through with the purchase due to that drop in their credit score.

Plaintiffs have not calculated the monetary loss of their dream home at this time.  Plaintiffs are seeking statutory damages of $1,000 per Plaintiff under the Fair Credit Reporting Act and $5,000 per Plaintiff under the California Consumer Credit Reporting Agencies, as well as actual damages.  Plaintiffs are also seeking damages under the Consumer Legal Remedies Act, including actual damages and punitive damages.  Investigation continues.

**SPECIAL INTERROGATORY NO. 3:**

Identify all creditors you submitted credit applications for "CONSUMER LOANS" since July 1, 2018 to January 1, 2024. For purposes of these Interrogatories, the terms "CONSUMER LOANS" shall refer to consumer loans for mortgages, credit cards, auto loans, student loans, and personal loans.

**RESPONSE TO SPECIAL INTERROGATORY NO. 3:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiff does not recall each and every credit application  he submitted between July 1, 2018, to January 1, 2024.  Plaintiff was seeking a mortgage at the time that Defendant reported the derogatory item on Plaintiff's credit reports.  Plaintiffs leased vehicles from Honda in July 2021 and in May 2024.  Investigation continues.

**SPECIAL INTERROGATORY NO. 4:**

Identify any creditors who provided Adverse Action letters pursuant to 15 USC § 1681 in response to your credit applications for CONSUMER LOANS from July 1, 2018 to January 1, 2024.

**RESPONSE TO SPECIAL INTERROGATORY NO. 4:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections,

1    Plaintiff states: Plaintiff is still attempting to locate or obtain the requested information and will

2    supplement this response.  Investigation continues.

3    **SPECIAL INTERROGATORY NO. 5:**

4        Identify any home loans you attempted to obtain between the years of 2018 and 2024

5    including the lender, the amount sought, the date applied for and the result of said application.

6    **RESPONSE TO SPECIAL INTERROGATORY NO. 5:**

7        Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and

8    time so as to be unduly burdensome, harassing, and oppressive; is compound; violates Plaintiff's

9    Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the

10   privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states:

11   Plaintiff's father, Rocky Covarrubias is a loan officer and was helping Plaintiffs attempt to

12   purchase a new home.  During the time that Plaintiffs were negotiating their deal with the seller,

13   Ford placed the derogatory item on Plaintiff's credit reports.  Mr. Covarrubias advised Plaintiffs'

14   that the item had dropped their credit scores so much that the interest rates on their mortgage

15   would be much higher, costing Plaintiffs tens of thousands of dollars more than they had

16   anticipated and expected.  Plaintiffs did not go through with the purchase of the home due to the

17   increased costs.  Investigation continues.

18   **SPECIAL INTERROGATORY NO. 6:**

19       Identify all witnesses who have information regarding the home loan application(s)

20   described in your response to Interrogatory No. 5.

21   **RESPONSE TO SPECIAL INTERROGATORY NO. 6:**

22       Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and

23   time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; violates

24   Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and

25   violates the privacy rights of third parties. Subject to and without waiving said objections,

26   Plaintiff states: Plaintiffs Carter Chavez and Courtney Chavez, and Rocky Covarrubias, Loan

27   Officer NMLS #234624.  Investigation continues.

28

**PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE**

**SPECIAL INTERROGATORY NO. 7:**

Identify all documents relating to any of the home loan applications described in your response to Interrogatory No. 5.

**RESPONSE TO SPECIAL INTERROGATORY NO. 7:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiff cannot currently locate or obtain the requested documentation.  Plaintiff will attempt to obtain the requested documentation and supplement this response.  Investigation continues.

**SPECIAL INTERROGATORY NO. 8:**

Identify any vehicle loans you attempted to obtain between the years of 2018 and 2024 including the lender, the amount sought, the date applied for and the result of said application

**RESPONSE TO SPECIAL INTERROGATORY NO. 8:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is compound; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs were advised that there were no available vehicles from Ford at the time they returned their vehicle. Plaintiffs then applied for a lease of a 2021 Honda Odyssey in July of 2021. Plaintiffs also applied for another lease on a 2024 Honda Odyssey in May of 2024. Plaintiffs were given leases by Honda on both occasions.  Investigation continues.

**SPECIAL INTERROGATORY NO. 9:**

Identify all witnesses who have information regarding the vehicle loan application(s) described in your response to Interrogatory No. 8.

**RESPONSE TO SPECIAL INTERROGATORY NO. 9:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; violates

Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs Carter Chavez and Courtney Chavez.  Also Employees of Clawson Honda of Fresno.  Investigation continues.

**SPECIAL INTERROGATORY NO. 10:**

Identify all documents relating to any of the vehicle loan application(s) described in your response to Interrogatory No. 8.

**RESPONSE TO SPECIAL INTERROGATORY NO. 10:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs have produced the lease agreements for both vehicles.  Investigation continues.

**SPECIAL INTERROGATORY NO. 11:**

State all facts that support your contention that you did not owe the disposition fee that you were charged pursuant to the lease agreement.

**RESPONSE TO SPECIAL INTERROGATORY NO. 11:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; seeks information in the possession of and/or equally available to Defendant; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiff has no recollection of being told about the disposition fee at the time of the lease of the vehicle, and does not remember putting his initials on sections 3 and 4 of the contract.  In January of 2021, Plaintiffs' third child was born.  Plaintiffs also had a 5-year-old who was in a car seat and a 1-year-old that was in a car seat.  Plaintiffs had a very hard time fitting their growing family into the Escape.  Plaintiffs decided that when their lease was up, they needed to get a larger vehicle.  They wanted to upsize to a minivan.  Around May of 2021, as the end of

their lease approached, Plaintiffs began looking for a larger vehicle. They first looked at Fords. They reached out to John Andrews to see if there were any mini vans available at any of the Ford dealers.  He looked around at his dealership in Auburn CA, and in Fresno Ca, and even other cities that might have a mini van in their inventory.  During this time there was very minimal inventory at every dealership due to the chip shortage, and John Andrews couldn't locate a vehicle that fit Plaintiff's needs. Plaintiffs returned the Ford at the end of the lease.  It passed a return inspection with no marks.  Plaintiffs asked if they owed any balance or additional fees. They were told no.  They received a notice from Ford two months later stating that they owed over $400 for not leasing or purchasing another vehicle from Ford.  Plaintiffs  had never been advised prior to that date that they owed this disposition fee, and had in fact been told that they owed nothing.  Investigation continues.

**SPECIAL INTERROGATORY NO. 12:**

Identify all witnesses supporting your contention that you did not owe the disposition fee that was charged pursuant to the lease agreement.

**RESPONSE TO SPECIAL INTERROGATORY NO. 12:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; seeks information in the possession of and/or equally available to Defendant; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs Carter Chavez and Courtney Chavez; Rocky Covarrubias and Velvia Andrews.  Investigation continues.

**SPECIAL INTERROGATORY NO. 13:**

Identify all documents supporting your contention that you did not owe the disposition fee that was charged pursuant to the lease agreement.

**RESPONSE TO SPECIAL INTERROGATORY NO. 13:**

Plaintiff objects to this interrogatory on the grounds that it: is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; seeks information in the possession of and/or equally available to Defendant; violates Plaintiff's Right

to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Vehicle condition report in Defendant's possession.  Investigation continues.

**SPECIAL INTERROGATORY NO. 14:**

State the dates you resided at the address of 841 E. Cortland Avenue, Fresno, California 93704.

**RESPONSE TO SPECIAL INTERROGATORY NO. 14:**

Plaintiff objects to this interrogatory on the grounds that it: is irrelevant; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: From September 2014- April 2022.

**SPECIAL INTERROGATORY NO. 15:**

State the full names of any individual you spoke with at Lithia Ford of Fresno in 2018 regarding the lease of the 2018 Ford Escape.

**RESPONSE TO SPECIAL INTERROGATORY NO. 15:**

Plaintiff objects to this interrogatory on the grounds that it: is not relevant or reasonably calculated to lead to the discovery of admissible evidence; is overbroad as to scope and time so as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; seeks information in the possession of and/or equally available to Defendant; violates Plaintiff's Right to Privacy protected by Article I, Section 1 of the California Constitution, and violates the privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states: Plaintiffs did not speak to anyone at Lithia Ford of Fresno in 2018 regarding the lease of the 2018 Ford Escape.  They spoke to John Andrews of Auburn Ford.   Investigation continues.

**SPECIAL INTERROGATORY NO. 16:**

State the full names of any individual you spoke with at Lithia Ford of Fresno in 2018 regarding the return of the 2018 Ford Escape at the end of the lease term.

1  **RESPONSE TO SPECIAL INTERROGATORY NO. 16:**

2        Plaintiff objects to this interrogatory on the grounds that it: is not relevant or reasonably

3  calculated to lead to the discovery of admissible evidence; is overbroad as to scope and time so

4  as to be unduly burdensome, harassing, and oppressive; is vague and ambiguous; seeks

5  information in the possession of and/or equally available to Defendant; violates Plaintiff's Right

6  to Privacy protected by Article I, Section 1 of the California Constitution, and violates the

7  privacy rights of third parties. Subject to and without waiving said objections, Plaintiff states:

8  Plaintiffs did not speak to anyone at Lithia Ford of Fresno in 2018 regarding the return of the

9  2018 Ford Escape at the end of the lease term.  The lease term ended in 2021.  Plaintiffs cannot

10  recall the names of anyone they spoke with at Lithia Ford of Fresno in 2021.   Investigation

11  continues.

12

13

14

15

16  DATED: August 8, 2024          **LAW OFFICES OF TODD M. FRIEDMAN**

17

18

19

20            By:_____

21            Todd M. Friedman, Esq.

22            *Attorney for Plaintiffs,*

23            COURTNEY CHAVEZ AND

24            CARTER CHAVEZ

25

26

27

28

**PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VERIFICATION TO FOLLOW

**PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE**

## PROOF OF SERVICE

I am employed in Los Angeles County, California.  I am over the age of 18 and not a party to this action.  My business address is 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

On August 8, 2024, I served the foregoing document, described as:

**PLAINTIFF CARTER CHAVEZ'S RESPONSES TO DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S INTERROGATORIES TO PLAINTIFF, SET ONE**

[   ] the original of the document
[ x ] true copies of the document

 as follows:

 Matthew J. Esposito
mje@severson.com
SEVERSON & WERSON
Attorney for Defendant

[ xx ] **BY ELECTRONIC MAIL**: I served the above documents in pdf format to the email listed in the service caption above.  A true and correct copy of transmittal will be produced if requested by any party or the Court.

[ xx ] **STATE:** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[   ] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this August 8, 2024, at Woodland Hills, California.



Erika Campany

**PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET ONE**

Filed electronically this 7th Day of February, 2025, with:
United States District Court CM/ECF system.
Notification sent electronically on this 7th Day of February, 2025, to:

Honorable Magistrate Judge Sheila K. Oberto
United States District Court
Eastern District of California

And all Counsel of Record as recorded on the Electronic Service List

/s/ Matthew R. Snyder, Esq.
Matthew R. Snyder, Esq.

**DECLARATION OF MATTHEW R. SNYDER**