**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COURTNEY CHAVEZ, et al.,**<br><br>    Plaintiffs,<br><br>  v.<br><br>**FORD MOTOR CREDIT COMPANY, LLC et al.**,<br><br>    Defendants. | No. 1:23-cv-01205-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 56) |

On May 28, 2025, the remaining parties filed a joint stipulation dismissing the action. (Doc. 56.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 28, 2025**                        /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE